UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SIETEL SINGH GILL, individually and on behalf of other similarly situated individuals,

        Plaintiffs,

v.

NATIONAL FOOTBALL LEAGUE, and NFL ENTERPRISES LLC,

        Defendants.

Case No. 1:21-cv-01032-PAE

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Tyler B. Robinson of Simpson Thacher & Bartlett LLP hereby appears as counsel for Defendants National Football League and NFL Enterprises LLC in this action and requests that all subsequent papers be served upon the undersigned at the address indicated below.

This Notice of Appearance is for purposes of identification of counsel only and is not intended, and shall not be construed, as a waiver of any jurisdictional defense, or any other right held by Defendants, all of which are reserved.

Dated: February 26, 2021      **SIMPSON THACHER & BARTLETT LLP**

                */s/ Tyler B. Robinson*
                Tyler B. Robinson
                425 Lexington Avenue
                New York, New York 10017
                Telephone: (212) 455-2000
                Facsimile: (212) 455-2502

                *Attorneys for Defendants National Football League and NFL Enterprises LLC*