UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIETEL SINGH GILL, individually and on behalf of other similarly situated individuals,<br><br>          Plaintiffs,<br><br>     v.<br><br>NATIONAL FOOTBALL LEAGUE, and NFL ENTERPRISES LLC,<br><br>          Defendants. | Case No. 1:21-cv-01032-PAE |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Sara A. Ricciardi of Simpson Thacher & Bartlett LLP hereby appears as counsel for Defendants National Football League and NFL Enterprises LLC in this action and requests that all subsequent papers be served upon the undersigned at the address indicated below.

This Notice of Appearance is for purposes of identification of counsel only and is not intended, and shall not be construed, as a waiver any jurisdictional defense or any other right held by Defendants, all of which are reserved.

Dated: February 26, 2021      **SIMPSON THACHER & BARTLETT LLP**

                   */s/ Sara A. Ricciardi*
                   Sara A. Ricciardi
                   425 Lexington Avenue
                   New York, New York 10017
                   Telephone: (212) 455-2000
                   Facsimile: (212) 455-2502

                   *Attorneys for Defendants National Football League and NFL Enterprises LLC*