**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SIETEL SINGH GILL, individually and on behalf of other similarly situated individuals,<br><br>         Plaintiffs,<br><br>      v.<br><br>NATIONAL FOOTBALL LEAGUE, and NFL ENTERPRISES LLC,<br><br>         Defendants. | Case No. 1:21-cv-01032-PAE |

**DEFENDANT NATIONAL FOOTBALL LEAGUE'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant National Football League makes the following disclosures through its undersigned counsel:

National Football League is an unincorporated association and, as such, has no corporate parent. There is no publicly held corporation that owns 10 percent or more of the National Football League.

Dated: February 26, 2021
   New York, New York

           Respectfully submitted,

           By: */s/ Tyler B. Robinson*
           Tyler B. Robinson
           Sara A. Ricciardi
           **SIMPSON THACHER & BARTLETT LLP**
           425 Lexington Avenue
           New York, NY 10017
           Telephone: (212) 455-2000
           trobinson@stblaw.com
           sricciardi@stblaw.com

           *Attorneys for Defendants National Football*
           *League and NFL Enterprises LLC*