UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIETEL SINGH GILL, individually and on behalf of other similarly situated individuals,<br><br>         Plaintiffs,<br><br>       v.<br><br>NATIONAL FOOTBALL LEAGUE, and NFL ENTERPRISES LLC,<br><br>         Defendants. | Case No. 1:21-cv-01032-PAE |

**DEFENDANT NFL ENTERPRISES LLC'S**
**CORPORATE DISCLOSURE STATEMENT**

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant NFL Enterprises LLC makes the following disclosures through its undersigned counsel:

  NFL Enterprises LLC is wholly owned by NFL Ventures, L.P.  There is no publicly held corporation that owns 10 percent or more of NFL Enterprises LLC.

Dated: February 26, 2021
   New York, New York

              Respectfully submitted,

              By: */s/ Tyler B. Robinson*
              Tyler B. Robinson
              Sara A. Ricciardi
              **SIMPSON THACHER & BARTLETT LLP**
              425 Lexington Avenue
              New York, NY 10017
              Telephone:  (212) 455-2000
              trobinson@stblaw.com
              sricciardi@stblaw.com

              *Attorneys for Defendants National Football League and NFL Enterprises LLC*