# Affidavit of Process Server

**One Legal National Fulfillment Center, State of NY**
(NAME OF COURT)

| **Sietel Singh Gill** | vs | **National Football League, et al.** | **1:21-cv-01032-PAE** |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE NUMBER |

I **Ricardo Delpratt**, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** **NFL Enterprises, LLC**
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) **Summons, Complaint, Civil Cover Sheet**

by leaving with, **Gina Martinez**       **Clerk for the Building**       At
                    NAME                    RELATIONSHIP

☐ Residence _____
              ADDRESS                    CITY / STATE

☒ Business **28 Liberty Street**        **New York, New York**
              ADDRESS                    CITY / STATE

On **02/08/2021** AT **1:30PM**
    DATE            TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
                                                                                    DATE
from _____
      CITY         STATE         ZIP

**Manner of Service:**
☒ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served. Please see Service Attempts information below.

**Service Attempts:**

One Legal - P-000618-Sonoma
1400 North McDowell Blvd, Ste 300
Petaluma, CA 94954

_____
SIGNATURE OF PROCESS SERVER

OL#