# Simpson Thacher & Bartlett LLP

425 LEXINGTON AVENUE
NEW YORK, NY 10017-3954

TELEPHONE: +1-212-455-2000
FACSIMILE: +1-212-455-2502

Direct Dial Number
+1-212-455-2771

E-mail Address
sricciardi@stblaw.com

February, 26 2021

BY ECF

Honorable Paul A. Engelmayer
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

> Granted. Defendants' response to the Complaint is due by April 8, 2021.
>
> SO ORDERED.
>
> _/s/ Paul A. Engelmayer_
> PAUL A. ENGELMAYER
> United States District Judge
>
> February 26, 2021

Dear Judge Engelmayer:

Re: **Gill v. National Football League, et al., 21 Civ. 01032 (PAE)**

    Simson Thacher & Bartlett LLP has been retained as counsel to Defendants National Football League and NFL Enterprises LLC ("Defendants") in the above-captioned matter. We write respectfully to request an extension to April 8, 2021 to answer or move to dismiss the complaint, which plaintiff has filed as a purported class action. The complaint in this action was filed on February 4, 2021, and service was effected on NFL Enterprises LLC on February 8, 2021 and on National Football League on February 16, 2021, triggering a response date of March 1, 2021 and March 9, 2021, respectively. The additional time is needed for Defendants to analyze the allegations underlying the complaint and to prepare and file their responsive pleading or motion. This is Defendants' first request for an extension of the deadline to respond to the complaint, and counsel for plaintiff Sietel Singh Gill consents to the requested extension.

    We thank the Court for its consideration of and attention to this matter.

Respectfully submitted,

_/s/ Sara A. Ricciardi_

Sara A. Ricciardi

BEIJING    HONG KONG    HOUSTON    LONDON    LOS ANGELES    PALO ALTO    SÃO PAULO    TOKYO    WASHINGTON, D.C.

Simpson Thacher & Bartlett LLP

Honorable Paul A. Engelmayer     -2-     February, 26 2021

cc:   Karl Kronenberger, Esq. (*via ECF*)