UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIETEL SINGH GILL, individually and on behalf of other similarly situated individuals,<br><br>                              Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE, and NFL ENTERPRISES LLC,<br><br>                              Defendants. | Case No. 1:21-cv-01032-PAE |

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss, dated April 8, 2021, the Declaration of Sara A. Ricciardi, and Exhibits A – D attached thereto, the undersigned will move this Court before the Honorable Paul A. Engelmayer, United States District Judge, at the United States Courthouse for the Southern District of New York, at a time to be determined, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing Plaintiff Sietel Singh Gill's Complaint with prejudice and in its entirety, and granting such other and further relief as the Court deems just and proper.

Dated: New York, New York
      April 8, 2021

                Respectfully submitted,

                SIMPSON THACHER & BARTLETT LLP

                By:  */s/ Tyler B. Robinson*

                    Tyler B. Robinson
                    trobinson@stblaw.com
                    Sara A. Ricciardi
                    sricciardi@stblaw.com
                    425 Lexington Avenue
                    New York, New York 10017-3954
                    Telephone:  (212) 455-2000
                    Facsimile:  (212) 455-2502

                    *Attorneys for Defendants*
                    *National Football League*
                    *NFL Enterprises LLC*