UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIETEL SINGH GILL, individually and on behalf of other similarly situated individuals,<br><br>                              Plaintiffs,<br><br>                                  v.<br><br>NATIONAL FOOTBALL LEAGUE, and NFL ENTERPRISES LLC,<br>                              Defendants. | Case No. 1:21-cv-01032-PAE |

**DECLARATION OF SARA A. RICCIARDI
IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

I, Sara A. Ricciardi, Esq., submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I am a member of the law firm Simpson Thacher & Bartlett LLP, attorneys for Defendants National Football League and NFL Enterprises LLC. I am a member of the bar of this Court. I make this declaration in support of Defendants' Motion to Dismiss the Complaint of Plaintiff Sietel Singh Gill.

2. Attached hereto as **Exhibit A** is a true and correct copy of the NFL Game Pass website homepage as at April 6, 2021, currently available at: https://gamepass.nfl.com or https://gamepass.nfl.com/packages.

3. Attached hereto as **Exhibit B** is a true and correct copy of the NFL.com Subscriptions Terms & Conditions effective for the 2019-2020 NFL season, then-available at: https://www.nfl.com/help/subscriptions_terms (via https://gamepass.nfl.com).

4. Attached hereto as **Exhibit C** is a true and correct copy of the Game Pass International website homepage, as at April 8, 2021, currently available at: https://www.nflgamepass.com/en.

5. Attached hereto as **Exhibit D** is a true and correct copy of the Game Pass International Pro Subscription Product Terms, effective for the 2019-2020 NFL season,[1] then and currently available at: https://www.nflgamepass.com/en/terms-of-service (via https://www.nflgamepass.com/en).

I declare under penalty of perjury that, to the best of my knowledge and belief, the foregoing is true and correct.

Executed on April 8, 2021 in New York, New York.

By: */s/ Sara A. Ricciardi*

Sara A. Ricciardi
sricciardi@stblaw.com
425 Lexington Avenue
New York, New York 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

---

[1] Clause 14 (Promotion and Advertising and Links to Third-Party Sites), which is not relevant to these proceedings, was added to the Subscription Product Terms part-way through the 2019-2020 NFL season, on October 28, 2019.