# EXHIBIT A



# Replay Every Game All Season

Available as soon as the live broadcast ends.

START 7-DAY FREE TRIAL

Cancel anytime during your trial.

## NFL GAME PASS

Access full broadcast replays, condensed games in ~45 minutes, and the all-22 coaches film. Cancel anytime during your trial.
Subscription ends July 31, 2021.

○ One Time Payment

● Free Trial

**USD$49.99**

**START 7-DAY FREE TRIAL**

Cancel anytime during your trial.

# The NFL Game Pass Playbook

Get unprecedented access to every play, of every game, all year long.

# Replay Every Game, All Season

Don't have time for the full broadcast? Replay an entire game in ~45 minutes with condensed games. It's every play, back-to-back-to-back. Want to break down tape like the pros, check out the exclusive All-22 angle Coaches Film footage.

**START FREE TRIAL**

# NFL Films Archive

Access NFL Originals, including previous seasons of Hard Knocks, A Football Life, and Mic'd Up.

Check out all available shows here

**START FREE TRIAL**



## Film Session

Breakdown tape with the league's best players and coaches. Featuring episodes with Deshaun Watson, Stephon Gilmore, Amari Cooper, and more.



## Condensed Games

Replay an entire game in ~45 minutes, every snap back to back to back.



## Search

Search by player, show, and in-game highlight to find the content you're looking for.



### Live Audio

Feel the hometown advantage even when you're away. Listen to the localized radio feed of your favorite team when you're on the go.

# Ways To Watch

From here on out, the games go where you go. NFL Game Pass is available across devices. Never miss a snap!



Watch on your smart phone or tablet with the NFL app.

  

Watch on your Connected TV device via the NFL app on these platforms:



NFL Game Pass compatible with Google Chromecast

NFL Game Pass does not include live regular season, playoff, or Super Bowl game broadcasts. Access to these games is available within NFL Game Pass on an on-demand basis in the NFL Game Pass archives. Audio feeds may be subject to availability. 2009 Preseason games are not available. NFL Game Pass is only available to users within the United States, Bermuda, Antigua, the Bahamas, and any U.S. territories, possessions and commonwealths (including American Samoa, Guam, Puerto Rico and the US Virgin Islands). For a full description of features, requirements, limitations, and other information, visit our FAQ at
NFL.com/help/GamePass



FAQs and Support

Contact Us

Terms & Conditions

Privacy Policy

NFL.com

🌐 English ⌄

© 2021 NFL Enterprises LLC. NFL and the NFL shield design are registered trademarks of the National Football League.The team names, logos and uniform designs are registered trademarks of the teams indicated. All other NFL-related trademarks are trademarks

of the National Football League. NFL footage © NFL Productions LLC.