# EXHIBIT C



# ENJOY ALL OF NFL GAME PASS WATCH FOR FREE

SIGN UP NOW (/SUBSCRIBE)

# ULTIMATE ACCESS

STREAM ALL YOUR FAVORITE NFL GAMES AND SHOWS LIVE AND ON DEMAND





## LIVE NFL GAMES

Watch all 256* NFL regular season games live and on demand and stream the 2020 NFL playoffs and Super Bowl LV live from Tampa Bay. *Blackout restrictions apply in the UK/IRL during the regular season.

## NFL REDZONE

Never miss a touchdown with NFL RedZone. Stream live every Sunday.




## NFL ORIGINALS

Watch all the top NFL content online with NFL Films. Learn more about your favorite teams and players and dive into the storied history of the league when you stream NFL Originals.

## NFL PROGRAMS

Watch your favorite NFL shows online and keep up-to-date with all things football with NFL Total Access, Good Morning Football, NFL Game Day and more.

WATCH FOR FREE(/SUBSCRIBE/PLANS)

# A PLAN FOR EVERYONE
FIND YOURS

PRO

FREE
No credit card required

**£ 14.99 Annual**
until 31 July 2021*

**No credit card required**
until 31 July 2021*

**On-Demand**
Super Bowl LV On-Demand
Full Game Replays    Game in 40
5 mins recaps
2021 NFL Draft On-Demand
NFL Network 24/7
NFL Originals & Programs

**Live**
NFL Network 24/7*

**On-Demand**
5 mins recaps    NFL Original Programming

**\*\*Not available in Mexico on NFL Game Pass Free**

SIGN UP NOW

SIGN UP NOW

# ALL 32 TEAMS

CHOOSE YOUR FAVORITE TEAM AND START WATCHING NFL ONLINE WITH YOUR GAME PASS EXPERIENCE.

(/en/teams/cardinals)    (/en/teams/falcons)    (/en/teams/ravens)    (/en/teams/bills)    (/en/teams/panthers)    (/en/teams/bears)    (/en/teams/bengals)    (/en/teams/browns)

## AVAILABLE DEVICES
WATCH NFL GAME PASS ON ALL YOUR FAVORITE DEVICES



ENJOY AT HOME

Watch live NFL games on up to 5 devices at the same time!

# STREAM NFL ON THE GO

Watch NFL content live and on demand, wherever and whenever you want!

(https://apps.apple.com/app/nfl-game-pass-europe/id1242895411?l=it&ls=1)

(https://play.google.com/store/apps/details?id=com.deltatre.nfl.gamepass)

**WATCH FOR FREE(/SUBSCRIBE/PLANS)**


(/)

Plans and Pricing (/en/subscribe)     Support (https://support.nflgamepass.com/hc/en-gb)     Privacy policy (/en/privacy)     Terms & Conditions (/en/terms-of-service)



(https://twitter.com/nflgamepass) (https://www.facebook.com/nflgamepass) (https://www.youtube.com/user/nfl) (https://www.instagram.com/nfl)

™ 2020 NFL Enterprises LLC. NFL and the NFL shield design are registered trademarks of the National Football League.

The team names logos and uniform designs are registered trademarks of the teams indicated. All other NFL related trademarks are trademarks of the National Football League.

NFL footage © NFL Productions LLC.

EN ⌄