UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIETEL SINGH GILL, individually and on behalf of other similarly situated individuals,<br><br>      Plaintiffs,<br><br>  - against -<br><br>NATIONAL FOOTBALL LEAGUE and NFL ENTERPRISES LLC,<br><br>      Defendants. | Case No. 1:21 Civ. 01032 |

    PLEASE TAKE NOTICE that Adam Pollock hereby appears in the above-captioned action on behalf of Plaintiffs and demands that all papers in this action be served upon the undersigned at the address stated below.

Date: April 12, 2021
    New York, NY      POLLOCK COHEN LLP

                */s/ Adam Pollock*

                Adam Pollock
                60 Broad St., 24th Fl.
                New York, NY 10004
                Tel.: (646) 290-7251
                Email: Adam@PollockCohen.com

                *Counsel for Plaintiffs*