# Liana Chen

| | |
|---|---|
| **From:** | Ricciardi, Sara A. <SRicciardi@stblaw.com> |
| **Sent:** | Friday, April 30, 2021 1:28 PM |
| **To:** | Karl Kronenberger |
| **Cc:** | Liana Chen |
| **Subject:** | Re: Consent to Refile Amended Complaint (Gill v. NFL) |

Hi Karl. We consent to you refiling the amended complaint pursuant to the court's order to cure the filing defect.

Best,
Sara

> On Apr 30, 2021, at 3:06 PM, Karl Kronenberger <karl@krinternetlaw.com> wrote:
>
> *** External Email ***
>
> Hello Sara,
>
> Regarding the Court's rejection of our filing of the amended complaint, will you consent to us refiling it? It will be identical to what was previously filed.
>
> Very best,
>
> Karl
>
> _____
>
> ## Karl S. Kronenberger
> **PARTNER**
>
> **KRONENBERGER ROSENFELD, LLP**
>
> 150 Post Street, Ste 520 San Francisco, CA 94108
> **Phone:** (415) 955-1155 Ext. 114
>
> Get vCard   LinkedIn   karl@krinternetlaw.com
> www.krinternetlaw.com
>
> <image001.png>
>
> Follow us
>
> <image002.png>

1

NOTICE: This email may contain material that is privileged, confidential, and/or attorney-client work product for the sole use of the intended recipient.  Any review, reliance or distribution by others or forwarding without express written permission is strictly prohibited.  If you are not the intended recipient, please contact the sender at the above number and delete all copies.  Inadvertent waiver shall waive no privileges.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein (the foregoing paragraph has been affixed pursuant to U.S. Treasury Regulations governing tax practice).