# Simpson Thacher & Bartlett LLP

425 LEXINGTON AVENUE
NEW YORK, NY 10017-3954

─────────

TELEPHONE:
FACSIMILE: +1-212-455-2502

Direct Dial Number
+1-212-455-2771

E-mail Address
sricciardi@stblaw.com

August 24, 2021

BY ECF

Honorable Paul A. Engelmayer
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

Re:     *Gill v. National Football League, et al.*, **21 Civ. 01032 (PAE)**

Dear Judge Engelmayer:

   We write on behalf of Defendants National Football League and NFL Enterprises LLC to advise the Court, pursuant to your Honor's Individual Rule 3(J), that Defendants' Motion to Dismiss the First Amended Class Action Complaint has been fully briefed for sixty days. (ECF No. 33).

Respectfully submitted,

*/s/ Sara A. Ricciardi*
Sara A. Ricciardi

BEIJING   HONG KONG   HOUSTON   LONDON   LOS ANGELES   PALO ALTO   SÃO PAULO   TOKYO   WASHINGTON, D.C.