UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIETEL SINGH GILL, individually and on behalf of other similarly situated individuals,<br><br>Plaintiff,<br><br>- against -<br><br>NATIONAL FOOTBALL LEAGUE and NFL ENTERPRISES LLC,<br><br>Defendants. | Case No. 1:21 Civ. 01032<br><br>**CERTIFICATE OF SERVICE** |

I, Raphael Janove, hereby certify that on September 9, 2021, I served by electronic mail this Court's Notice of Initial Pretrial Conference (ECF No. 38) on counsel for Defendants, specifically:

Tyler B. Robinson
Sara A. Ricciardi
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017-3954

Date:  September 10, 2021
       New York, NY

POLLOCK COHEN LLP

/s/ *Raphael Janove*

Raphael Janove
60 Broad St., 24th Fl.
New York, NY 10004
Tel.: (212) 337-5361
Email: Rafi@PollockCohen.com

*Counsel for Plaintiff and the Proposed Class*