# LONDON FISCHER LLP

59 MAIDEN LANE
NEW YORK, NEW YORK 10038

IRVINE OFFICE
2505 McCABE WAY, SUITE 100
IRVINE, CALIFORNIA 92614

(212) 972-1000
FACSIMILE: (212) 972-1030

WWW.LONDONFISCHER.COM

LOS ANGELES OFFICE
800 WILSHIRE BOULEVARD, SUITE 1550
LOS ANGELES, CALIFORNIA 90017

September 20, 2021

**VIA ECF**
Honorable Judge Paul A. Engelmayer
United States District Court for the Southern District of New York
40 Foley Square
Room 2201
New York, New York 1007

RE: Gill v. National Football League, et
Case No. 1:21-cv-01032 (PAE)

Dear Judge Engelmayer:

Our firm is being substituted in as counsel for the defendants National Football League and NFL Enterprises LLC.

We are working to get up to speed as quickly as possible but we are writing this letter application in connection with your Order of September 7, 2021 setting the Initial Pretrial Conference for September 29th. We respectfully request that the conference be adjourned for ten (10) days or as soon thereafter as the Court can accommodate us so we are able to fully prepare for the conference. Consistent with your Individual Rules and Practices in Civil Cases, we request that the due date for any filings required prior to the conference date be adjusted accordingly as well.

No prior request for an adjournment has been made and counsel for the Plaintiffs have advised that they do not oppose this request.

Respectfully Submitted,

London Fischer LLP

Thomas A. Leghorn

cc: Raphael Janove and all counsel for Plaintiffs)(via ECF)

{N1977222.1}

Granted. The initial pretrial conference previously scheduled for September 29, 2021 is hereby adjourned until 10 a.m. on October 12, 2021. The due date for filings required prior to the conference date is now October 6, 2021.
SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge
9/21/2021