UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SIETEL SINGH GILL, *individually and on behalf of other similarly situated individuals*,

Plaintiff,

-v-

NATIONAL FOOTBALL LEAGUE, *a New York unincorporated association,* and NFL ENTERPRISES LLC, *a Delaware limited liability company*,

Defendants.

---

21 Civ. 1032 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

An initial pretrial conference in this case is scheduled for October 12, 2021, at 10 a.m. Dkt. 45. The Court will inquire then of counsel whether, *inter alia*, the First Amended Complaint incorporates by reference the 2013 contract that plaintiff alleges he made with defendants, *see, e.g.*, Dkt. 23 ¶¶ 30, 33. Counsel should be prepared to address that issue, and, if the Court determines that that contract is cognizable, to file that contract on the docket of this case forthwith.

SO ORDERED.

_Paul A. Engelmayer_
PAUL A. ENGELMAYER
United States District Judge

Dated: October 7, 2021
       New York, New York