UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIETEL SINGH GILL, *individually and on behalf of other similarly situated individuals*,<br><br>                              Plaintiff,<br>            -v-<br><br>NATIONAL FOOTBALL LEAGUE, *a New York unincorporated association,* and NFL ENTERPRISES LLC, *a Delaware limited liability company*,<br><br>                              Defendants. | 21 Civ. 1032 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

On October 12, 2021, an initial pretrial conference was held in this case. *See* Dkt. 45. For the reasons stated at the conference, discovery is stayed pending the Court's review of cognizable materials. Plaintiff is directed to submit the materials discussed at the conference and agreed on by the parties as cognizable by end of day on October 13, 2021.

The Clerk of the Court is respectfully directed to close the motion pending at docket 37.

SO ORDERED.

                                                         *Paul A. Engelmayer*
                                                         PAUL A. ENGELMAYER
                                                         United States District Judge

Dated: October 12, 2021
       New York, New York