UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SIETEL SINGH GILL, *individually and on behalf of other similarly situated individuals*,

Plaintiff,

-v-

NATIONAL FOOTBALL LEAGUE, *a New York unincorporated association,* and NFL ENTERPRISES LLC, *a Delaware limited liability company*,

Defendants.

21 Civ. 1032 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On November 2, 2021, the Court issued an opinion and order granting in part and denying in part defendants' motion to dismiss, and denying defendants' motion to strike the class allegations. The Court further directed the parties to submit a joint case management plan providing for discovery limited to the contractual relationship governing the Game Pass service provided to plaintiff Sietel Singh Gill. The Court stated that if, following such discovery and any ensuing summary judgment motion, Gill's claims survived, discovery would then be warranted on issues of breach, damages, and potential class certification. Dkt. 52.

Fact discovery on this limited issue closed on March 4, 2022, *see* Dkt. 62, and the Court has not received any pre-motion letters. By April 1, 2022, the parties are directed to file a joint letter providing an update on the status of this case following limited discovery and previewing any issues that the parties would like to raise at the case management conference scheduled for April 5, 2022 at 2 p.m.

The case management conference will be a telephonic conference. The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-

4906, followed by the pound (#) key.  **Counsel are directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19**, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: March 28, 2022
   New York, New York