UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SIETEL SINGH GILL, *individually and on behalf of other
similarly situated individuals,*

                                        Plaintiff,

                    -v-

NATIONAL FOOTBALL LEAGUE, *a New York
unincorporated association,* and NFL ENTERPRISES
LLC, *a Delaware limited liability company,*

                                        Defendants.

---

21 Civ. 1032 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

At today's case management conference, the Court set the following schedule for

defendants' motion for summary judgment:

1. The parties' joint stipulated facts ("JSF") are due May 2, 2022.  (The Court's law clerk

   will send counsel, as models, copies of helpful JSFs filed in connection with prior

   summary judgment motions.)

2. Defendants' brief in support of summary judgment is due May 16, 2022.

3. Plaintiff's brief in opposition to defendants' motion is due June 20, 2022.

4. Defendants' reply brief is due July 8, 2022.

At the request of the parties, the Court further stayed discovery on all other issues in the

case.  Upon review of the materials the Court will decide whether to schedule oral argument.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: April 5, 2022
       New York, New York