# David Jones American Express Card

## Statement of Account

Page 2 of 5

| Cardmember Name | Account Number | Date |
|---|---|---|
| SIETEL SINGH GILL | | September |

**Statement Period**  From August 5 to September 6 , 2015   Request a change to your Credit Limit at **davidjones.com.au/mycreditlimit**

**Credit Summary**  
At September 6 , 2015

| | Credit Limit $ | Available Credit $ | Overall Total Closing Balance $ |
|---|---|---|---|

Please note, your available credit will take into consideration the balance of any active credit plans.

**Rates of Interest**  
Annual Rate Purchases  
Annual Rate Cash Advances

| Details | Foreign Spending | Amount Aus $ |
|---|---|---|

**Payments Section**

**New Standard Transactions for MR SIETEL SINGH GILL**  
Card Number

| August 7 | NEULION/NFL PRODUCT | PLAINVIEW | 254.99 |
|---|---|---|---|

Please check all transactions carefully and immediately advise us of any unauthorised use of the Card.

**Your Account Payment Options**



**Biller Code:**  
**Ref: Please use your 15 digit card account number**

BPAY® this payment via internet or phone banking.  
BPAY View® - View and pay this bill using internet banking.  
BPAY View® Registration No. - 15 digit Card account number.

**The Automatic Payment Plan (Direct Debit)**  
To enrol, visit davidjones.com.au or call the Cardmember Telephone Service Centre.



**Cheque Payment**  
Make the Cheque payable to American Express. One Cheque per Card Account.



**Paying in person**  
You can pay your Card Account in person with cash or a cheque at either:

- At David Jones Stores, in Australia
- Australia Post Offices
- American Express Foreign Exchange Offices, in Australia

Cash payments are limited to AUD6,500.

A $2 processing fee will apply to payments made in person at Australia Post and Foreign Exchange Offices, in Australia.  You must present your Card and current Account Statement when paying your Card Account.

**Note:** All foreign currency Charges have been converted into Australian dollars on the date we processed the Charge. Non-U.S. dollar Charges have been converted through U.S. dollars, by converting the Charge amount into U.S. dollars and then by converting that U.S. dollar amount into Australian dollars. U.S. dollar Charges have been converted directly into Australian dollars. As agreed, unless a specific rate was required by law, the American Express treasury system has used conversion rates based on interbank rates (selected from customary industry sources) from the business day prior to the processing date, increased by a single conversion commission of 3.00%. Any Charges converted by third parties prior to being submitted to us have been at rates selected by them.

If you do not wish to be contacted for promotional or marketing offers, or wish to change the address, name or phone number on your Account, please call on 1300 36 89 89.

**CONFIDENTIAL**



GILL00264

**DAVID JONES** | **AMERICAN EXPRESS**

# David Jones American Express Card

## Statement of Account

Page 2 of 3

| Cardmember Name | Account Number | Date |
|---|---|---|
| SIETEL SINGH GILL | | September |

| Details | Foreign Spending | Amount Aus $ |
|---|---|---|

**Payments Section**

[redacted]

**New Standard Transactions for MR SIETEL SINGH GILL**

Card Number [redacted]

| August 5 | NEULION/NFL PRODUCT   PLAINVIEW | 264.99 |

[redacted]

**Total of Account Charges** [redacted]

---

**Please check all transactions carefully and immediately advise us of any unauthorised use of the Card.**

**Your Account Payment Options**



**Biller Code:** [redacted]
**Ref: Please use your 15 digit card account number**

BPAY® this payment via internet or phone banking.
BPAY View® - View and pay this bill using internet banking.
BPAY View® Registration No. - 15 digit Card account number.

**The Automatic Payment Plan (Direct Debit)**
To enrol, visit davidjones.com.au or call the Cardmember Telephone Service Centre.



**Cheque Payment**
Make the Cheque payable to American Express. One Cheque per Card Account. Card Number to be written on the Cheque. Place your Cheque and the detached payment advice in an envelope and send to American Express address on payment advice.

**If you do not wish to be contacted for promotional or marketing offers, or wish to change the address, name or phone number on your Account, please call on 1300 36 89 89.**

**Paying in person**
You can pay your Card Account in person with cash or a cheque at either:

- At David Jones Stores, in Australia
- Australia Post Offices

Please note that if you are enrolled in Online Statements you cannot make payments in person at Australia Post Offices.
Cash payments are limited to no greater than your current account statement. You must present your card and current account statement when paying your Card Account.

A $3 processing fee will apply to payments made in person at a location that accepts American Express Card payments (except David Jones stores).

**Note:** All foreign currency Charges have been converted into Australian dollars on the date we processed the Charge. Non-U.S. dollar Charges have been converted through U.S. dollars, by converting the Charge amount into U.S. dollars and then by converting that U.S. dollar amount into Australian dollars. U.S. dollar Charges have been converted directly into Australian dollars. As agreed, unless a specific rate was required by law, the American Express treasury system has used conversion rates based on interbank rates (selected from customary industry sources) from the business day prior to the processing date, increased by a single conversion commission of 3.00%. Any Charges converted by third parties prior to being submitted to us have been at rates selected by them.

CONFIDENTIAL                                                                                      GILL00269