You have until July 25 to update your app(s)     Can't read this email properly?



### Reminder: Update your NFL Game Pass App(s)

With the NFL preseason kicking off in less than 3 weeks time, we wanted to remind you that you will need to update your app(s) in order to watch the action this season. As previously shared, you will have until **July 25, 2019** to update your existing NFL Game Pass app(s). Please read below for instructions on how to do so.

*Please note, if you have already updated your app(s), please disregard the following.*

### How to Update Your Apps:

**iOS/Android**
1. Go to the App Store
2. Search for NFL Game Pass or **click here for iOS** / **click here for Android**
3. Download the new NFL Game Pass International app
4. Open the new NFL Game Pass app and login with your existing details
5. Delete your previous app
6. Continue to enjoy your subscription with uninterrupted access

**Xbox/Amazon Fire/Android TV**
1. Go to the App Store on your device
2. Search for NFL Game Pass
3. Download the new NFL Game Pass International app
4. Open the new NFL Game Pass app and login with your existing details
5. Delete your previous app
6. Continue to enjoy your subscription with uninterrupted access

### Customer Support

If you'd like to learn more, please visit our FAQs **here**.

NFL Game Pass

Certain restrictions apply. NFL Game Pass International is available to users in selected territories outside of the United States, Canada and China. Additional blackout restrictions apply in the UK and Republic of Ireland. Availability in HD-Quality video is subject to device internet-connection speed and to the system requirements for streaming content at higher bitrates. Visit our FAQ page here. For further details on NFL Game Pass International Terms and Conditions, including billing, please click here.

OverTier Operations, P.O. Box 2510, 4th Floor, Cayman Financial Centre, 36A Dr. Roy's Drive, Grand Cayman, KY1-1104

DEF0001006

Cayman Islands

Terms of Use    Privacy policy

DEF0001007