

Attorney Client Privilege

From: **NFL Game Pass** <noreply@nflgamepass.com>
Date: Fri, Aug 2, 2019 at 2:24 PM
Subject: Your payment has been successful
To: <sietel@gmail.com>

GILL00022

Dear Null,

We are writing to inform you that your payment of AUD274.99 for your NFL Game Pass subscription has been processed on 08/02/2019.

For FAQs or to contact customer support, click  here

Sincerely,

NFL Game Pass

This e-mail was generated automatically. If you 'reply' to this message you will not get a response.



GILL00023