Get the most out of your subscription                                                                                                   View in browser



**We're delighted to welcome you back to NFL Game Pass for the start of the 2019 season, Null!**

We've put together a quick guide to help you get the most out of your NFL Game Pass Pro subscription. Your Season Pro subscription will run until 1st August 2020 where you will have access to the entire NFL season at your fingertips.



DEF0001012





DEF0001013





DEF0001014



**SATURDAY**
Get ready for Game Day via **NFL NETWORK**, with hours of insight and news



**SUNDAY**
It's Game Day! Split your screen to watch a **LIVE GAME** and **NFL REDZONE**

DEF0001015



GO TO NFL GAME PASS



Certain restrictions apply. NFL Game Pass International is available to users in selected territories outside of the United States, Canada and China. Additional blackout restrictions apply in the UK and Republic of Ireland. Availability in HD-Quality video is subject to device internet-connection speed and to the system requirements for streaming content at higher bitrates. Visit our FAQ page here. For further details on NFL Game Pass International Terms and Conditions, including billing, please click here.

Want to unsubscribe or change your details?

Overtier Operations, P.O. Box 2510, Kensington House, 69 Dr. Roy's Drive, George Town, Grand Cayman KY1-1104 Cayman Islands

DEF0001016