UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SIETEL SINGH GILL, individually and on behalf of other similarly situated individuals,

    Plaintiffs,

v.

NATIONAL FOOTBALL LEAGUE, and NFL ENTERPRISES LLC,

    Defendants.

Case No. 1:21-cv-01032-PAE

## NOTICE OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT PURSUANT TO RULE 56

**PLEASE TAKE NOTICE** that upon (1) the annexed Declaration of Thomas A. Leghorn with supporting exhibits; (2) the May 9, 2022 Joint Stipulation of Undisputed Facts filed as Docket No. 70 in this matter; (3) the Rule 56.1 Statement of Material Facts; (4) the Affidavit of Richard Johnston; and (5) the Declaration of Max Boigon, Defendants NATIONAL FOOTBALL LEAGUE and NFL ENTERPRISES LLC will move this Court on a date to be set by the Court, before the Hon. Judge Paul A. Engelmayer, United States Courthouse for the Southern District of New York, 40 Foley Square, Courtroom 1305, New York, New York 10007, for an Order pursuant to Federal Rule of Civil Procedure 56 dismissing Plaintiff SIETEL SINGH GILL's First Amended Class Action Complaint [Doc. No. 23]; and granting such other, further and different relief as this Court deems just and proper.

Dated: New York, New York
May 16, 2022

Respectfully submitted,

LONDON FISCHER LLP

By: *Thomas A. Leghorn*
_____
Thomas A. Leghorn, Esq.
Jason M. Myers, Esq.
Joshua J. Kelly, Esq.
*Attorneys for Defendants*
59 Maiden Lane
New York, New York 10038
(212) 972-1000
File No. 810.0567597
TLeghorn@londonfischer.com
JMyers@londonfischer.com
JKelly@londonfischer.com

To: All parties (via ECF)