# Exhibit A –

# Excel Chart

# Being Submitted

# Directly To Court

{N2146032.1 }