**TABLE OF REFERENCES**

| Johnston Aff. Paragraph # | Bates Number | Exhibit # |
|---|---|---|
| *Passim* | DEF0001395 | A |
| 18 | DEF0000231-32 | Joint Stipulation of Undisputed Facts ("Joint Stip."), Ex. I, Doc. No. 70-9 |
| 19 | DEF0000990-91 | Joint Stip., Ex. K, Doc. No. 70-11 |
| 20 | DEF0001006-07 | Joint Stip., Ex. L, Doc. No. 70-12 |
| 21, 22, 23 | DEF0001521-28 | Joint Stip., Ex. J, Doc. No. 70-10 |
| 22 | DEF0001012-16 | Joint Stip., Ex. O, Doc. No. 70-15 |
| 23 | DEF0001011 | Joint Stip., Ex. P, Doc. No. 70-16 |
| 23 | DEF0001529-37 | Joint Stip., Ex. Q, Doc. No. 70-17 |

# Exhibit A -

A Microsoft Excel Chart too large for filing and being directly submitted to the Court