**Can You Chip In?**

They're trying to change history—don't let them. The Wayback Machine is a crucial resource in the fight against disinformation, and now more than ever we need your help. Right now we're preserving history as it unfolds, keeping track of who's saying what and when—all without charging for access, selling user data, or running ads. Instead, the Internet Archive (which runs this project) relies on the generosity of individuals to help us keep the record straight.

**We don't ask often, but right now, we have a 2-to-1 Matching Gift Campaign, tripling the impact of every donation.** If each of our users gave just $10, we could end this fundraiser today—so if you find all these bits and bytes useful, please pitch in.

—Brewster Kahle, Founder, Internet Archive

**Choose an amount (USD)**

| $10 | $25 |
| $50 | Custom: $ |

☐ I'll generously add $0.52 to cover fees.
☐ Make this monthly

Continue                                Maybe later

$3.5MM                                  $7.5MM GOAL



Search NFL.com                                                          SEARCH

NFL NETWORK | MOBILE | EN ESPAÑOL | HEALTH & SAFETY

## Subscription Products Terms and Conditions

Effective Date: June 8, 2012
Updated: August 6, 2014

The following Subscription, Authentication and Mobile Products Terms and Conditions govern your use of the subscription, authentication and mobile products offered by the NFL from time to time. These Subscription, Authentication and Mobile Products Terms and Conditions supplement the Web site Terms and Conditions, which can be found at http://www.NFL.com/help/terms and are incorporated herein by reference. All defined terms not otherwise defined herein have the meaning ascribed to them in the Web Site Terms and Conditions.

The NFL is currently offering the following subscription, authentication and mobile products:

(a) NFL Audio Pass (access to live and archived audio of every NFL preseason, regular season and post-season games);

(b) NFL Game Pass (access to live and archived video of NFL preseason and regular season games, NFL Network and NFL RedZone);

(c) NFL Game Rewind (access to a video archive of NFL regular season games);

(d) NFL Preseason Live (access to live and archived video of NFL preseason games);

(e) NFL Sunday Ticket Online (access to live online video of Sunday NFL game broadcasts);

(f) NFL Network Online (access to live online video streaming of NFL Network; and

(g) NFL Now (access to live and archived personalized NFL video content)

((a) - (g) collectively, the "Subscription Products");

(h) NFL Network and NFL RedZone Authentication Products (access to live online streaming of NFL Network and NFL RedZone available to customers who subscribe to NFL Network and NFL RedZone with certain authorized television providers) (the "Authentication Products", and together with the Subscription Products, the "Products"); and

(i) NFL Mobile, and other NFL Mobile applications on smartphones and tablets.

We have contracted with a third party (currently NeuLion, Inc.) to operate the above listed Subscription Products, ((a) - (f)), on our behalf.

**1. Access to the Subscription Products and Authentication Products**

Access to certain of the Subscription Products is limited to residents of certain geographical territories, as follows:

(a) NFL Game Pass is only available to users located outside the United States, Mexico, Bermuda, Antigua, the Bahamas, and any U.S. territories, possessions and commonwealths (including American Samoa, Guam, Puerto Rico and the U.S. Virgin Islands

DEF0000199

(collectively, the "NFL Game Pass Excluded Territories"). You are not authorized to use NFL Game Pass if you are located in any of the NFL Game Pass Excluded Territories, and you agree not to access or attempt to access NFL Game Pass from any of the NFL Game Pass Excluded Territories.

(b) NFL Game Rewind is only available to users within the United States, Bermuda, Antigua, the Bahamas, any U.S. territories, possessions and commonwealths (including American Samoa, Guam, Puerto Rico and the US Virgin Islands), and Mexico. All other areas are excluded territories (the "NFL Game Rewind Excluded Territories"). You are not authorized to use NFL Game Rewind if you are located in any of the NFL Game Rewind Excluded Territories, and you agree not to access or attempt to access NFL Game Rewind from any of the NFL Game Rewind Excluded Territories.

(c) NFL Preseason Live is only available to users located within the fifty United States and the District of Columbia. All other areas are excluded territories (the "Preseason Live Excluded Territories"). You are not authorized to use Preseason Live if you are located in any of the Preseason Live Excluded Territories, and you agree not to access or attempt to access Preseason Live from any of the Preseason Live Excluded Territories.

(e) NFL Network Online is only available to users located outside the United States, Canada, Mexico, and any U.S. territories, possessions and commonwealths (including American Samoa, Guam, Puerto Rico and the U.S. Virgin Islands (collectively, the "NFL Network Online Excluded Territories"). You are not authorized to use NFL Network Online if you are located in any of the NFL Network Online Excluded Territories, and you agree not to access or attempt to access NFL Network Online from any of the NFL Network Online Excluded Territories.

(f) NFL Mobile is available to all mobile users on a cross-carrier basis. However, certain content contained in the NFL Mobile application shall be exclusive to Verizon Wireless customers and/or within select countries.

Further, access to the NFL Network and NFL RedZone Authentication Products is only available in the United States to subscribers of NFL Network and NFL RedZone who have an account in good standing with an authorized distributor of NFL Network and NFL RedZone.

## 2. Registration, Username, Password, Security

(a) Registration. Registration is required for the use of the Products. We will not grant any user access to the Products unless he or she has completed the necessary registration and paid the fees, if any, associated with access to such Products.

(b) Username and Password. Your username and password will be your identity for purposes of accessing the Products.

## 3. Special Terms and Conditions Applicable to Subscription Products

We reserve the right to modify the price of any Subscription Product. We are not responsible for any error in copy or images relating to any Subscription Product. The specific Subscription Products and range of payment options (e.g., season, monthly) offered each NFL season may change in our sole discretion.

In order to purchase a Subscription Product, you may be required to provide complete and accurate personal information, including, without limitation, your name, address, telephone number, e-mail address, credit card information and billing address. Our Privacy Policy explains how such information collected via the Site may be used by us. Your ability to purchase Subscription Products is subject to limits established by your credit card issuer. You must notify us immediately of any change in your credit card information, including any change to your home address. By utilizing a credit or debit card for purchase of any of the Products offered for purchase through the Site, you authorize us to charge such card on a periodic basis as specified in the amount described on the applicable Subscription Product purchase path(s).

**Billing and Automatic Renewal Policies for Certain Subscription Services**

(a) For NFL Audio Pass - Monthly Subscription, the term begins when you purchase and ends on March 31 of that year, with monthly billing during each month of August-March at the then prevailing monthly rate. Your subscription will automatically renew on approximately August 1 of each subsequent year and end on approximately March 31 of each subsequent year, with monthly billing resuming during each month of August - March at the previous year's published rate, unless you cancel your monthly subscription in accordance with the applicable instructions. To cancel your monthly subscription, you can send an e-mail to audiopass.support@nfl.com, call customer support at (407)-936-0867 between the hours of 10:00 am and 10:00 pm ET, chat with a customer support representative by clicking the "Online Chat" button in the upper-right corner of the FAQ http://audiopass.support.nfl.com, or use the online form found on your "My Account" page. Cancellation will become effective as of the next monthly billing cycle following receipt.

(b) For NFL Network Online - Monthly Subscription, the term begins when you purchase, with monthly billing during each month of the year. Your subscription will automatically renew each month, unless you cancel your monthly subscription in accordance with the applicable instructions. To cancel your monthly subscription, you can send an e-mail to nflnonline.support@nfl.com, call customer support at (407)-936-0867 between the hours of 10:00 am and 10:00 pm ET, chat with a customer support representative by clicking the "Online Chat" button in the upper-right corner of the FAQ http://nflnetwork.support.nfl.com, or use the online form found on your "My Account" page. Cancellation will become effective as of the next monthly billing cycle following receipt.

(c) For NFL Preseason Live, the term begins when you purchase and ends on or around September 15), with one-time billing immediately following your purchase. Your NFL Preseason Live subscription will automatically renew on approximately August 1 of the next year at either the previous year's NFL Preseason Live rate or the current NFL Preseason Live rate, whichever is lower. To cancel the annual automatic renewal feature, you can send an e-mail to preseasonlive.support@nfl.com, call customer support at (407)-936-0867 between the hours of 10:00 am and 10:00 pm ET, chat with a customer support representative by clicking the "Online Chat" button in the upper-right corner of the FAQ http://preseason.support.nfl.com, or use the online form found on your "My Account" page.

(d) For Subscription Products billed on a seasonal basis in Canada (e.g., NFL Game Pass - Season Plus Subscription, NFL Game Pass - Season Subscription), the term begins when you purchase and ends on the last day of the NFL's Regular Season (approximately January 1), with one-time billing immediately following your purchase. If you elected to pay in monthly installments, you agree to pay the total cost during the term of the Subscription Product you selected in the number of equal installments identified

during your purchase. The first installment will be billed immediately upon your subscription and the remaining number of installments will be billed on a monthly basis thereafter until your total subscription price has been paid. If you cancel your Subscription Product before making all of the installment payments, you agree to pay the remaining unpaid balance of the Subscription Product you selected. Your seasonal subscription will automatically renew on approximately August 1 of the next year at the previous year's published full season rate for the applicable Subscription Product or the current year's full season rate for the applicable Subscription Product, whichever is lower, for the entire NFL Regular Season (notwithstanding any lesser amount that you may have paid as a result of subscribing to the Subscription Product after the start of the NFL regular season for the previous year), unless you elect not to participate in the auto-renewal option in accordance with the applicable instructions. To cancel the annual automatic renewal feature, you can send an e-mail to gamepass.support@nfl.com, call customer support at (407)-936-0867 between the hours of 10:00 am and 10:00 pm ET, chat with a customer support representative by clicking the "Online Chat" button in the upper-right corner of the FAQ http://gamepasscan.support.nfl.com, or use the online form found on your "My Account" page.

(e) For Subscription Products billed on a seasonal basis other than in Canada (e.g., NFL Audio Pass - Season Subscription, NFL Audio Pass - Follow Your Team, NFL Game Rewind - Season Subscription, NFL Game Rewind - Follow Your Team Subscription, NFL Game Pass - Season Subscription, NFL Game Pass - Follow Your Team Subscription) the term begins when you purchase and ends on the last day of the NFL's Regular Season (approximately January 1), with one-time billing immediately following your purchase. If you elected to pay in monthly installments, (other than for the Follow Your Team Subscription which does not have monthly installment payments as an option), you agree to pay the total cost during the term of the Subscription Product you selected in the number of equal installments identified during your purchase. The first installment will be billed immediately upon your subscription and the remaining number of installments will be billed on a monthly basis thereafter until your total subscription price has been paid. If you cancel your Subscription Product before making all of the installment payments, you agree to pay the remaining unpaid balance of the Subscription Product you selected. Your seasonal subscription will automatically renew on approximately August 1 of the next year at either the previous year's full season rate for the applicable Subscription Product or the current full season rate for the applicable Subscription Product, whichever is lower.) To cancel the annual automatic renewal feature, you can send an e-mail to gamepass.support@nfl.com, call customer support at (407)-936-0867 between the hours of 10:00 am and 10:00 pm ET, chat with a customer support representative by clicking the "Online Chat" button in the upper-right corner of the FAQ http://gamepass.support.nfl.com, or use the online form found on your "My Account" page.

(f) For Subscription Products billed on an annual basis (e.g., NFL Game Pass - Season Plus Subscription, NFL Game Rewind - Season Plus Subscription, NFL Audio Pass - Season Plus Subscription) the term begins when you purchase and ends before the start of the following year's NFL Preseason (approximately July 31), with one-time billing immediately following your purchase. If you elected to pay in monthly installments, you agree to pay the total cost during the term of the Subscription Product you selected in the number of equal installments identified during your purchase. The first installment will be billed immediately upon your subscription and the remaining number of installments will be billed on a monthly basis thereafter until your total subscription price has been paid. If you cancel your Subscription Product before making all of the installment payments, you agree to pay the remaining unpaid balance of the Subscription Product you selected. Your annual subscription will automatically renew on approximately August 1 of at either the previous year's full season rate for the applicable Subscription Product or the current full season rate for the applicable Subscription Product, whichever is lower.) To cancel the annual automatic renewal feature, you can send an e-mail to gamepass.support@nfl.com, call customer support at (407)-936-0867 between the hours of 10:00 am and 10:00 pm ET, chat with a customer support representative by clicking the "Online Chat" button in the upper-right corner of the FAQ http://gamepass.support.nfl.com, or use the online form found on your "My Account" page.

(g) For NFL Sunday Ticket Online billing is processed through the individual cable providers (Bell, Shaw Direct or Shaw). All questions and requests should be addressed with the individual cable/satellite providers' customer service.

You can access that information at the links below:

Bell Customers - Please visit http://www.bell.ca/NFLOnline

Shaw Direct Customers - Please visit http://www.shawdirect.ca/english/promotions/ShawGo/nfl/

Shaw Customers - Please visit http://www.shaw.ca/Television/Programming/Sports/NFL-Sunday-Ticket/

SaskTel Customers - Please visit http://www.sasktel.com/wps/wcm/connect/content/home/maxtv/specialty-channel/nfl-sunday-ticket/nfl-sunday-ticket

(h) For a monthly subscription to NFL Now, the term begins when you purchase, with monthly billing during each month of the year. Your subscription will automatically renew each month, unless you cancel your subscription prior to such anniversary billing date. To cancel your monthly subscription, use the online form found on your "My Account" page or contact NFL Now customer support through http://now.nfl.com/settings/feedback.

For an annual subscription to NFL Now, the term begins when you purchase and ends after one calendar year. You will be billed immediately following your purchase, and then on an annual basis on the anniversary billing date of your original NFL Now purchase. To cancel your annual subscription, use the online form found on your "My Account" page or contact NFL Now customer support through http://now.nfl.com/settings/feedback.

(i) Your access may start with a select amount of time in which you may use the Subscription Product for free (the "Free Trial") depending on certain promotions which may or may not be offered during the season. Subscription Products that start with a Free Trial will be subject to all applicable fees following completion of the Free Trial unless you cancel your order in accordance with the applicable instructions. To cancel your Free Trial or subsequent subscription, you can send an e-mail to accountsupport@nfl.com, call customer support at (407)-936-0867 between the hours of 10:00 am and 10:00 pm ET, chat with a customer support representative by clicking the "Online Chat" button in the upper-right corner of the FAQ http://gamepass.support.nfl.com, or use the online form found on your "My Account" page.

To cancel your Free Trial or subsequent subscription to NFL Now, use the online form found on your "My Account" page or contact NFL Now customer support through http://now.nfl.com/settings/feedback.

(i) In order to provide the highest customer satisfaction possible, we will refund the purchase price paid for any Subscription Product, as follows:

- If you have purchased anything other than a Weekly Subscription to a Subscription Product (e.g., Season Plus Subscription, Season Subscription, Follow Your Team Subscription, Monthly Subscription) and:

    - your access to such Subscription Product is cancelled by you within seven (7) days of the purchase date, we will make a reasonable effort to refund to the payment method (e.g., to your credit card) you used to subscribe to such Subscription Product an amount equal to the total amount you paid for access to the Subscription Products in the current term of your subscription less the amount of a Weekly Pass for such Subscription Product. If your access to such Subscription Product is cancelled by you after seven (7) days of the purchase date, you will not be eligible for a refund.

    - your access to the Subscription Product is cancelled by us at any time, we will make a reasonable effort to refund to the payment method (e.g., to your credit card) you used to subscribe to such Subscription Product a prorated amount equal to the total amount you paid for access to the Subscription Product in the current term of your subscription times the fraction of the term of your subscription that remains on the date of termination, except if we allege that you have violated the Terms of Use, in which case you will not be eligible for a refund

- If you have purchased a Weekly Subscription to any Subscription Product you will not be entitled to any refund if your access to the Subscription Product is terminated.

- If you have purchased a Season Plus Subscription, Season Subscription, or Follow Your Team subscription enrolled in the automatic renewal feature and your access to such Subscription Product is cancelled by you within 30 days of the automatic renewal date, we will make a reasonable effort to refund to the payment method (e.g., to your credit card) used to subscribe to such Subscription Product an amount equal to the total amount you paid for access to the Subscription Product in the current term of your subscription.

- If you have purchased premium content within NFL Now on a monthly basis, you will not be entitled to any refund at any time. If you elect to terminate your subscription, your access to the premium content within NFL Now will continue until your anniversary billing date, at which point you will no longer be billed and your access to NFL Now premium content will be terminated.

- If you have purchased premium content within NFL Now on an annual basis and you cancel your subscription within thirty (30) days of your yearly anniversary billing date, we will make a reasonable effort to refund to the payment method (e.g., to your credit card) used to subscribe to NFL Now an amount equal to the total amount you paid for access to NFL Now in the current term of your subscription.

- If you made an in-app purchase in the NFL Mobile or NFL Now applications, you may be able to obtain a refund from the online store where you made your purchase in accordance with the refund policies of that store.

- If we are unable to post a refund to your credit card, including because your credit card account is closed or otherwise unavailable when we attempt to post the refund, or if we allege that you have violated the Terms of Use, you agree that you will forfeit the amount due to you (if any) under this paragraph. Please note that we may not be able to post refunds for subscriptions that are paid for through the use of "single use" credit card numbers or similar "disposable" payment methods. We recommend that you do not use these payment methods to pay for your subscription to the Subscription Product; if you choose to use them despite our recommendation, you do so at the risk that we may not be able to provide you with a refund under this paragraph.

Our reasonable effort to provide you with a refund, as described above, will be your exclusive remedy if you or we terminate your access to the Subscription Products, including in the event that you claim we breached our obligations to you.

By accepting this Agreement, you agree that we may notify you about changes to prices and/or the Subscription Products by sending an e-mail message to your e-mail address on file with us and by publishing such notices from time to time on the informational page(s) of the Site. It is your responsibility to notify us of any change in your e-mail address by logging in to the Site and using the online account management tool. If your e-mail service includes functionality or software that catalogues your e-mails in an automated manner, it is your responsibility to ensure that those e-mails we send to you reach your inbox, either by routinely monitoring your bulk, junk and/or spam e-mail folders or by adding us to your address book or safe senders list.

**3. Free Trial Access in Select Countries**

Certain Subscription Products may be offered in select countries for free with a reduced feature set and limited availability of games and other streaming video content at various times throughout the season. Availability of free access to any or all Subscription Products is not guaranteed and may be revoked at any time.

**4. Availability**

The availability of the Subscription Products may be affected by a variety of factors, including game delays or cancellations, application of the National Football League's broadcast policy (which prohibits broadcast of football games under certain circumstances and in certain areas), technical problems or network delays, program rescheduling, or other reasons. In addition, please note that the content accessible via NFL Now will vary based on your geographic location. You agree that we are not obligated to provide you with any specific content under this Agreement.

**5. Refer-A-Friend Program**

By subscribing to certain Subscription Products, you may be eligible to earn rewards for referring your friends to purchase a Subscription Product. For full Terms & Conditions of the Refer-A-Friend program, please visit the link(s) below that correspond with the Subscription Product(s).

NFL Game Pass - Refer-A-Friend Terms - http://www.nfl.com/help/terms/subscriptions/refer/gamepass

NFL Game Rewind - Refer-A-Friend Terms - http://www.nfl.com/help/terms/subscriptions/refer/gamerewind

NFL Preseason Live - Refer-A-Friend Terms - http://www.nfl.com/help/terms/subscriptions/refer/preseason

**6. Termination**

You may request that we terminate your access to any Subscription Product by e-mailing accountsupport@nfl.com. If your access to a Subscription Product has been terminated, you may be entitled to a refund as set forth in Section 2 above.

For NFL Now termination requests, please contact NFL Now customer support through http://now.nfl.com/settings/feedback.

For all matters regarding the termination of your NFL Sunday Ticket Online account, please contact your individual cable/satellite provider.

Bell Customers - Please visit http://tvonline.bell.ca/tvonline/servlet/CommandServlet?command=flow&processid;=36

Shaw Direct Customers - Please call customer service at 1-888-554-7827

Shaw Customers - Please call customer service at 1-888-775-3384

SaskTel Customers - Please call customer service at 1-800-773-2121

| Information | Initiatives | Media Info | Player Services | More NFL Sites | |
|---|---|---|---|---|---|
| Contact Us | NFL Rush | NFL Communications | NFL Health & Safety | NFL Youth Tackle | Pro Football Hall of Fame |
| FAQ | Rule Book | Play 60 | Media Kit | NFL Player Care | USA Football | NFL Ticket Exchange |
| Public Relations | In the Community | Media Guides | Player Engagement | NFL International | NFL Shop |
| Jobs: League | Team | NFL Auction | | | NFL On Location | Licensing |
| Privacy Policy | | | | NFL Extra Points | Protect Football on Free TV |
| Terms & Conditions | | | | | |

© 2014 NFL Enterprises LLC. NFL and the NFL shield design are registered trademarks of the National Football League.The team names, logos and uniform designs are registered trademarks of the teams indicated. All other NFL-related trademarks are trademarks of the National Football League. NFL footage © NFL Productions LLC.

DEF0000203