Page 1

```
 1
 2    UNITED STATES DISTRICT COURT
 3    SOUTHERN DISTRICT OF NEW YORK
 4    Civil Action No. 1:21-cv-01032
 5    ----------------------------------------x
      SIETEL SINGH GILL, individually and on
 6    behalf of other similarly situated
      individuals,
 7
                              Plaintiffs,
 8
                  v.
 9
      NATIONAL FOOTBALL LEAGUE, a New
10    York unincorporated association, and
      NFL ENTERPRISES, LLC, a Delaware
11    limited liability company,
12                            Defendants.
      ----------------------------------------x
13                            March 23, 2022
                              5:06 p.m.
14
              DEPOSITION of Plaintiff SIETEL
15    SINGH GILL, taken by the Defendants,
      pursuant to Agreement, held via Zoom Video
16    Conferencing, before Abner D. Berzon, a
      Registered Professional Reporter,
17    Certified Realtime Reporter and Notary
      Public of the State of New York, via Zoom
18    Video Conferencing.
19
20
21
22
23
24
25
```

Page 2

```
 1
 2   A P P E A R A N C E S :
 3
 4
     (Via Zoom Video Conferencing)
 5   KRONENBERGER ROSENFELD, LLP
     150 Post Street, Suite 520
 6   San Francisco, California 94108
          Attorneys for Plaintiffs
 7
     BY:  KARL STEPHEN KRONENBERGER, ESQ.
 8        karl@krinternetlaw.com
          (415) 955-1155
 9
10
11
     (Via Zoom Video Conferencing)
12   LONDON FISCHER LLP
     59 Maiden Lane, 39th Floor
13   New York, New York 10038
          Attorneys for Defendants
14
     BY:  THOMAS A. LEGHORN, ESQ.
15        tleghorn@londonfischer.com
          BENJAMIN R. RANALLI, ESQ.
16        branali@londonfischer.com
          (212) 972-1000
17
18
19   A L S O   P R E S E N T :
20
          LEAH VULIÄ†, Law Clerk
21        leah@krinternetlaw.com
          KRONENBERGER ROSENFELD, LLP
22
23
               *       *       *
24
25
```

Page 3

1

2                    S T I P U L A T I O N S

3

4            IT IS HEREBY STIPULATED AND

5    AGREED, by and among counsel for the

6    respective parties hereto, that the

7    filing, sealing and certification of the

8    within deposition shall be and the same

9    are hereby waived;

10            IT IS FURTHER STIPULATED AND

11   AGREED that all objections, except as to

12   form of the question, shall be reserved to

13   the time of the trial;

14            IT IS FURTHER STIPULATED AND

15   AGREED that the within deposition may be

16   signed before any Notary Public with the

17   same force and effect as if signed and

18   sworn to before the Court.

19

20

21            *      *      *

22

23

24

25

1

2   S I E T E L   S I N G H   G I L L , having

3   first been duly sworn by Abner D. Berzon,

4   a Notary Public of the State of New York,

5   was examined and testified as follows:

6   EXAMINATION BY MR. LEGHORN:

7       Q.    I think we need to reflect for

8   the record, you know, the bi-continental

9   proceedings here.  I am questioning from

10  U.S. Eastern Daylight Savings Time, which

11  is now 5:07, and I believe, Mr. Gill, it's

12  8:07 in the morning tomorrow, March 24th?

13      A.    That's correct.

14      Q.    Okay.  Just so we have that

15  clear.

16            And, Mr. Gill, my apologies.  I

17  am Thomas Leghorn.  I'm with the firm of

18  London Fischer.  Mr. Ranalli is an

19  associate in the firm.  We represent the

20  National Football League, the National

21  Football Enterprises, who are the

22  defendants in this action.  This is a

23  deposition as to limited issues as

24  delineated by Judge Engelmayer, and I'll

25  be asking you questions as the plaintiff

```
1                     GILL

2    in the action.

3              Let me ask you:  Have you ever

4    had your deposition taken before?

5        A.    I have not, in an American

6    court, no.

7        Q.    Okay.  So let me just tell you,

8    I'm going to ask the questions; we have

9    to, especially because we're on the Zoom,

10   you have to let me finish asking the

11   questions; you may know exactly where I'm

12   going with it, but wait for your answer

13   till I'm done.

14             The court reporter can only take

15   down verbal responses, not shakes of the

16   head.  Do that.

17             And this is an information

18   gathering exercise.  It's not anything

19   more than that.

20             So I want to make sure, for all

21   of us, including yourself, that you

22   understand the questions I've asked or any

23   word or phrase that I have used.  So if

24   you have any doubt as to what I'm asking,

25   you're confused about it, please just ask
```

Page 6

```
 1                    GILL
 2   me to repeat it or whatever you need to do
 3   to explain why you can't answer it or you
 4   don't understand it and I'll be more than
 5   happy to try to rephrase it.
 6             Also, we are -- you know, it is
 7   a limited deposition.  I'm going to try to
 8   proceed through as expeditiously as
 9   possible.  I'm keeping an eye on the
10   clock, but that also -- I lose track of
11   time.  So if at any point you need a
12   break, for whatever reason, you know, you
13   just ask for it and it will be granted.
14   We just ask that, you know, we don't take
15   a break while I've asked a question and
16   you haven't responded.  And that is it.
17             We'll be showing you some
18   exhibits during today.  I think we only
19   have about 14 of them total.  I'm trying
20   to keep it as condensed as possible here.
21             Let me just start right off.
22   You understand that this case involves
23   Game Pass; correct?
24        A.    I do understand that, yes.
25        Q.    Okay.  When was the first time
```

```
                                        Page 7
 1                    GILL
 2   you ever subscribed to Game Pass?
 3        A.    I think it was the first time
 4   that it was available to -- for me to
 5   subscribe, in 2013.
 6        Q.    But for the 2013 season;
 7   correct?
 8        A.    For the 2013 season.
 9        Q.    Right.  And then in the NFL
10   lingo, the 2013 season includes the
11   playoffs that go into the next year, so
12   that it would be 2013 and whatever
13   playoffs are in 2014 --
14        A.    '14.
15        Q.    -- correct?
16        A.    That's correct, yes.
17        Q.    And was that an online
18   subscription, something you had to do
19   through the Internet?
20        A.    Yes, it was.
21        Q.    Okay.  And it was your
22   understanding that this was the first time
23   Game Pass was available to Australian
24   subscribers?
25        A.    I've been a fan of the NFL since
```

```
                                        Page 8
 1                    GILL
 2   1992, so it was something I was always
 3   looking for, and my understanding is that
 4   was the first available occasion.  Perhaps
 5   it was available beforehand.  I'm unaware.
 6       Q.    Thank you.
 7             Prior to your first subscription
 8   to Game Pass, had you subscribed to any
 9   other online services from other sports or
10   cultural or educational services?
11       A.    It would be close in timing, and
12   I'm not a hundred percent sure, but I have
13   had subscriptions to NHL TV and NBA TV.
14   It's possible one of those occurred before
15   or slightly after 2013.
16       Q.    And when you did subscribe to
17   Game Pass, do you recall how you learned
18   of this service being available in
19   Australia?
20       A.    Sorry.  I have a distinct memory
21   of friends of mine that were signing up as
22   well, and there may have been something
23   online that I saw that also led my
24   attention to it.
25       Q.    And was this something that you
```

```
 1                    GILL
 2   yourself signed up for through the
 3   Internet, or did someone do it on your
 4   behalf?
 5        A.    No.  I did it myself.
 6        Q.    And in signing up for Game Pass,
 7   do you recall what information that was
 8   provided on the Internet for Game Pass
 9   that you read and considered before making
10   the decision to subscribe?
11        A.    I don't.  I don't directly
12   recall, no.
13        Q.    Do you recall whether, prior to
14   taking whatever was the final online step
15   to subscribe, whether you viewed the terms
16   and conditions applicable to that service,
17   or any other online information?
18             MR. KRONENBERGER:  Objection.
19        Vague, ambiguous, foundation.
20        Q.    Any of this is a lawyer thing
21   that we need to explain to lay people, is
22   that Mr. Kronenberger is free to make
23   whatever objections.  That's for the
24   record.  But unless he says, "Mr. Gill,
25   don't answer," you have to answer.
```

```
 1                    GILL
 2           So, first of all, did you
 3   understand my question?
 4      A.    I understood the question.
 5   You're asking if I can recall the occasion
 6   that I signed up nine years ago, whether I
 7   viewed any terms and conditions.  Is that
 8   a correct understanding of the question?
 9      Q.    That's a perfect understanding
10   of the question.
11           MR. KRONENBERGER:  Objection.
12      Vague.  Just to clarify, when I make
13      an objection, Mr. Gill, you don't have
14      to pause after my objection.  You can
15      just continue right on.
16           THE WITNESS:  Okay.
17           MR. KRONENBERGER:  I don't want
18      to interrupt -- I don't want to cause
19      any undue delays.
20           THE WITNESS:  Okay.
21      A.    The simple answer to that
22   question, as I understand it, is I don't
23   recall whether I would have viewed any
24   terms and conditions.
25      Q.    And did -- when you first
```

```
                                    Page 11
 1                   GILL
 2   subscribed to Game Pass, what
 3   understanding, if any, did you have for
 4   what period of time that subscription
 5   would cover?
 6       A.    I think, as with all
 7   subscriptions -- that's a really good
 8   question.  I knew I'd at least get that
 9   season, and I wasn't sure after that.
10       Q.    Okay.  So at the time you first
11   subscribed, you knew it was at least
12   subscribing for that first full season;
13   correct?
14       A.    Yeah.  So, by that, I mean,
15   everything from Week 1 through to the
16   Super Bowl, and I think the Pro Bowl was
17   after the Super Bowl and so I'd get the
18   Pro Bowl as well, which is important to
19   me.
20       Q.    Okay.  Well, you're one of the
21   few people left that it's still important
22   to.
23       A.    Yeah.
24       Q.    And when you first signed up for
25   Game Pass, were you required to provide
```

```
                                      Page 12

 1                       GILL

 2    your credit card details and other

 3    information necessary to effectuate the

 4    subscription?

 5         A.    I recall that that was

 6    necessary.  Otherwise, it could not

 7    happen.

 8         Q.    Okay.

 9              MR. LEGHORN:  And,

10         Mr. Court Reporter, can you put up

11         that first document.

12              (Defendant's Exhibit 1, printout

13         of e-mail dated September 10, 2013 re:

14         NFL Game Pass Purchase Confirmation,

15         Bates stamped GILL00001, marked for

16         identification, this date.)

17         A.    I must say that I could only see

18    a small part of the page and a whole lot

19    of right-hand margin.  So it appears to be

20    magnified beyond the requirements of this

21    call.

22              (Discussion held off the

23         record.)

24              MR. LEGHORN:  So, back on the

25         record.
```

Page 13

```
 1                    GILL
 2     Q.    Mr. Gill, just take a look at
 3  the portion you can see there and then
 4  we'll ask the court reporter to scroll
 5  down to the bottom which just has some of
 6  your billing for on it.
 7     A.    I can see from
 8  nflgamepass@neulion.com to myself on
 9  Tuesday, September 10, 2013.
10     Q.    Yeah.  I don't need to you to
11  read it; just to see so that you're
12  familiar with it.
13     A.    I'm familiar with it, yeah.
14     Q.    Okay.
15            MR. LEGHORN:  And we'll take a
16        quick two-second break so Abner scroll
17        down and I won't say anything.
18            THE WITNESS:  Could I ask,
19        Abner, there's a magnification setting
20        that I'm receiving that nobody else
21        seems to have a problem with, but when
22        you moved to the right-hand side with
23        your mouse cursor to use the scrolling
24        bar, it through my screen off again.
25            (Discussion held off the
```

```
                                    Page 14
 1                    GILL
 2       record.)
 3       A.    I can see it now.
 4             MR. LEGHORN:  So, back on the
 5       record.
 6       Q.    Mr. Gill, have you ever seen
 7    this before?
 8       A.    Yes.  We're talking about the
 9    same document; yes?
10       Q.    This, we're speaking solely
11    about what's on the screen and we'll be
12    marking as Defendant's Exhibit 1.
13       A.    Sure.
14       Q.    Okay.  And what do you recognize
15    this document as?
16       A.    Information that I have a Game
17    Pass Season Plus
18    prescription -- subscription.
19       Q.    And those little numbers at the
20    bottom, GILL with a whole bunch of zeros
21    and a 1, that indicates it was produced by
22    your attorneys in this case as a document
23    coming from you.  Do you recall that you
24    were able to locate this somehow either
25    online or in records you had printed out?
```

Page 15

                     GILL
1
2     A.    Yes.  I recall finding this
3  document.
4     Q.    And did you find it online, or
5  did you have a copy of this printed out?
6     A.    I found it online.
7     Q.    Okay.
8     A.    Well, online, in terms of
9  through my e-mail provider.
10     Q.    Okay.  Right.  And that's -- we
11  have that Gmail address listed on here for
12  you; correct?
13     A.    Yes.
14     Q.    And were you able to find this
15  document through a request to Gmail?
16     A.    Yes.
17     Q.    Was that a "yes" or "no"?  I
18  couldn't hear.
19     A.    Yes.
20     Q.    Thank you.  And were you able to
21  find any e-mails other than this document,
22  this Exhibit 1 we're looking at, from your
23  Gmail address?
24     A.    Was I able to find any
25  documents --

```
                                             Page 16

 1                    GILL
 2       Q.      For Game Pass.
 3       A.      -- for the collection by my
 4   attorneys?  Is that what you're asking?
 5       Q.      Well, I'm asking you:  Were you
 6   able to find documents pertaining to Game
 7   Pass on your e-mail account, other than
 8   this?
 9       A.      Yes.
10       Q.      Okay.  And did you provide those
11   as well?
12       A.      Yes.  Everything I have I sent
13   through to my attorneys.
14       Q.      And is that the totality
15   everything that you had on your Gmail
16   concerning Game Pass?
17       A.      Yes.
18       Q.      And probably a few months ago
19   each side exchanged document demands, and
20   do you recall what if anything you did to
21   locate any documents that might have been
22   responsive to any of our demands?
23       A.      I spent a significant amount of
24   time scouring my e-mails in my records to
25   find anything around certain keywords, and
```

```
 1                    GILL
 2   the keywords were all pertaining to this
 3   case.
 4             Did I answer that question okay?
 5      Q.    You've answered the question.
 6   As to the quality of the answer, I can't
 7   answer.  I'm just looking for answers.
 8   It's up to Mr. Kronenberger and I he deal
 9   with it later, as to whether --
10      A.    I see.
11      Q.    Yeah.  And you'll see that
12   approximately in the middle of the portion
13   displayed on your screen, it says "Your
14   NFL Game Pass subscription for the 2013
15   season will end at 11:59 [Greenwich Mean
16   Time] on 31 [July] 2014".
17             Is that consistent with your
18   recollection of you purchasing that full
19   season?
20             MR. KRONENBERGER:  Objection.
21      Vague, ambiguous, argumentive.
22      A.    My understand upon reading that,
23   when I read it, was that, yeah, I -- that
24   is the subscription I purchased back in
25   2013.
```

```
                                        Page 18
 1                     GILL
 2        Q.     Now, Mr. Gill, at any time prior
 3    to the 2020 Super Bowl --
 4        A.     Uh-hum.
 5        Q.     -- do you recall ever accessing
 6    and reading the terms and conditions
 7    applicable to Game Pass?
 8        A.     I don't recall.
 9        Q.     Is it your practice, when
10    entering into an online subscription for
11    any online service, to read the terms and
12    conditions applicable to that service?
13             MR. KRONENBERGER:  Objection.
14        Objection.  Vague.  Calls for
15        speculation.
16             MR. LEGHORN:  No.  I'm asking
17        his practice.
18        Q.     Go ahead, Mr. Gill.
19        A.     My practice is to look closely
20    when I think I'm about to be charged more
21    money.
22        Q.     Okay.  So it fair to say, from
23    that response, if you think that you're
24    being charged more than you anticipated,
25    you take a look?
```

```
                                            Page 19
 1                     GILL
 2     A.     Well, two-fold.  It's two-fold.
 3  It's not purely am I being charged more
 4  than anticipated, but are there hidden
 5  charges that I can avoid if I'm more
 6  aware.
 7     Q.     Okay.  So let's take it back to
 8  the beginning of Game Pass and for the
 9  2013 season.  Do you have any recollection
10  to looking at terms and conditions for any
11  other online information available to you
12  as to charges other than what we saw noted
13  in Exhibit 1 of AUD$204.99?
14     A.     I don't recall at the time.  As
15  I mentioned, one of the reasons that I
16  joined up was that others, friend of mine
17  that were fans of the NFL had joined up at
18  the same time, and I was aware of what
19  they were paying, and that was the sole
20  decision maker for me as to whether I
21  should join, whether I could afford that.
22     Q.     Okay.  So let me just try to
23  clarify.  So do you have any recollection
24  of ever viewing terms and conditions
25  applicable to Game Pass, at any time
```

```
                                        Page 20
 1                    GILL

 2    between your first subscription in 2013

 3    and prior to the 2020 Super Bowl?

 4           MR. KRONENBERGER:  Objection.

 5        Vague, ambiguous.

 6        A.    I don't have any recollection of

 7    that.

 8        Q.    Okay.

 9           MR. LEGHORN:  Abner, let's put

10        up the next document.

11           (Defendant's Exhibit 2, NFL

12        Subscription Products Terms and

13        Conditions June 8, 2012, updated July

14        29, 2013 Bates Stamped DEF0000001

15        through DEF0000004, marked for

16        identification, this date.)

17           (Discussion held off the

18        record.)

19        Q.    So, Mr. Gill, what I've put up

20    before you, and we'll mark as Exhibit 2,

21    is the -- what's been provided by the NFL

22    as the terms and conditions applicable to

23    that first season you had.

24        A.    Uh-hum.

25        Q.    So let me just ask you to scroll
```

```
                                          Page 21
 1                    GILL
 2  through as much or as little as you need
 3  to to determine whether you think you've
 4  ever seen this before.
 5       A.    The simple answer is I don't
 6  know if I've ever seen that before.
 7       Q.    You have no recollection?
 8       A.    No recollection.
 9       Q.    Is it something you might have
10  seen, or you definitely didn't see, or you
11  just don't know?
12       A.    I just don't know.
13       Q.    Okay.  And when you entered into
14  Game Pass, the online subscription for the
15  first time in 2013, did you understand
16  that, by subscribing and authorizing
17  payment to your credit card and using the
18  service, that you were, through those
19  actions, accepting whatever the applicable
20  terms and conditions were for Game Pass?
21            MR. KRONENBERGER:  Objection.
22       Vague, ambiguous, calls for
23       speculation, compound.
24       A.    My understanding is that, when I
25  purchased Game Pass in 2013, that I was
```

```
                                      Page 22
 1                       GILL
 2     going to get the service that everyone
 3     else had described.  That's the best way I
 4     can answer that.
 5          Q.    Okay.  And when you say that
 6     "everyone else had described", are you
 7     talking about your friends who had also
 8     subscribed?
 9          A.    Yes.  Existing users that had
10     subscribed prior to myself.
11          Q.    Right.  So let me try to refine
12     the question.  When you applied and
13     subscribed to Game Pass in 2013, were you
14     aware of the fact that, by applying and
15     subscribing to this particular online
16     service, you were, by that action,
17     agreeing to the applicable terms and
18     conditions for Game Pass?
19               MR. KRONENBERGER:  Objection.
20          Foundation, ambiguous, vague.
21          A.    In so much as when I sign up to
22     anything that got terms for doing things,
23     yes, I understood that.
24          Q.    Thank you.
25               MR. LEGHORN:  Abner, could you
```

```
                                      Page 23

 1                   GILL
 2       please put up Exhibit 3 on Screen
 3       Share.
 4              (Defendant's Exhibit 3, NFL
 5       Subscription Products Terms and
 6       Conditions June 8, 2012, updated
 7       August 6, 2014, Bates stamped
 8       DEF0000199 through DEF0000203, marked
 9       for identification, this date.)
10       Q.     So once again, we're showing you
11   a document that we've now marked as
12   Exhibit 3.   This is another set of terms
13   and conditions.   This is for the
14   subsequent NFL season, NFL Game Pass
15   season.   Take a look through it, see if
16   you recall ever having seen these terms
17   and conditions before.
18              THE WITNESS:   Could the court
19       reporter please increase the size of
20       it, using the Zoom.
21              MR. KRONENBERGER:   I just place
22       an objection on the record regarding
23       foundation for this document.
24              So the question is --
25       Q.     Do you recall ever seeing this
```

```
                                              Page 24
 1                      GILL
 2   document, which is -- appears to be the
 3   applicable terms and conditions for the
 4   2014 NFL season?
 5       A.     I don't recall seeing this.
 6       Q.     Okay.
 7              MR. LEGHORN:   Abner, you can
 8       take the document down.
 9       Q.     Mr. Gill, did you subscribe to
10   the 2014 NFL season through Game Pass as
11   well?
12              MR. KRONENBERGER:   Objection.
13       Vague, ambiguous.
14       A.     I'm pretty sure that it
15   automatically renewed.
16       Q.     And when you say "automatically
17   renewed", what was your understanding of
18   automatic renewal for Game Pass?
19       A.     Just to say that, if my credit
20   card happened to also be on file, and that
21   credit card was valid, and there was the
22   capacity to spend on it, then it would --
23   or even if there wasn't a capacity to
24   spend, they would apply a charge towards
25   it, for whatever the fee was for the
```

Page 25

```
 1                    GILL
 2  upcoming season.
 3      Q.    And do you recall that, prior to
 4  a renewal for the 2014 season, that you
 5  received one or more e-mails advising you
 6  of your ability to opt out of any
 7  automatic billing renewal?
 8            MR. KRONENBERGER:  Objection.
 9      Foundation, ambiguous, vague.
10      A.    I don't recall seeing that.
11      Q.    Let me ask you just a general
12  question.  Other than that e-mail we
13  looked at, which was Exhibit 1, which was
14  confirmation of your paying for the first
15  season, using that as a start date, in the
16  pre-2013 football season -- and the date
17  of that, to be precise, was September
18  10th, 2013 -- using that as a start date,
19  and using that as an end date, July 31,
20  2019, do you have any recollection of
21  receiving any e-mails at all from --
22            MR. KRONENBERGER:  Objection --
23      Q.    -- from the time of either --
24            MR. KRONENBERGER:  One moment.
25      Objection.  Ambiguous, vague,
```

```
 1                    GILL
 2      foundation.
 3            MR. LEGHORN:  I didn't finish
 4      the question.
 5            MR. KRONENBERGER:  I'm sorry,
 6      Tom.  I apologize.
 7            MR. LEGHORN:  Yeah, I -- because
 8      when you objected, I would expect the
 9      answer to be "yes", because I said,
10      "Did you ever receive, or recall
11      receiving, e-mails..." and I would
12      think it would be "yes".  So
13      let -- let me --
14            THE WITNESS:  The answer
15      is -- the answer is yes, that I recall
16      seeing e-mails.
17            MR. KRONENBERGER:  Yeah.
18      Q.   So the full question is:  Do you
19   recall, in that time period, September
20   10th, 2013 to July 31 of -- let's just say
21   the end of July 2019 -- do you recall
22   receiving e-mails in connection with the
23   NFL's Game Pass?
24            MR. KRONENBERGER:  Objection.
25      Foundation, ambiguous, vague.
```

```
 1                     GILL
 2      A.    So, you're asking me if, from
 3   that start date to the end date, did I
 4   recall receiving a single e-mail that
 5   would have involved the words, or have the
 6   heading, "NFL Game Pass" or being from NFL
 7   Game Pass?
 8      Q.    Correct.
 9      A.    The answer is yes.  Yes.
10      Q.    And what e-mails do you recall
11   receiving in that time period, generally?
12      A.    I don't know how to answer that;
13   it's a long period of time and I haven't
14   itemized every single e-mail that I saw in
15   that time.
16      Q.    Okay.  And you received many,
17   many e-mails, and that you can't recall?
18      A.    Can we define "many, many"?
19      Q.    Yes.
20      A.    Well, what is "many, many"?
21      Q.    Well, I thought I was using
22   yours, your words, but how many e-mails
23   approximately do you think you recall
24   receiving in that time period involving
25   NFL Game Pass?
```

```
                        GILL
 1
 2       A.     I'd have to speculate.  I'd have
 3   to guess.  I could say that there was -- I
 4   was always aware of getting e-mails from
 5   NFL Game Pass.  If I got them, I am not
 6   sure that I necessarily clicked on and
 7   opened every one.  If it definitely told
 8   me that your subscription is being
 9   renewed, often I could see that in the
10   heading.  You see, I know I got the
11   e-mails.  I'd say they're in the -- I
12   don't even think they're in the tens.  I
13   might've got maybe two or three around --
14   around that time.
15       Q.     Okay.  Well --
16       A.     ... a year, that is.
17       Q.     We will be looking later on at a
18   log of the e-mails that you received at a
19   later period, the period when OverTier was
20   providing the service.  We have that log.
21           But you said you would see --
22   when you received e-mails, you would see
23   the -- what's the word?  -- the title or
24   what the subject was of it --
25       A.     Yeah.
```

```
 1                    GILL
 2      Q.    -- and when you saw the subject
 3   and it was an -- a Game Pass e-mail, would
 4   you open all of them to read the content?
 5      A.    I have difficulty saying under
 6   oath that I did open all of them.
 7      Q.    Okay.  Would it make a
 8   difference to you in determining whether
 9   to open a Game Pass e-mail or not if the
10   subject matter was more of an
11   advertisement as opposed to a title that
12   led you to believe it was in connection
13   with the service being provided?
14           MR. KRONENBERGER:   Objection.
15       Vague and compound.
16      A.    I don't know that the criteria
17   you just described would encourage me any
18   more or less to open the e-mail.
19           MR. LEGHORN:   Okay.  Let's bring
20       up the next one, Abner.
21           (Defendant's Exhibit 4,
22       NFL.com - Subscriptions - Terms and
23       Conditions effective June 20, 2017,
24       Bates stamped DEF000064 through
25       DEF000066, marked for identification,
```

```
                                          Page 30
 1                      GILL
 2       this date.)
 3       Q.    Okay, Mr. Gill, once again, just
 4   take a look through this.  I'm not going
 5   to go through all the term and conditions,
 6   but here is another one with effective
 7   date June 20th, 2017, and we've marked
 8   this as Exhibit 4.  Please let me know if
 9   you recall having ever seen this prior to
10   today.
11            MR. KRONENBERGER:  I'm lodging a
12       general objection, foundation, for
13       this document.
14       A.    Are you asking me whether or not
15   I've seen this prior to this case; right?
16       Q.    Yeah.  Have you ever -- do you
17   recall ever seeing this document before?
18       A.    No.  No, I don't.
19       Q.    Do you have any reason to
20   believe you may have looked at it at or
21   about the time it was available online, or
22   you just can't recall?
23       A.    I think it's unlikely, but I
24   truly can't recall to answer with any
25   veracity.
```

```
                                        Page 31
 1                   GILL
 2        Q.    Why do you say "unlikely"?
 3        A.    I just know, with everything I
 4   was doing in 2017, I think it's unlikely
 5   that I would have -- your question implies
 6   I would have opened it up and read through
 7   it.  What's the date on it?
 8        Q.    It was June 20, 2017.
 9        A.    Yeah, I was traveling then.
10   That's why --
11        Q.    Excuse me?
12        A.    -- it's unlikely.
13              I was traveling --
14        Q.    Uh-hum.
15        A.    -- so it's very unlikely I would
16   have looked at it.
17        Q.    These documents are generally
18   available throughout the year.
19        A.    No, that's true.  I would say
20   that that's why I used the word
21   "unlikely", because there are occasions
22   when I've been traveling when I sit down
23   and look at everything that I've received.
24   It's just unlikely that this would have
25   been one of the things I would have looked
```

```
                                      Page 32
 1                      GILL
 2   at.
 3        Q.     Okay.
 4              MR. LEGHORN:  You can take that
 5        one down.
 6        Q.     Now, Mr. Gill, at any time
 7   between your first subscribing to Game
 8   Pass and prior to the 2019 NFL season, do
 9   you recall ever having occasion to make a
10   complaint to the service provider as to
11   problems you were encountering with Game
12   Pass?
13        A.     I do not recall making any
14   complains in that time.
15        Q.     Do you recall having, in that
16   same time period, prior to the 2019
17   season, do you recall having any technical
18   issues with the transmission of Game Pass
19   to you as a subscriber?
20        A.     If I had any technical problems,
21   they were very generally temporarily fixed
22   and probably due more to my Internet
23   connection at the time.
24              MR. LEGHORN:  And let's put up
25        as the next exhibit I think it's 5.
```

```
                                        Page 33
 1                      GILL
 2              (Defendant's Exhibit 5, NFL
 3         Digital Care communication #895246,
 4         Bates stamped DEF0001250, marked for
 5         identification, this date.)
 6         Q.    What's on my screen is the
 7    totality of this document.  So, you know,
 8    the bottom line, I can see it's Kurt at
 9    NFL Digital Care.  Do you see that,
10    Mr. Gill?
11         A.    Yes.
12         Q.    So just read through this to
13    yourself.
14              MR. KRONENBERGER:  Tom, could
15         you scroll through for me.
16              (Discussion held off the
17         record.)
18         A.    Yeah, I've read the document.
19         Q.    Okay.  And does this refresh
20    your recollection of having had to reach
21    out to a provider of Game Pass as to a
22    technology issue?
23         A.    I -- yeah, would be -- with the
24    prompting, I do remember; I do remember
25    sending that.
```

```
                                    Page 34

 1                    GILL
 2        Q.    Okay.  And you recall whether,
 3   in connection with this, other than this
 4   online chat, or exchange of e-mails,
 5   whether you had any telephone conversation
 6   with anyone --
 7        A.    No, I do not recall.  I'm not
 8   familiar.
 9        Q.    And in the middle of this
10   document -- you'll need to scroll down a
11   little -- it seems to be a November 4,
12   2018 entry from you.  Can you go to that.
13        A.    Yup.
14        Q.    Okay.  And it says, "I have been
15   watching games on my subscription
16   successfully all season and have a paid
17   membership till mid 2019 with NFL Game
18   Pass."  Is that in fact something you
19   wrote, because it says it's from Sietel,
20   November 4th, that you -- is that your
21   entry?
22        A.    It's pronounced Sietel, but yes.
23        Q.    Sorry.
24        A.    Yes, that's something I wrote.
25        Q.    And is it correct -- am I
```

Page 35

```
 1                    GILL
 2    reading this correctly, that you are
 3    indicating that your subscription runs
 4    till the end of 2019 -- till mid-2019 with
 5    NFL Game Pass?  Am I reading that
 6    correctly?
 7              MR. KRONENBERGER:  Objection.
 8         Foundation, vague, ambiguous.
 9         A.    I think at the time that was my
10    understanding, but I was really trying to
11    make the point that I was a paying member
12    and I had not the service I was meant to
13    be getting that I was paying for.
14         Q.    And were they able to fix your
15    problem?
16         A.    I don't think they did.  I think
17    everything they recommended, I think it
18    self-resolved, which is to say that, if I
19    had done nothing, it would have
20    self-resolved.  I don't think any action I
21    took as a result of anything Kurt Isaacs
22    told me fixed the problem, which is to say
23    it was completely out of my control.
24         Q.    Mr. Gill, so let's -- let's use
25    that time period of September 10th, 2013
```

```
                                       Page 36
 1                     GILL
 2   through the end of July 2019.
 3        A.    Okay.
 4        Q.    In connection with your Game
 5   Pass subscription, would entries appear on
 6   your credit card statement when payment
 7   had been accomplished for your Game Pass
 8   subscriptions?
 9        A.    Yes.
10        Q.    And to the best of your
11   recollection, would there be a
12   corresponding entry on your credit card
13   statement for each year you subscribed to
14   Game Pass?
15        A.    Yes.
16        Q.    And did you ever take note of
17   the entity that had placed the transaction
18   through your credit card account in
19   connection with Game Pass?
20             MR. KRONENBERGER:  Objection.
21        Foundation, ambiguous, vague.
22        A.    Are you asking me if I ever -- I
23   don't really understand the question.
24        Q.    Okay.  So, for the entries for
25   Game Pass --
```

```
                                          Page 37

 1                    GILL

 2       A.     No.

 3       Q.     -- do you understand --

 4   withdrawn.

 5              For the entries that appeared

 6   each year for the renewal of Game Pass --

 7       A.     Uh-hum.

 8       Q.     -- do you recall what entity

 9   made the charge for Game Pass against your

10   credit card?

11              MR. KRONENBERGER:  Objection.

12   Ambiguous, vague --

13       A.     (Garbled audio)

14              MR. KRONENBERGER: -- foundation.

15       Q.     I couldn't hear your answer.

16   Mr. Gill.

17       A.     My answer is "No."  I don't

18   recall -- I'm not sure I understand the

19   question, but if the question is did I

20   take note, you know, what the specific

21   name of the company was charging me on

22   Game Pass, charging me the Game Pass fee,

23   then no, I don't recall that.

24       Q.     And is it your practice, when

25   you receive a credit card statement, to
```

```
 1                    GILL
 2   look through the charges to make sure that
 3   they were all charges that you made or
 4   authorized?
 5       A.    I look through my credit card
 6   statements for that effect, yes.
 7       Q.    Okay.  And in that review, is it
 8   fair to say you cannot recall who, what
 9   entity, made the charge for your Game Pass
10   renewal each year?
11       A.    I can't recall, no.
12       Q.    Okay.  Do you save your credit
13   card statements either electronically or
14   in paper form?
15       A.    They're stored electronically in
16   the bank provider, with the American
17   Express provider account that I have.  I
18   can access them, generally within 48
19   hours, if I have to.
20       Q.    So if we were to ask you to look
21   to determine what entity entered the
22   charge for Game Pass for a period of,
23   let's say, the last five years, would you
24   be able to get those records?
25       A.    I could go back in time and get
```

```
                                           Page 39
1                       GILL
2      them, if that's what you're asking.
3           Q.    Yes.
4                MR. KRONENBERGER:  Objection.
5           Discovery is closed on this issue, so
6           just general objection on that ground.
7                MR. LEGHORN:  Okay.  Well,
8           discovery is closed, but it's not
9           closed if there was an insufficient
10          response, but that's for you and me to
11          talk about, not take up Thursday
12          morning of Mr. Gill's time.
13               MR. KRONENBERGER:  Agreed.
14          A.    I'm just thinking that through,
15     because it depends which card it was on.
16     If it was American Express, yeah, I can
17     get access to those.  If it was on a
18     Commonwealth Bank account, I'm not sure.
19     I'm going to say, depending on the credit
20     card that each year was purchased on,
21     umm -- yeah.
22          Q.    And I don't know, Mr. Gill,
23     because, for privacy and safety reasons,
24     you know, I -- you know, that Exhibit 1
25     only has 3001 as the last four digits of
```

```
                                            Page 40
 1                     GILL
 2     your credit card on it, without any other
 3     identifying information.
 4             MR. LEGHORN:  You can take down
 5         that exhibit.
 6         Q.    Mr. Gill, prior to this lawsuit,
 7     had you ever recalled hearing or reading
 8     the name OverTier, O-V-E-R-T-I-E-R, in
 9     connection with Game Pass?
10         A.    No.
11             MR. LEGHORN:  Let's bring up the
12         next exhibit, please.
13             (Defendant's Exhibit 6, Game
14         Pass invoices, Bates stamped
15         DEF0000163 through DEF0000174, marked
16         for identification, this date.)
17         Q.    This is a fairly lengthy
18     exhibit, Mr. Gill.  This is probably one
19     of the lengthiest exhibits we have.  I'm
20     interested in the first four or five
21     pages, which are invoices from OverTier
22     that they provided to us in connection
23     with your account for Game Pass.  So why
24     don't you look through the first four or
25     five pages and let me know if you ever
```

```
                                        Page 41
 1                  GILL
 2   recall having seen these.
 3        A.    No.  These only -- it's all
 4   fairly new to me.
 5        Q.    And then if you could return
 6   to -- keep scrolling.  I'll tell you when
 7   to stop.  When you get past the invoices,
 8   they're all basically the same.  If you
 9   see anything that you recognize, stop and
10   let us know.  Why don't you stop there.
11        A.    Yeah.
12        Q.    It's -- you know, the credit
13   card information there indicates that, for
14   that particular year, it may have been a
15   Master Card or a Visa.
16        A.    No.
17        Q.    Do you have ability to access
18   bank statements for those cards, as well?
19        A.    The Master Card, I should be
20   able to.  I don't know about the visa,
21   though.
22        Q.    Hold on, Mr. Gill.  You passed
23   it.
24        A.    Apologies.
25        Q.    No, no.  I want to get to the
```

```
                                          Page 42
 1                     GILL
 2    point where it has payment information.
 3    Keep going.  Keep going.  Keep going.
 4    Whoops.  There you go.  That first
 5    section, just get to the -- right there.
 6    Okay.
 7        A.    Okay.
 8        Q.    This is -- you'll see -- at the
 9    bottom of the screen, I see here -- I see
10    a charge of, on the date of August 2nd,
11    2019, for 274.99 AUD.  Do you see that?
12        A.    Yup.
13        Q.    And it says it was processed;
14    correct?
15        A.    Yes.
16        Q.    The next two entries are error
17    entries.  Do you recall that there was
18    some problem with the credit card, maybe
19    an expiration date or something else, and
20    a renewal for the 2020 season?
21            MR. KRONENBERGER:  Objection.
22        Foundation.  I don't think (garbled
23        audio)
24            (Crosstalking/garbled audio)
25        Q.    Do you have any recollection --
```

```
 1                    GILL
 2   do you have any recollection of why
 3   payment failed for two times in the 2020
 4   season?
 5            MR. KRONENBERGER:  Objection.
 6        Foundation.  It's not his document.
 7        A.    I don't have any recollection.
 8        Q.    You don't have any recollection
 9   that it failed?
10        A.    No, not specifically.
11        Q.    Do you have any recollection of
12   anyone reaching out to you by e-mail,
13   voice or otherwise, seeking to obtain
14   further information from you to process
15   this payment?
16        A.    I don't have any recollection of
17   that, no.
18            MR. LEGHORN:  You can you can
19        take that one down, Abner.  Bring up
20        the next one.
21            (Defendant's Exhibit 7,
22        Subscription Product Terms provided by
23        OverTier as the terms and conditions
24        in effect for the 2019 season, Bates
25        stamped DEF0000013 through DEF0000020,
```

```
 1                    GILL
 2      marked for identification, this date.)
 3           MR. LEGHORN:  Ben, is this the
 4      correct one?  I see it looks like a
 5      Track Change version and the one I
 6      pulled doesn't have that.
 7           MR. KRONENBERGER:  Tom, this was
 8      the version that I had saved for
 9      Exhibit 7.
10           MR. LEGHORN:  Okay.  Somehow
11      mine printed out differently, but,
12      anyhow, let's use it.  I don't think
13      it really makes a difference.
14      Q.    Mr. Gill, what I have shown you
15   through this Exhibit 7 is what's been
16   provided to us by OverTier as the terms
17   and conditions in effect for the 2019
18   season.  Can you scroll through, take as
19   long as or short as you want, to see if
20   you recall having ever seen these -- this
21   document prior to this litigation?
22           MR. KRONENBERGER:  Objection
23      regarding foundation for the document,
24      its source, and the contents of the
25      document.
```

Page 45

```
 1                  GILL
 2      A.     In the highlighted sections,
 3  when I received the document, would it
 4  have been highlighted?
 5      Q.     No.  The highlighted would not
 6  have been -- now, we'll have another one,
 7  I think.  This is 7.  You know,
 8  Exhibit 9 -- we'll be getting to it -- is
 9  an updated one in that season as well,
10  and, you know, it would have looked like
11  that, Exhibit 9, without the red liner or
12  the highlighting.
13      A.     I've never seen that before.
14      Q.     Go back to the first page,
15  please.
16             MR. KRONENBERGER:  I'd like to
17        lodge another objection here.  This is
18        very confusing, in addition to
19        foundational problems, because this is
20        not what a consumer would see, and I'm
21        just -- I'm worried that it's going to
22        create confusion with the witness.
23      Q.     Go back to the first page.
24  Please turn to that, number 2.  Okay.  So
25  read to yourself -- you see the bullet
```

```
                                              Page 46
 1                    GILL
 2    point 2, "INFORMATION ABOUT US AND HOW AND
 3    HOW TO CONTACT US"?  2.1 says, "Who we
 4    are.  Overtier Operations who is the
 5    official licensee of the content material
 6    and Deltatre S.p.A. who operates the
 7    platform and deals with customer queries
 8    (referred to as 'we', 'our' and 'us').  As
 9    a customer you are contracted with both
10    entities"?  Have you ever seen that
11    before?
12        A.    No.
13              MR. KRONENBERGER:  Objection.
14        Foundation, ambiguous, vague,
15        suggestive, compound.
16              MR. LEGHORN:  You know, in the
17        federal rules, all you have to say is
18        "objection".  They're all preserved
19        for trial.
20              MR. KRONENBERGER:  I'm just
21        being careful.
22        Q.    For the 2019 season, did you
23    have any understanding that, with the
24    renewal for that season, you were
25    contracting with OverTier and Deltatre for
```

```
                                          Page 47
 1                      GILL
 2      the providing of the content of Game Pass?
 3           A.    No.
 4                MR. KRONENBERGER:  Objection.
 5           (Garbled audio)
 6                MR. LEGHORN:  I couldn't -- I
 7           couldn't hear the answer because of
 8           the cautious objections over there.
 9           A.    My answer is "no."
10           Q.    Okay.
11                MR. LEGHORN:  Take that one down
12           an put up the next exhibit, which will
13           be 8.
14                (Defendant's Exhibit 8, printout
15           of e-mail re: Your payment has been
16           successful, and redacted portions,
17           Bates stamped GILL22 and GILL23,
18           marked for identification, this date.)
19           Q.    You'll need access to that one
20      so you can get to the second page for the
21      little bit of print that's there.
22                Just go to the portion above
23      that block, "Attorney Client Privilege".
24      That's all there is.  Right there.
25                On the first page, this was an
```

Page 48

```
 1                    GILL
 2    e-mail from NFL Game Pass to your Gmail
 3    address, dated Friday August 2nd, 2019,
 4    and this is a document provided by your
 5    counsel.  Do you recall having received
 6    this e-mail?
 7        A.    Maybe.  It seem like an e-mail I
 8    would have received.
 9        Q.    And in that little, what you
10    have there?
11        A.    Uh-hum.
12        Q.    -- and in fact highlighted, "For
13    [Frequently Asked Questions] or to contact
14    customer support, click here," and there's
15    a hyperlink, do you see that?
16        A.    Yeah.
17        Q.    Did you ever click on the
18    hyperlink to find out what the questions
19    are, get more information?
20        A.    I doubt it.  I have no idea.  I
21    doubt it, though.
22        Q.    Do you know why this is
23    addressed to Dear Null, N-u-l-l?
24        A.    I was just thinking that.  Do
25    you know why it's addressed to Null?
```

```
                                            Page 49
 1                     GILL
 2     Q.     No.   But I'll find out.
 3     A.     Okay.
 4            THE WITNESS:   Can I request a
 5     bathroom break at this point?  Is it
 6     appropriate?
 7            MR. LEGHORN:   Absolutely.  You
 8     know, why don't we -- what do you
 9     want, five minutes, ten minutes?  You
10     tell me.
11            THE WITNESS:   Ten minutes would
12     be great.
13            MR. LEGHORN:   That's fine.
14            THE WITNESS:   Alrighty.  Thank
15     you.
16            (Time noted:  6:17 p.m.)
17            (Brief recess.)
18            (Time noted:  6:25 p.m.)
19            MR. LEGHORN:   Back on the
20     record.
21            Why don't you bring up as the
22     next exhibit, which I think it is 9.
23            I think we put these exhibits in
24     reverse order.  I think you actually
25     need to show 10.
```

```
                                       Page 50
 1                      GILL
 2            (Defendant's Exhibit 10, Game
 3       Pass Updates to Terms and Conditions
 4       effective October 29, 2019, Bates
 5       stamped DEF0001011, marked for
 6       identification, this date.)
 7       Q.    Ask for control if you need to
 8   make it bigger, smaller, or move it, but
 9   that's the whole document.
10       A.    Okay.
11            MR. KRONENBERGER:  Objection to
12       the document.  Foundation.
13       Q.    Take, as in past, take as long
14   as or as quickly as you need to see if you
15   recall having seen this before.
16       A.    I don't recall having seen this
17   before.  Moreover, I can't actually read
18   the text underneath "NFL Game Pass".
19       Q.    Well, I'll read it to you.  It
20   says, "Certain restrictions apply.  NFL
21   Game Pass International is available to
22   users in selected territories outside of
23   the United States, Canada and China.
24   Additional blackout restrictions apply in
25   the U.K. and Republic of Ireland.
```

```
                                          Page 51
 1                    GILL
 2    Availability in HD-Quality video is
 3    subject to deice internet-connection speed
 4    and to the system requirements for
 5    streaming content at high are bitrates.
 6    Visit our FAQ page here.  For further
 7    details on NFL Game Pass International
 8    Terms and Conditions, including billing,
 9    please click here.
10              "Overtier Operations, P.O. Box
11    2510, Kensington House, 69 Dr. Roy's
12    Drive, George Town, Grand Cayman KY1-1104
13    Cayman Islands."
14              And then it has "Terms of Use",
15    "Privacy Policy" as hyperlinks.
16        A.    I don't recall seeing this.
17        Q.    Do you see that this is a notice
18    indicating that there are updates to the
19    terms and conditions with respect to
20    Australian subscribers?
21              MR. KRONENBERGER:  Objection.
22        Foundation, ambiguous, vague.
23        Q.    Does the document say that?
24        A.    (Garbled audio)
25              (Discussion held off the record
```

```
                                        Page 52

1                      GILL

2         with court reporter.)

3              THE WITNESS:  I asked the

4         question whether he's trying to

5         (garbled audio) the videos, but I see

6         it now.

7              MR. LEGHORN:  I still couldn't

8         hear that.

9              THE WITNESS:  I asked the

10        question of Mr. Leghorn as to where

11        the Australian subscriber component

12        was, but I've seen it since.

13        Q.    Okay.

14        A.    Yeah.

15        Q.    And --

16        A.    To answer your question, do I

17   recognize that it refers to Australian

18   subscribers, as I read it now, yes, I

19   recognize that.

20        Q.    And the date of October 29, 2019

21   in this document as to which they were to

22   take effect on, is that a date prior to

23   the 2020 Super Bowl?

24        A.    Oh, yeah, it is.

25        Q.    Okay.
```

```
                                        Page 53
 1                    GILL
 2          MR. KRONENBERGER:  I want to
 3      clarify my objection.  Objection,
 4      vague, foundation.  Go ahead.
 5      Q.    And you see in the second
 6  paragraph here that this document provided
 7  a hyperlink to the new terms and
 8  conditions?
 9      A.    It appears to, yes.
10      Q.    Okay.
11          MR. LEGHORN:  So you can --
12      before you take that down, Mr. Court
13      Reporter...
14      Q.    ... do you have any recollection
15  of accessing a hyperlink in 2019 as to any
16  new terms and conditions for Game Pass?
17      A.    No recollection of doing that.
18      Q.    Okay.
19          MR. LEGHORN:  So let's go back
20      to the prior one that we put out of
21      order.
22          (Defendant's Exhibit 9,
23      Subscription Product Terms for the
24      2019-2020 season, Bates stamped
25      DEF0000021 through DEF0000029, marked
```

Page 54

```
 1                    GILL
 2      for identification, this date.)
 3      Q.    Okay.  And, Mr. Gill, ask for
 4   access to this so you can scroll through
 5   it.
 6      A.    Okay.
 7      Q.    It's several pages long.
 8            MR. KRONENBERGER:  Objection to
 9      the document.  Generally appears to be
10      a Microsoft Word document not viewed
11      by consumer.  Confusing, misleading.
12      A.    So what's the question around
13   this document as I scroll through it?
14      Q.    I just -- the question is scroll
15   through it.  This is a different version
16   of the document we looked at earlier with
17   the highlighting on it.  This has been
18   provided by OverTier as the document that
19   was available at the hyperlink on the
20   document you just looked at previously,
21   which was Exhibit 10.
22      A.    Uh-hum.
23            MR. KRONENBERGER:  Objection
24      regarding the characterization,
25      foundation.
```

```
1                    GILL
2      A.    Okay.
3      Q.    Having scrolled through this, do
4  you have any recollection of ever having
5  seen this document before?
6      A.    I haven't seen this document
7  before.
8      Q.    And just go back to the first
9  page.  Right there.
10      A.    Uh-huh.
11      Q.    And, Mr. Gill, if you'll see in
12  bullet 2.1, this has the same language as
13  the document we previously saw that
14  indicates that the contract between the
15  subscriber is with OverTier and Deltatre.
16  Is that an accurate reading of what that
17  it is says?
18            MR. KRONENBERGER:  Objection.
19      Ambiguous, vague, lack of foundation,
20      calls for speculation.
21      A.    You're asking me do I recognize
22  that that paragraph says that this
23  OverTier Operations is the licensee?
24  Sure.  That's what it says.
25      Q.    And that the customer -- that
```

```
 1                    GILL
 2   the subscriber -- is contracting with
 3   those entities; correct?
 4            MR. KRONENBERGER:  Objection.
 5        Foundation, ambiguous, vague, calls
 6        for speculation.
 7        Q.    Is that what it says?
 8        A.    Is that what it says?
 9        Q.    It says, third line, "As a
10   customer you are contracted with both
11   entities," and previously it says we are
12   OverTier and Deltatre.
13        A.    So, yeah.  Yes, okay, so I
14   understand that's what it says, that I'm
15   in the contract with the NFL and with this
16   OverTier.
17        Q.    And where do you get that you
18   have a contract with the NFL?
19        A.    It's NFL Game Pass.  I think
20   it's reasonable that I thought I had a
21   contract with the NFL.
22        Q.    But do you have any document in
23   your possession that indicates that you,
24   for the 2019-2020 season, entered into a
25   contract with the NFL itself or the NFL
```

```
                                        Page 57
 1                    GILL
 2   Enterprises for the provision of Game
 3   Pass?
 4        A.    Do I have a contract?  I don't
 5   know.
 6             MR. KRONENBERGER:  Objection.
 7        Objection.  Calls for a legal
 8        conclusion.
 9             MR. LEGHORN:  No.  I'm asking:
10        Q.    Do you have any document?  I'm
11   not asking you to conclude anything.  Do
12   you have any document that embodies a
13   contract between you and either the NFL or
14   NFL Enterprises for the provision of Game
15   Pass to you in Australia?
16        A.    I do not know.
17             MR. KRONENBERGER:  Objection.
18        Legal conclusion.
19             MR. LEGHORN:  With those
20        objections, I couldn't hear the
21        answer.
22        A.    I do not know.
23        Q.    You do not know, or you do not
24   have them?
25        A.    I do not know whether I have
```

Page 58

```
 1                    GILL
 2   one.
 3      Q.    Have you looked for one?  Have
 4   you undertaken a search for any such
 5   document?
 6      A.    Well, for that specific
 7   question?
 8      Q.    Yes.  For a contract between you
 9   and the NFL or the NFL Enterprises.
10             MR. KRONENBERGER:  Objection.
11        Vague, ambiguous, also calls for
12        speculation.
13      A.    Have I specifically looked for a
14   document that says that for -- which
15   season was it, Mr. Leghorn?
16      Q.    2019-2020.
17      A.    So 2019-2020 season, for which I
18   constantly ordered, renewed, and when
19   I -- do I have a document that says that I
20   was clearly in a direct contract for the
21   provision of Game Pass with NFL
22   Enterprises?  I've not looked for that.
23      Q.    You have not looked for that?
24      A.    For that specific question, I
25   have not gone to look for that document,
```

```
 1                    GILL
 2   no.
 3       Q.    Okay.  Or -- you only mentioned
 4   NFL Enterprises.  Would it be any
 5   different if it was for the NFL itself?
 6       A.    I don't -- I don't know enough
 7   about the construction of the NFL and NFL
 8   Enterprises to answer that question.
 9       Q.    Okay.  Well, I placed before
10   you, which I have represented to you are
11   the terms and conditions for the 2019-2020
12   season that indicates a contract from any
13   subscriber in Australia for Game Pass was
14   with OverTier and Deltatre, and I am
15   trying to determine if you have any
16   document that indicates and supports your
17   contention that, for the 2019-2020 season,
18   you had a contract with either the
19   National Football League or NFL
20   Enterprises for the provision of Game Pass
21   to you in Australia.
22            MR. KRONENBERGER:  Objection.
23       Mischaracterizes document, foundation,
24       ambiguous, vague.
25       A.    For the length of that question,
```

```
 1                    GILL

 2   means I'm not really sure how to answer

 3   it.

 4            MR. LEGHORN:  Mr. Court

 5        reporter, if you could read back that

 6        question.

 7            (Question read.)

 8        A.    Yeah.  The answer is I don't

 9   know that I have that document or whether

10   I don't have that document.

11        Q.    And is it that you don't know

12   that you have such document because you

13   either didn't search for such document, or

14   you couldn't find such document after a

15   search?

16        A.    I haven't specifically searched

17   for that document.

18            MR. LEGHORN:  Take that down,

19        please, Mr. Court Reporter.  Let's

20        pull up number 11.

21            (Defendant's Exhibit 11,

22        Subscription Product Terms for

23        Australia for the 2019 season attached

24        as an exhibit to the original motion

25        to dismiss, pages 2 through 18, marked
```

```
                                    Page 61
 1                  GILL
 2        for identification, this date.)
 3        Q.     So, Mr. Gill, this is a copy of
 4   the terms and conditions for the 2019
 5   season that was attached as an exhibit to
 6   the original motion to dismiss in this
 7   case.  Just another version of what we've
 8   seen?
 9        A.     What I see is really faint.
10        Q.     It is really faint.  That's
11   unfortunately how it appears online and
12   can't make it any darker than that.
13        A.     Can I ask why can't it be made
14   any darker?
15        Q.     I don't control the font on a
16   PDF.  That's why.
17        A.     No, I appreciate you don't, but
18   this is basically stuff to be able to make
19   it darker for anybody versed in
20   typography.
21        Q.     Uh-hum.
22               MR. KRONENBERGER:  I'd like to
23        lodge a general objection regarding
24        foundation and mischaracterization
25        about this document.
```

Page 62

1                    GILL

2       A.    So I don't recall seeing this

3    document, but, had I recalled seeing it,

4    would it have appeared to me like this, as

5    difficult to read as this?

6       Q.    Would it appear to you last

7    year, and then I lost you.

8       A.    Sorry.  I don't recall having

9    seen this document, but, if anybody could

10   see this document when it was sent, was it

11   sent like this?

12      Q.    No.  This -- my understanding is

13   this the online -- a printout of what was

14   online.

15      A.    Right.  Okay.  Right.  What's

16   the question related to this?

17      Q.    Only, unlike the other versions

18   we've seen, this refreshes your

19   recollection of --

20      A.    No.

21      Q.    -- having ever seen this before?

22      A.    Not at all.

23      Q.    Okay.

24            MR. LEGHORN:  Can you take that

25      down.  Pull up the next one, please.

```
                                                    Page 63
 1                         GILL
 2                 (Defendant's Exhibit 12,
 3            printout of Excel chart provided by
 4            OverTier indicating service e-mails
 5            sent to Mr. Gill in the 2019-2020 time
 6            period, marked for identification,
 7            this date.)
 8            Q.    Okay.  What I've placed before
 9    you as this exhibit, as Exhibit 12, is a
10    chart provided to us from OverTier
11    indicating the e-mails that were sent to
12    you, to your e-mail address, as a
13    subscriber to Game Pass, and if you -- and
14    if you look in the column "DateSent", you
15    see they span from 2019 to a date in 2021,
16    and these were e-mails pertaining to the
17    service, as opposed to advertisements.
18            A.    Okay.
19            Q.    Okay?  And you -- if you look at
20    the -- you have there "DateSent" in that
21    column, and then the next one is -- the
22    next column over to the right, you'll see
23    it's "DateFirstOpened".  If you could
24    scroll over so you can see it on your
25    screen.
```

```
 1                    GILL
 2      A.    Yeah.
 3      Q.    And this is what's been
 4  represented to us, and for which we will
 5  have supporting testimony from OverTier --
 6      A.    Yeah --
 7      Q.    -- is the electronically-stored
 8  information by OverTier and/or Deltatre as
 9  to when each of these e-mails were sent
10  and the date you, as the recipient, first
11  opened them.
12      A.    Can I just get some clarity on
13  that point.  So when you say myself as the
14  recipient, does that mean myself sitting
15  in front of my computer opening the e-mail
16  to read it, or could it be -- I have about
17  12 devices -- could it be it showing up in
18  a notification and that triggering an
19  opening?
20      Q.    My understanding is it would
21  only -- whatever device you were on, it
22  would require you physically, to the
23  extent one physically does anything --
24      A.    Yeah.
25      Q.    -- electronically, but you
```

```
 1                    GILL
 2   taking action to open it; not that it's
 3   just residing as an unopened e-mail.
 4            MR. KRONENBERGER:   Objection
 5       regarding foundation for this
 6       document, as well as for -- as
 7       characterizations for this document.
 8            Further objection regarding the
 9       comments that are placed within the
10       document, which I assume to be
11       comments from counsel or from a party,
12       which are different from what's been
13       produced to us.
14       A.   Okay.  So, sorry, what was the
15   question I was being asked?
16       Q.   So the question is:  Having seen
17   this e-mail, which is a representation of
18   service e-mails sent to you by either
19   OverTier or Deltatre in the 2019-2020 time
20   period, does it refresh your recollection
21   in any manner of having opened any service
22   e-mails from OverTier or Deltatre?
23       A.   No, it doesn't.  It does not
24   refresh my recollection.
25            MR. KRONENBERGER:   Same
```

```
 1                    GILL
 2      objection.  Same objections:
 3      Inadequate --
 4           MR. LEGHORN:  I -- I -- I --
 5           MR. KRONENBERGER: -- methodology
 6      for refreshing --
 7           MR. LEGHORN:  I understand.
 8      I'll give you a standing objection so
 9      you don't have to take up more of
10      Mr. Gill's time.
11           MR. KRONENBERGER:  Tom, by the
12      way, there -- there are certain judges
13      out there that require some comment
14      along with the objection.  I'm not --
15      I mean, some of them have it in their
16      local rules.  In the abundance of
17      caution, I'm trying to keep it --
18           MR. LEGHORN:  (Garbled audio)
19           (Crosstalking/garbled audio)
20           MR. KRONENBERGER:  -- have some
21      structure (garbled audio)
22           (Crosstalking/garbled audio)
23           MR. LEGHORN:  And
24      -- and -- and --  (garbled audio)
25           (Crosstalking/garbled audio)
```

```
                                        Page 67

 1                     GILL
 2           MR. KRONENBERGER:   -- I'm not
 3      (garbled audio)
 4           (Crosstalking/garbled audio)
 5           MR. LEGHORN:  And that -- and
 6      that's why --
 7           MR. KRONENBERGER:   (Garbled
 8      audio)
 9           (Crosstalking/garbled audio)
10           MR. LEGHORN:  And that's why I
11      said you can have a standing objection
12      on that string; you're not waiving
13      anything.
14           MR. KRONENBERGER:  Yeah,
15      regarding this document.
16           MR. LEGHORN:  Yes.
17           MR. KRONENBERGER:  Thank you.
18           MR. LEGHORN:  Regarding any of
19      these documents.
20           Okay.  You can take that down.
21      Thank you.  And you can put the next
22      one up.
23           (Defendant's Exhibit 13,
24      printout of document hyperlinked from
25      prior e-mail titled, "Game Pass
```

```
 1                    GILL
 2        Reminder: Update your NFL Game Pass
 3        App(s)", pages 1 through 11, marked
 4        for identification, this date.)
 5        Q.    The next three exhibits we're
 6   going to be showing you -- and we'll do
 7   them in sequence -- are documents that,
 8   from the prior exhibit, that if you hit
 9   the hyperlink for the e-mail sent to your
10   e-mail address, this is what pops up on
11   it.
12             So take a look at this first one
13   and let me know if you recall having seen
14   this.
15             MR. KRONENBERGER:   Same
16        foundation objections.
17        A.    I don't recall.
18        Q.    Before going too deep into this
19   document, do you recall that, prior to the
20   2019 season, it was necessary for any
21   subscriber in Australia to download a new
22   platform over which to continue to receive
23   and view Game Pass for the 2019?
24        A.    I don't recall that.
25        Q.    Let me ask you this.  Did you --
```

Page 69

```
 1                    GILL
 2   did you in fact view any portion of the
 3   2019-2020 NFL season on Game Pass in
 4   Australia?
 5        A.    I did.  I watched some of the
 6   2019-2020 season in Australia.
 7             You've asked about a platform.
 8   The way in which I watched the bulk of
 9   games is by clicking a link in my Internet
10   browser, being Google Chrome, is the
11   Internet browser I use the most.  It may
12   have been Firefox or Edge, depending on
13   which device I watched it on, and I don't
14   recall being asked to download anything
15   new for that purpose of watching it
16   through my browser, but I certainly
17   watched games, yes, for that season.
18        Q.    So let's go back to the first
19   page.
20        A.    Okay.
21             MR. LEGHORN:  And off the
22        record.
23             (Discussion held off the
24        record.)
25             MR. LEGHORN:  Back on the
```

```
                                        Page 70
 1                    GILL
 2      record.
 3      Q.    Mr. Gill, I stand corrected.  I
 4   thought that these e-mails were separate
 5   exhibits, but we put them together for
 6   ease of making this a quicker deposition
 7   for you, as one composite exhibit.
 8              So -- and I saw you scrolling
 9   through them.  Have you looked through all
10   of these?
11      A.    Yeah.  I've -- I've looked
12   through it for the purposes of whether
13   I've seen it before or not.
14      Q.    Okay.  So here -- let's go back
15   to the first one.  Are you there?  First
16   starts off with your NFL Game Pass
17   subscription is getting an update.
18      A.    Yeah.
19              THE WITNESS:  Can I just have a
20        30-second break to take a pain killer?
21              MR. LEGHORN:  I couldn't hear
22        you, Mr. Gill.
23              THE WITNESS:  Could I have a
24        30-second break just to swallow a
25        pain (garbled audio)
```

Page 71

```
 1                    GILL
 2          (Crosstalking/garbled audio)
 3          MR. LEGHORN:  Yeah, yeah, yeah.
 4     Go for it.
 5          (Time noted:  6:56 p.m.)
 6          (Brief recess.)
 7          (Time noted:  6:59 p.m.)
 8     Q.    So, this first paragraph, the
 9     "Reminder:  Update your NFL Game Pass
10     App(s).", have you read that over?
11     A.    Yes.
12     Q.    Does this refresh your
13     recollection that you needed to update
14     your app to watch the 2019-2020 season?
15     A.    It doesn't, and I'm going back
16     to what I said earlier:  I watch it
17     through the browser and, in my experience,
18     that doesn't require an updating of any
19     app.
20     Q.    You watch it in your browser on
21     your laptop?
22     A.    Yes, I do.
23     Q.    When you first subscribed to
24     Game Pass in 2013, what do you recall you
25     needed to do, if anything, to access Game
```

```
                                        Page 72
 1                      GILL
 2   Pass through your laptop?
 3       A.    I can't recall.
 4       Q.    Do you recall whether you had to
 5   download any apps or software to run on
 6   your laptop for Game Pass?
 7       A.    It's possible -- it's possible I
 8   had to download software, but -- I
 9   understand that, with laptops, you can
10   access apps, but it's a part of Windows
11   that is not really the part that I use.
12   So just all I do in updating an app is at
13   odds with the way I watch games.
14            Now, does that require
15   downloading a software?  Yeah, I'm sure it
16   does, but do I recall the moment that I
17   needed to download it and how that went
18   out about in 2013?  No.  Do I ever recall
19   downloading software, specifically any
20   time after that?  No.
21       Q.    And specifically for the
22   2019-2020 --
23       A.    No.
24       Q.    -- NFL season, do you recall
25   whether you had to download any new apps
```

```
 1                      GILL
 2    or software to continue viewing Game Pass?
 3         A.    I don't recall that at all, no.
 4         Q.    So why don't you scroll down to
 5    the next document.  I think it's like
 6    three pages in.  Okay.  Stop.
 7         A.    Yeah.
 8         Q.    So this is the next of those
 9    documents.  So why don't you scroll
10    through this one -- well, what I have
11    right there, you know, you -- yes, scroll
12    through the whole thing, see if you recall
13    seeing this before, and then return to
14    that first paragraph.
15         A.    I don't recall seeing this
16    before.
17         Q.    Okay.  No, no.  You're too far
18    whack.
19         A.    Right.  Sorry.
20         Q.    The top of the next document,
21    next page.  Next page.  Right there.
22    Okay.
23         A.    Yeah.
24         Q.    You see there that says, "This
25    offseason we're updating our service
```

```
 1                    GILL
 2   provider as part of our commitment to
 3   providing a premium NFL experience to our
 4   fans around the world."  You see that?
 5        A.    I can see that's what it says,
 6   yes.
 7        Q.    Does this refresh your
 8   recollection that --
 9        A.    It does not.
10        Q.    -- that the service provided was
11   changed in 2019?
12        A.    It does not.
13        Q.    Okay.  And if you just scroll to
14   the bottom of the next page.  Right there.
15   You see at the bottom that this e-mail, at
16   the -- you know, you scroll -- you went up
17   one line too far.  You see at the bottom
18   of that, it says -- this document also has
19   an address of OverTier Operations on it.
20        A.    What's that?  Oh, yeah, when I
21   hold my face really close to the screen so
22   I could make it out, I see it now that it
23   says that "OverTier Operations" is written
24   on this e-mail.
25        Q.    Okay.  And, once again, does
```

```
 1                    GILL
 2   this help refresh your recollection at all
 3   that, prior to this litigation, you heard
 4   of OverTier as being a provider of Game
 5   Pass in Australia for that season?
 6       A.    It does not help my
 7   recollection.  I had no idea who OverTier
 8   Operations was.
 9       Q.    Okay.  Continue down to the next
10   page, please.
11       A.    Yeah.  That one, the one --
12       Q.    Right there.  This is one of the
13   advertising, let's say marketing, e-mails
14   that were listed as being sent to you.  I
15   just took this out as a representative
16   sample.  And you had looked through it.
17   Do you recall having seen this or similar
18   material being sent to you by Game Pass?
19       A.    I don't recall.
20       Q.    And in that line, it says "Your
21   Season Pro subscription..."
22             Was Season Pro the level of your
23   subscription?
24       A.    I don't know.  Maybe.
25       Q.    And it indicates "...will run
```

Page 76

```
 1                    GILL
 2  [till] August 1st of 2020... "
 3          Is that consistent with your
 4  recollection that you had a yearly
 5  contract for each season?
 6          MR. KRONENBERGER:  Objection.
 7      A.    It auto-renewed, so, insofar as
 8  it auto-renewed, yes, I was aware that I
 9  had another season.
10      Q.    Okay.
11          MR. LEGHORN:  You can take that
12      one down.  Do you have another
13      document to pull up?
14          (Defendant's Exhibit 14,
15      printout of Excel marketing chart,
16      four pages, marked for identification,
17      this date.)
18      Q.    Mr. Gill, we previously showed
19  you a chart provided to us by OverTier as
20  to service e-mails sent to you during the
21  period of their operation of Game Pass.
22  This is the corresponding chart which
23  we've been advised that has the stored
24  electronic information as to each
25  marketing e-mail that had been sent to you
```

```
                                        Page 77
 1                    GILL
 2    during the representative period of time.
 3    And, as you'll see, it has the same
 4    columns, DateSent and DateFirstOpened, and
 5    you'll see, unlike the service e-mails,
 6    DateFirstOpened is much more sparsely
 7    populated than the service e-mail one.
 8    You see that?
 9        A.    I do.
10              MR. KRONENBERGER:  Objection.
11        Q.    And --
12        A.    Can I ask why that is?
13        Q.    Excuse me?
14        A.    Why is it as sparsely populated?
15        Q.    Because, from -- and this is
16    subject to the foundation that
17    Mr. Kronenberger will point out, but which
18    we will be securing the authentication
19    from OverTier, is that, as we looked at in
20    the service e-mails, you opened them and
21    they reflected that you opened them and
22    had the ability to read them.  Here, with
23    these marketing -- or advertising --
24    e-mails, this shows that the -- that the
25    overwhelming majority of them you never
```

```
                                              Page 78

 1                    GILL
 2   opened.  So the only ones that were opened
 3   by you are the ones so reflected here.
 4   That's the answer to your question.
 5        A.    Okay.
 6             MR. KRONENBERGER:  Vague,
 7        foundation.
 8        Q.    So that's that document.  I just
 9   wanted to show you that, possibly to help
10   you understand the prior one we saw about
11   the service e-mails.  But, having looked
12   at this, you'll see it looks like the --
13   you were sent almost weekly e-mails with
14   some marketing or, you know, content
15   informational e-mails from Game Pass.  Is
16   that consistent with your recollection,
17   that you get an e-mail from Game Pass, you
18   know, every -- at least every week or two?
19        A.    Well, whether I get them every
20   week or not, I can't speak to.  Could I
21   see that there's regular correspondence
22   from Game Pass?
23        Q.    Fine.
24        A.    I'm sure there is.  I have a
25   question, which is:  Do these records
```

```
 1                    GILL
 2  speak to the clicking of e-mails in Spam
 3  or Trash?
 4       Q.    If they were Spam or Trash --
 5       A.    Yes.
 6       Q.    -- they couldn't be -- they
 7  weren't opened.  But if you scroll down,
 8  you'll see that some of these were in fact
 9  opened by you.
10       A.    No, but my point is that can I
11  have e-mails in Spam or Trash and then
12  click on them to see whether or not they
13  should be there --
14       Q.    Understood.
15       A.    -- would that show up on these
16  records?
17       Q.    Understood.  My -- and --
18       A.    It's a question about whether or
19  not -- it's a genuine question.
20       Q.    It's a genuine question, but,
21  for the purposes of the deposition, I get
22  to ask the questions and I don't want to
23  offer you an answer that goes beyond my
24  understanding of what the documents show.
25       A.    I accept that.  I just wanted
```

Page 80

```
 1                    GILL
 2   that on the record, to say that there have
 3   been practices in my past where I've had
 4   an executive assistant and I know one of
 5   the things to do was to go through all my
 6   e-mails and just see if there's anything
 7   in Spam that was not meant to be there or
 8   anything in Trash that wasn't meant to be
 9   there.
10       Q.    You bring up a good point.  That
11   Gmail address that you use --
12       A.    Yes.
13       Q.    -- for Game Pass --
14       A.    Uh-hum.
15       Q.    -- does anyone but you have
16   access to that e-mail address in your
17   Inbox?
18       A.    At times through my life, there
19   have been.  Regularly?  My answer to that
20   question would be no.
21       Q.    Fine.
22             MR. LEGHORN:  You can bring up
23       the next one, Mr. Court Reporter.
24             (Defendant's Exhibit 15,
25       printout of marketing e-mails, 19
```

```
                                     Page 81
 1                  GILL
 2      pages, marked for identification, this
 3      date.)
 4      Q.    And, Mr. Gill, just scroll
 5   through this.  These are some of the
 6   marketing e-mails listed on the prior
 7   exhibit that were indicated to have been
 8   sent to you, and my question is simply:
 9   Did any of them refresh your recollection
10   of having received any of these e-mails
11   from OverTier?
12              MR. KRONENBERGER:  Objection,
13      foundation.
14      A.    Not that I -- there's a really
15   interesting one here, Nipsey Hussle.  I
16   think I would have remembered that one.
17   He's not even a football player.
18      Q.    Okay.
19              MR. LEGHORN:  Can you give me
20      two minutes and I just want to confer
21      with Mr. Ranalli and I may be done.
22      Okay?
23              THE WITNESS:  Okay.
24              (Time noted:  7:14 p.m.)
25              (Brief recess.)
```

```
                                        Page 82

 1

 2            (Time noted:  7:16 p.m.)

 3            MR. LEGHORN:  I'm back.  Well,

 4      Mr. Gill, I certainly thank you for

 5      the early morning start time for you.

 6            THE WITNESS:  I appreciate it.

 7            MR. LEGHORN:  Okay.  So I have

 8      no further questions at this time for

 9      the limited scope of discovery we were

10      permitted by the judge, and I thank

11      you very much.

12            Mr. Kronenberger, you got

13      anything?

14            MR. KRONENBERGER:  I have no

15      questions.

16            MR. LEGHORN:  Okay.  Thank you.

17            (Mr. Kronenberger exits Zoom

18      deposition.)

19            (Discussion held off the

20      record.)

21            MR. LEGHORN:  We're reserving --

22      he gets to review, correct, and sign

23      the transcript.  I just want to make

24      sure there's no waiver.  We're making

25      sure the witness gets the opportunity
```

Page 83

1
2       to look at it and sign it.
3              MS. VULIÄ†:  Thank you.
4              MR. LEGHORN:  Let Karl know I
5       took care of him.
6              MS. VULIÄ†:  Okay.  I will.
7       Thank you.
8              THE WITNESS:  Good.
9              (Time noted:  7:18 p.m.)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 84

1

2               D E C L A R A T I O N

3

4        I hereby certify that having been

5   first duly sworn to testify to the truth,

6   I gave the above testimony.

7

8        I FURTHER CERTIFY that the

9   foregoing transcript is a true and correct

10   transcript of the testimony given by me at

11   the time and place specified hereinbefore.

12

13

14            _____

15              SIETEL SINGH GILL

16

17   Subscribed and sworn to before me

18   this _____ day of _____ , 2022

19

20   _____.

21   Notary Public      Commission Expires:

22

23

24

25

Page 85

1

2            C E R T I F I C A T I O N

3

4

5

6        I, ABNER D. BERZON, a Registered

7    Professional Reporter, Certified Realtime

8    Reporter and Notary Public, do hereby

9    certify that the foregoing witness, SIETEL

10   SINGH GILL, was duly sworn on the date

11   indicated, and that the foregoing is a

12   true and accurate transcription of my

13   stenographic notes.

14       I further certify that I am not

15   employed by nor related to any party to

16   this action.

17

18

19           ABNER D. BERZON, RPR, CRR
             Notary Public, State of New York
20           No. 01BE6303311
             Qualified in New York County
21           Commission Expires 5/12/22

22

23

24

25

Page 86

1

2                    E X H I B I T S

3

4   Defendant's

5   NO.         DESCRIPTION                    PAGE

6   EXHIBIT 1                                  12

7       Printout of e-mail dated

8       September 10, 2013 re: NFL

9       Game Pass Purchase Confirmation,

10      Bates stamped GILL00001

11  EXHIBIT 2                                  20

12      NFL Subscription Products

13      Terms and Conditions effective

14      June 8, 2012, updated

15      July 29, 2013 Bates Stamped

16      DEF0000001 through DEF0000004

17  EXHIBIT 3                                  23

18      NFL Subscription Products Terms

19      and Conditions effective

20      June 8, 2012, updated

21      August 6, 2014, Bates stamped

22      DEF0000199 through DEF0000203

23

24      (Exhibits Continued on following page.)

25

Page 87

1

2             E X H I B I T S (Continued)

3

4    Defendant's

5    NO.        DESCRIPTION                    PAGE

6    EXHIBIT 4                                 29

7       NFL.com - Subscriptions - Terms

8       and Conditions effective

9       June 20, 2017, Bates stamped

10      DEF000064 through DEF000066

11   EXHIBIT 5                                 33

12      NFL Digital Care communication

13      #895246, Bates stamped

14      DEF0001250

15   Exhibit 6                                 40

16      Game Pass invoices, Bates

17      Stamped DEF0000163 through

18      DEF0000174

19   EXHIBIT 7                                 43

20      Subscription Product Terms

21      provided by OverTier as the terms

22      and Conditions in effect for the

23      2019 season, Bates stamped

24      DEF0000013 through DEF0000020

25   (Exhibits Continued on following page.)

Page 88

1

2          E X H I B I T S  (Continued)

3

4    Defendant's

5    NO.        DESCRIPTION                    PAGE

6    EXHIBIT 8                                 47

7        Printout of e-mail re: Your

8        Payment has been successful,

9        and redacted portions, Bates

10       Stamped GILL22 and GILL23

11   EXHIBIT 10                                50

12       Game Pass Updates to Terms and

13       Conditions effective

14       October 29, 2019, Bates stamped

15       DEF0001011

16   EXHIBIT 9                                 53

17       Subscription Product Terms for

18       the 2019-2020 season, Bates

19       stamped DEF0000021 through

20       DEF0000029

21

22       (Exhibits Continued on following page.)

23

24

25

Page 89

1

2           E X H I B I T S  (Continued)

3

4    Defendant's

5    NO.        DESCRIPTION                    PAGE

6    EXHIBIT 11                               60

7        Subscription Product Terms for

8        Australia for the 2019 season

9        attached as an exhibit to the

10       original motion to dismiss,

11       Pages 2 through 18

12   EXHIBIT 12                               63

13       Printout of Excel chart provided

14       by OverTier indicating service

15       e-mails sent to Mr. Gill in the

16       2019-2020 time period

17   Exhibit 13                               67

18       Printout of document hyperlinked

19       from prior e-mail titled, "Game

20       Pass Reminder: Update your NFL

21       Game Pass App(s)", pages 1

22       through 11

23

24   (Exhibits Continued on following page.)

25

Page 90

1

2          E X H I B I T S (Continued)

3

4   Defendant's

5   NO.        DESCRIPTION                    PAGE

6   EXHIBIT 14                              76

7      Printout of Excel marketing

8      chart, four pages

9   EXHIBIT 15                              80

10      Printout of marketing e-mails,

11      19 pages

12

13

14

15

16

17

18

19          LITIGATION SUPPORT INDEX

20

21

22      REQUEST FOR PRODUCTION OF DOCUMENTS

23        Page          Line        Page          Line

24         38            20

25

Page 91

1

2          E R R A T A    S H E E T

3

4          Case: Gill v. NFL, et al.

5          Date: March 23, 2022

6          Witness:  Sietel Singh Gill

7

8   PAGE LINE    CHANGE

9   ____     ____     _____

10  ____     ____     _____

11  ____     ____     _____

12  ____     ____     _____

13  ____     ____     _____

14  ____     ____     _____

15  ____     ____     _____

16  ____     ____     _____

17  ____     ____     _____

18  ____     ____     _____

19  ____     ____     _____

20

21  Subscribed and sworn to before me

22  this ____ day of _____ , 2022

23

24  _____.

25  Notary Public    Commission Expires:

**[01032 - absolutely]**

**0**

**01032**   1:4
**01be6303311**
  85:20

**1**

**1**   11:15 12:12
  14:12,21 15:22
  19:13 25:13 39:24
  68:3 86:6 89:21
**10**   12:13 13:9
  49:25 50:2 54:21
  86:8 88:11
**10038**   2:13
**10th**   25:18 26:20
  35:25
**11**   60:20,21 68:3
  89:6,22
**11:59**   17:15
**12**   63:2,9 64:17
  86:6 89:12
**13**   67:23 89:17
**14**   6:19 7:14 76:14
  90:6
**15**   80:24 90:9
**150**   2:5
**18**   60:25 89:11
**19**   80:25 90:11
**1992**   8:2
**1:21**   1:4
**1st**   76:2

**2**

**2**   20:11,20 45:24
  46:2 60:25 86:11
  89:11
**2.1**   46:3 55:12
**20**   29:23 31:8
  86:11 87:9 90:24
**2012**   20:13 23:6
  86:14,20

**2013**   7:5,6,8,10,12
  8:15 12:13 13:9
  17:14,25 19:9
  20:2,14 21:15,25
  22:13 25:16,18
  26:20 35:25 71:24
  72:18 86:8,15
**2014**   7:13 17:16
  23:7 24:4,10 25:4
  86:21
**2017**   29:23 30:7
  31:4,8 87:9
**2018**   34:12
**2019**   25:20 26:21
  32:8,16 34:17
  35:4,4 36:2 42:11
  43:24 44:17 46:22
  48:3 50:4 52:20
  53:15 60:23 61:4
  63:15 68:20,23
  74:11 87:23 88:14
  89:8
**2019-2020**   53:24
  56:24 58:16,17
  59:11,17 63:5
  65:19 69:3,6
  71:14 72:22 88:18
  89:16
**2020**   18:3 20:3
  42:20 43:3 52:23
  76:2
**2021**   63:15
**2022**   1:13 84:18
  91:5,22
**204.99**   19:13
**20th**   30:7
**212**   2:16
**23**   1:13 86:17 91:5
**24th**   4:12
**2510**   51:11

**274.99**   42:11
**29**   20:14 50:4
  52:20 86:15 87:6
  88:14
**2nd**   42:10 48:3

**3**

**3**   23:2,4,12 86:17
**30**   70:20,24
**3001**   39:25
**31**   17:16 25:19
  26:20
**33**   87:11
**38**   90:24
**3869**   85:18
**39th**   2:12

**4**

**4**   29:21 30:8 34:11
  87:6
**40**   87:15
**415**   2:8
**43**   87:19
**47**   88:6
**48**   38:18
**4th**   34:20

**5**

**5**   32:25 33:2 87:11
**5/12/22**   85:21
**50**   88:11
**520**   2:5
**53**   88:16
**59**   2:12
**5:06**   1:13
**5:07**   4:11

**6**

**6**   23:7 40:13 86:21
  87:15
**60**   89:6
**63**   89:12

**67**   89:17
**69**   51:11
**6:17**   49:16
**6:25**   49:18
**6:56**   71:5
**6:59**   71:7

**7**

**7**   43:21 44:9,15
  45:7 87:19
**76**   90:6
**7:14**   81:24
**7:16**   82:2
**7:18**   83:9

**8**

**8**   20:13 23:6 47:13
  47:14 86:14,20
  88:6
**80**   90:9
**895246**   33:3 87:13
**8:07**   4:12

**9**

**9**   45:8,11 49:22
  53:22 88:16
**94108**   2:6
**955-1155**   2:8
**972-1000**   2:16

**a**

**ability**   25:6 41:17
  77:22
**able**   14:24 15:14
  15:20,24 16:6
  35:14 38:24 41:20
  61:18
**abner**   1:16 4:3
  13:16,19 20:9
  22:25 24:7 29:20
  43:19 85:6,19
**absolutely**   49:7

**abundance** 66:16
**accept** 79:25
**accepting** 21:19
**access** 38:18 39:17
  41:17 47:19 54:4
  71:25 72:10 80:16
**accessing** 18:5
  53:15
**accomplished** 36:7
**account** 16:7
  36:18 38:17 39:18
  40:23
**accurate** 55:16
  85:12
**action** 1:4 4:22 5:2
  22:16 35:20 65:2
  85:16
**actions** 21:19
**addition** 45:18
**additional** 50:24
**address** 15:11,23
  48:3 63:12 68:10
  74:19 80:11,16
**addressed** 48:23
  48:25
**advertisement**
  29:11
**advertisements**
  63:17
**advertising** 75:13
  77:23
**advised** 76:23
**advising** 25:5
**afford** 19:21
**ago** 10:6 16:18
**agreed** 3:5,11,15
  39:13
**agreeing** 22:17
**agreement** 1:15
**ahead** 18:18 53:4

**al** 91:4
**alrighty** 49:14
**ambiguous** 9:19
  17:21 20:5 21:22
  22:20 24:13 25:9
  25:25 26:25 35:8
  36:21 37:12 46:14
  51:22 55:19 56:5
  58:11 59:24
**american** 5:5
  38:16 39:16
**amount** 16:23
**answer** 5:12 6:3
  9:25,25 10:21
  17:4,6,7 21:5 22:4
  26:9,14,15 27:9,12
  30:24 37:15,17
  47:7,9 52:16
  57:21 59:8 60:2,8
  78:4 79:23 80:19
**answered** 17:5
**answers** 17:7
**anticipated** 18:24
  19:4
**anybody** 61:19
  62:9
**apologies** 4:16
  41:24
**apologize** 26:6
**app** 68:3 71:10,14
  71:19 72:12 89:21
**appear** 36:5 62:6
**appeared** 37:5
  62:4
**appears** 12:19
  24:2 53:9 54:9
  61:11
**applicable** 9:16
  18:7,12 19:25
  20:22 21:19 22:17
  24:3

**applied** 22:12
**apply** 24:24 50:20
  50:24
**applying** 22:14
**appreciate** 61:17
  82:6
**appropriate** 49:6
**approximately**
  17:12 27:23
**apps** 72:5,10,25
**argumentive**
  17:21
**asked** 5:22 6:15
  48:13 52:3,9
  65:15 69:7,14
**asking** 4:25 5:10
  5:24 10:5 16:4,5
  18:16 27:2 30:14
  36:22 39:2 55:21
  57:9,11
**assistant** 80:4
**associate** 4:19
**association** 1:10
**assume** 65:10
**attached** 60:23
  61:5 89:9
**attention** 8:24
**attorney** 47:23
**attorneys** 2:6,13
  14:22 16:4,13
**aud** 19:13 42:11
**audio** 37:13 42:23
  42:24 47:5 51:24
  52:5 66:18,19,21
  66:22,24,25 67:3,4
  67:8,9 70:25 71:2
**august** 23:7 42:10
  48:3 76:2 86:21
**australia** 8:19
  57:15 59:13,21
  60:23 68:21 69:4

69:6 75:5 89:8
**australian** 7:23
  51:20 52:11,17
**authentication**
  77:18
**authorized** 38:4
**authorizing** 21:16
**auto** 76:7,8
**automatic** 24:18
  25:7
**automatically**
  24:15,16
**availability** 51:2
**available** 7:4,23
  8:4,5,18 19:11
  30:21 31:18 50:21
  54:19
**avoid** 19:5
**aware** 19:6,18
  22:14 28:4 76:8

**b**

**b** 86:2 87:2 88:2
  89:2 90:2
**back** 12:24 14:4
  17:24 19:7 38:25
  45:14,23 49:19
  53:19 55:8 60:5
  69:18,25 70:14
  71:15 82:3
**bank** 38:16 39:18
  41:18
**bar** 13:24
**basically** 41:8
  61:18
**bates** 12:15 20:14
  23:7 29:24 33:4
  40:14 43:24 47:17
  50:4 53:24 86:10
  86:15,21 87:9,13
  87:16,23 88:9,14
  88:18

bathroom 49:5
beginning 19:8
behalf 1:6 9:4
believe 4:11 29:12
  30:20
ben 44:3
benjamin 2:15
berzon 1:16 4:3
  85:6,19
best 22:3 36:10
beyond 12:20
  79:23
bi 4:8
bigger 50:8
billing 13:6 25:7
  51:8
bit 47:21
bitrates 51:5
blackout 50:24
block 47:23
bottom 13:5 14:20
  33:8 42:9 74:14
  74:15,17
bowl 11:16,16,17
  11:18 18:3 20:3
  52:23
box 51:10
branali 2:16
break 6:12,15
  13:16 49:5 70:20
  70:24
brief 49:17 71:6
  81:25
bring 29:19 40:11
  43:19 49:21 80:10
  80:22
browser 69:10,11
  69:16 71:17,20
bulk 69:8
bullet 45:25 55:12

bunch 14:20

**c**

c 2:2 84:2 85:2,2
california 2:6
call 12:21
calls 18:14 21:22
  55:20 56:5 57:7
  58:11
canada 50:23
capacity 24:22,23
card 12:2 21:17
  24:20,21 36:6,12
  36:18 37:10,25
  38:5,13 39:15,20
  40:2 41:13,15,19
  42:18
cards 41:18
care 33:3,9 83:5
  87:12
careful 46:21
case 6:22 14:22
  17:3 30:15 61:7
  91:4
cause 10:18
caution 66:17
cautious 47:8
cayman 51:12,13
certain 16:25
  50:20 66:12
certainly 69:16
  82:4
certification 3:7
certified 1:17 85:7
certify 84:4,8 85:9
  85:14
change 44:5 91:8
changed 74:11
characterization
  54:24
characterizations
  65:7

charge 24:24 37:9
  38:9,22 42:10
charged 18:20,24
  19:3
charges 19:5,12
  38:2,3
charging 37:21,22
chart 63:3,10
  76:15,19,22 89:13
  90:8
chat 34:4
china 50:23
chrome 69:10
civil 1:4
clarify 10:12
  19:23 53:3
clarity 64:12
clear 4:15
clearly 58:20
clerk 2:20
click 48:14,17 51:9
  79:12
clicked 28:6
clicking 69:9 79:2
client 47:23
clock 6:10
close 8:11 74:21
closed 39:5,8,9
closely 18:19
collection 16:3
column 63:14,21
  63:22
columns 77:4
coming 14:23
comment 66:13
comments 65:9,11
commission 84:21
  85:21 91:25
commitment 74:2
commonwealth
  39:18

communication
  33:3 87:12
company 1:11
  37:21
complains 32:14
complaint 32:10
completely 35:23
component 52:11
composite 70:7
compound 21:23
  29:15 46:15
computer 64:15
concerning 16:16
conclude 57:11
conclusion 57:8,18
condensed 6:20
conditions 9:16
  10:7,24 18:6,12
  19:10,24 20:13,22
  21:20 22:18 23:6
  23:13,17 24:3
  29:23 30:5 43:23
  44:17 50:3 51:8
  51:19 53:8,16
  59:11 61:4 86:13
  86:19 87:8,22
  88:13
confer 81:20
conferencing 1:16
  1:18 2:4,11
confirmation
  12:14 25:14 86:9
confused 5:25
confusing 45:18
  54:11
confusion 45:22
connection 26:22
  29:12 32:23 34:3
  36:4,19 40:9,22
  51:3

considered  9:9
consistent  17:17
 76:3 78:16
constantly  58:18
construction  59:7
consumer  45:20
 54:11
contact  46:3 48:13
content  29:4 46:5
 47:2 51:5 78:14
contention  59:17
contents  44:24
continental  4:8
continue  10:15
 68:22 73:2 75:9
continued  86:24
 87:2,25 88:2,22
 89:2,24 90:2
contract  55:14
 56:15,18,21,25
 57:4,13 58:8,20
 59:12,18 76:5
contracted  46:9
 56:10
contracting  46:25
 56:2
control  35:23 50:7
 61:15
conversation  34:5
copy  15:5 61:3
correct  4:13 6:23
 7:7,15,16 10:8
 11:13 15:12 27:8
 34:25 42:14 44:4
 56:3 82:22 84:9
corrected  70:3
correctly  35:2,6
correspondence
 78:21
corresponding
 36:12 76:22

counsel  3:5 48:5
 65:11
county  85:20
court  1:2 3:18 5:6
 5:14 12:10 13:4
 23:18 52:2 53:12
 60:4,19 80:23
cover  11:5
create  45:22
credit  12:2 21:17
 24:19,21 36:6,12
 36:18 37:10,25
 38:5,12 39:19
 40:2 41:12 42:18
criteria  29:16
crosstalking  42:24
 66:19,22,25 67:4,9
 71:2
crr  85:19
cultural  8:10
cursor  13:23
customer  46:7,9
 48:14 55:25 56:10
cv  1:4

**d**

d  1:16 4:3 84:2
 85:6,19
darker  61:12,14
 61:19
date  12:16 20:16
 23:9 25:15,16,18
 25:19 27:3,3 30:2
 30:7 31:7 33:5
 40:16 42:10,19
 44:2 47:18 50:6
 52:20,22 54:2
 61:2 63:7,15
 64:10 68:4 76:17
 81:3 85:10 91:5
dated  12:13 48:3
 86:7

datefirstopened
 63:23 77:4,6
datesent  63:14,20
 77:4
day  84:18 91:22
daylight  4:10
deal  17:8
deals  46:7
dear  48:23
decision  9:10
 19:20
deep  68:18
def0000001  20:14
 86:16
def0000004  20:15
 86:16
def0000013  43:25
 87:24
def0000020  43:25
 87:24
def0000021  53:25
 88:19
def0000029  53:25
 88:20
def0000163  40:15
 87:17
def0000174  40:15
 87:18
def0000199  23:8
 86:22
def0000203  23:8
 86:22
def000064  29:24
 87:10
def000066  29:25
 87:10
def0001011  50:5
 88:15
def0001250  33:4
 87:14

defendant's  12:12
 14:12 20:11 23:4
 29:21 33:2 40:13
 43:21 47:14 50:2
 53:22 60:21 63:2
 67:23 76:14 80:24
 86:4 87:4 88:4
 89:4 90:4
defendants  1:12
 1:15 2:13 4:22
define  27:18
definitely  21:10
 28:7
deice  51:3
delaware  1:10
delays  10:19
delineated  4:24
deltatre  46:6,25
 55:15 56:12 59:14
 64:8 65:19,22
demands  16:19,22
depending  39:19
 69:12
depends  39:15
deposition  1:14
 3:8,15 4:23 5:4
 6:7 70:6 79:21
 82:18
described  22:3,6
 29:17
description  86:5
 87:5 88:5 89:5
 90:5
details  12:2 51:7
determine  21:3
 38:21 59:15
determining  29:8
device  64:21 69:13
devices  64:17
difference  29:8
 44:13

**different**  54:15
59:5 65:12
**differently**  44:11
**difficult**  62:5
**difficulty**  29:5
**digital**  33:3,9
87:12
**digits**  39:25
**direct**  58:20
**directly**  9:11
**discovery**  39:5,8
82:9
**discussion**  12:22
13:25 20:17 33:16
51:25 69:23 82:19
**dismiss**  60:25 61:6
89:10
**displayed**  17:13
**distinct**  8:20
**district**  1:2,3
**document**  12:11
14:9,15,22 15:3,15
15:21 16:19 20:10
23:11,23 24:2,8
30:13,17 33:7,18
34:10 43:6 44:21
44:23,25 45:3
48:4 50:9,12
51:23 52:21 53:6
54:9,10,13,16,18
54:20 55:5,6,13
56:22 57:10,12
58:5,14,19,25
59:16,23 60:9,10
60:12,13,14,17
61:25 62:3,9,10
65:6,7,10 67:15,24
68:19 73:5,20
74:18 76:13 78:8
89:18

**documents**  15:25
16:6,21 31:17
67:19 68:7 73:9
79:24 90:22
**doing**  22:22 31:4
53:17
**doubt**  5:24 48:20
48:21
**download**  68:21
69:14 72:5,8,17,25
**downloading**
72:15,19
**dr**  51:11
**drive**  51:12
**due**  32:22
**duly**  4:3 84:5
85:10

## e

**e**  2:2,2,19,19 4:2,2
12:13 15:9,21
16:7,24 25:5,12,21
26:11,16,22 27:4
27:10,14,17,22
28:4,11,18,22 29:3
29:9,18 34:4 40:8
40:8 43:12 47:15
48:2,6,7 63:4,11
63:12,16 64:9,15
65:3,17,18,22
67:25 68:9,10
70:4 74:15,24
75:13 76:20,25
77:5,7,20,24 78:11
78:13,15,17 79:2
79:11 80:6,16,25
81:6,10 84:2 85:2
86:2,7 87:2 88:2,7
89:2,15,19 90:2,10
91:2,2,2
**earlier**  54:16
71:16

**early**  82:5
**ease**  70:6
**eastern**  4:10
**edge**  69:12
**educational**  8:10
**effect**  3:17 38:6
43:24 44:17 52:22
87:22
**effective**  29:23
30:6 50:4 86:13
86:19 87:8 88:13
**effectuate**  12:3
**either**  14:24 25:23
38:13 57:13 59:18
60:13 65:18
**electronic**  76:24
**electronically**
38:13,15 64:7,25
**embodies**  57:12
**employed**  85:15
**encountering**
32:11
**encourage**  29:17
**engelmayer**  4:24
**entered**  21:13
38:21 56:24
**entering**  18:10
**enterprises**  1:10
4:21 57:2,14 58:9
58:22 59:4,8,20
**entities**  46:10 56:3
56:11
**entity**  36:17 37:8
38:9,21
**entries**  36:5,24
37:5 42:16,17
**entry**  34:12,21
36:12
**error**  42:16
**especially**  5:9

**esq**  2:7,14,15
**et**  91:4
**exactly**  5:11
**examination**  4:6
**examined**  4:5
**excel**  63:3 76:15
89:13 90:7
**exchange**  34:4
**exchanged**  16:19
**excuse**  31:11
77:13
**executive**  80:4
**exercise**  5:18
**exhibit**  12:12
14:12 15:22 19:13
20:11,20 23:2,4,12
25:13 29:21 30:8
32:25 33:2 39:24
40:5,12,13,18
43:21 44:9,15
45:8,11 47:12,14
49:22 50:2 53:22
54:21 60:21,24
61:5 63:2,9,9
67:23 68:8 70:7
76:14 80:24 81:7
86:6,11,17 87:6,11
87:15,19 88:6,11
88:16 89:6,9,12,17
90:6,9
**exhibits**  6:18
40:19 49:23 68:5
70:5 86:24 87:25
88:22 89:24
**existing**  22:9
**exits**  82:17
**expect**  26:8
**expeditiously**  6:8
**experience**  71:17
74:3

**expiration** 42:19
**expires** 84:21
  85:21 91:25
**explain** 6:3 9:21
**express** 38:17
  39:16
**extent** 64:23
**eye** 6:9

**f**

**f** 85:2
**face** 74:21
**fact** 22:14 34:18
  48:12 69:2 79:8
**failed** 43:3,9
**faint** 61:9,10
**fair** 18:22 38:8
**fairly** 40:17 41:4
**familiar** 13:12,13
  34:8
**fan** 7:25
**fans** 19:17 74:4
**faq** 51:6
**far** 73:17 74:17
**federal** 46:17
**fee** 24:25 37:22
**file** 24:20
**filing** 3:7
**final** 9:14
**find** 15:4,14,21,24
  16:6,25 48:18
  49:2 60:14
**finding** 15:2
**fine** 49:13 78:23
  80:21
**finish** 5:10 26:3
**firefox** 69:12
**firm** 4:17,19
**first** 4:3 6:25 7:3
  7:22 8:4,7 10:2,25
  11:10,12,24 12:11
  20:2,23 21:15

25:14 32:7 40:20
  40:24 42:4 45:14
  45:23 47:25 55:8
  64:10 68:12 69:18
  70:15,15 71:8,23
  73:14 84:5
**fischer** 2:12 4:18
**five** 38:23 40:20
  40:25 49:9
**fix** 35:14
**fixed** 32:21 35:22
**floor** 2:12
**fold** 19:2,2
**following** 86:24
  87:25 88:22 89:24
**follows** 4:5
**font** 61:15
**football** 1:9 4:20
  4:21 25:16 59:19
  81:17
**force** 3:17
**foregoing** 84:9
  85:9,11
**form** 3:12 38:14
**found** 15:6
**foundation** 9:19
  22:20 23:23 25:9
  26:2,25 30:12
  35:8 36:21 37:14
  42:22 43:6 44:23
  46:14 50:12 51:22
  53:4 54:25 55:19
  56:5 59:23 61:24
  65:5 68:16 77:16
  78:7 81:13
**foundational**
  45:19
**four** 39:25 40:20
  40:24 76:16 90:8
**francisco** 2:6

**free** 9:22
**frequently** 48:13
**friday** 48:3
**friend** 19:16
**friends** 8:21 22:7
**front** 64:15
**full** 11:12 17:18
  26:18
**further** 3:10,14
  43:14 51:6 65:8
  82:8 84:8 85:14

**g**

**g** 4:2,2
**game** 6:23 7:2,23
  8:8,17 9:6,8 11:2
  11:25 12:14 14:16
  16:2,6,16 17:14
  18:7 19:8,25
  21:14,20,25 22:13
  22:18 23:14 24:10
  24:18 26:23 27:6
  27:7,25 28:5 29:3
  29:9 32:7,11,18
  33:21 34:17 35:5
  36:4,7,14,19,25
  37:6,9,22,22 38:9
  38:22 40:9,13,23
  47:2 48:2 50:2,18
  50:21 51:7 53:16
  56:19 57:2,14
  58:21 59:13,20
  63:13 67:25 68:2
  68:23 69:3 70:16
  71:9,24,25 72:6
  73:2 75:4,18
  76:21 78:15,17,22
  80:13 86:9 87:16
  88:12 89:19,21
**games** 34:15 69:9
  69:17 72:13

**garbled** 37:13
  42:22,24 47:5
  51:24 52:5 66:18
  66:19,21,22,24,25
  67:3,4,7,9 70:25
  71:2
**gathering** 5:18
**general** 25:11
  30:12 39:6 61:23
**generally** 27:11
  31:17 32:21 38:18
  54:9
**genuine** 79:19,20
**george** 51:12
**getting** 28:4 35:13
  45:8 70:17
**gill** 1:5,15 4:11,16
  5:1 6:1 7:1 8:1 9:1
  9:24 10:1,13 11:1
  12:1 13:1,2 14:1,6
  14:20 15:1 16:1
  17:1 18:1,2,18
  19:1 20:1,19 21:1
  22:1 23:1 24:1,9
  25:1 26:1 27:1
  28:1 29:1 30:1,3
  31:1 32:1,6 33:1
  33:10 34:1 35:1
  35:24 36:1 37:1
  37:16 38:1 39:1
  39:22 40:1,6,18
  41:1,22 42:1 43:1
  44:1,14 45:1 46:1
  47:1 48:1 49:1
  50:1 51:1 52:1
  53:1 54:1,3 55:1
  55:11 56:1 57:1
  58:1 59:1 60:1
  61:1,3 62:1 63:1,5
  64:1 65:1 66:1
  67:1 68:1 69:1

70:1,3,22 71:1
72:1 73:1 74:1
75:1 76:1,18 77:1
78:1 79:1 80:1
81:1,4 82:4 84:15
85:10 89:15 91:4
91:6
**gill's** 39:12 66:10
**gill00001** 12:15
86:10
**gill22** 47:17 88:10
**gill23** 47:17 88:10
**give** 66:8 81:19
**given** 84:10
**gmail** 15:11,15,23
16:15 48:2 80:11
**go** 7:11 18:18 30:5
34:12 38:25 42:4
45:14,23 47:22
53:4,19 55:8
69:19 70:14 71:4
80:5
**goes** 79:23
**going** 5:8,12 6:7
22:2 30:4 39:19
42:3,3,3 45:21
68:6,18 71:15
**good** 11:7 80:10
83:8
**google** 69:10
**grand** 51:12
**granted** 6:13
**great** 49:12
**greenwich** 17:15
**ground** 39:6
**guess** 28:3

**h**

**h** 4:2 86:2 87:2
88:2 89:2 90:2
91:2

**hand** 12:19 13:22
**happen** 12:7
**happened** 24:20
**happy** 6:5
**hd** 51:2
**head** 5:16
**heading** 27:6
28:10
**hear** 15:18 37:15
47:7 52:8 57:20
70:21
**heard** 75:3
**hearing** 40:7
**held** 1:15 12:22
13:25 20:17 33:16
51:25 69:23 82:19
**help** 75:2,6 78:9
**hereinbefore**
84:11
**hereto** 3:6
**hidden** 19:4
**high** 51:5
**highlighted** 45:2,4
45:5 48:12
**highlighting** 45:12
54:17
**hit** 68:8
**hold** 41:22 74:21
**hours** 38:19
**house** 51:11
**huh** 55:10
**hum** 18:4 20:24
31:14 37:7 48:11
54:22 61:21 80:14
**hundred** 8:12
**hussle** 81:15
**hyperlink** 48:15
48:18 53:7,15
54:19 68:9
**hyperlinked** 67:24
89:18

**hyperlinks** 51:15

**i**

**idea** 48:20 75:7
**identification**
12:16 20:16 23:9
29:25 33:5 40:16
44:2 47:18 50:6
54:2 61:2 63:6
68:4 76:16 81:2
**identifying** 40:3
**implies** 31:5
**important** 11:18
11:21
**inadequate** 66:3
**inbox** 80:17
**includes** 7:10
**including** 5:21
51:8
**increase** 23:19
**index** 90:19
**indicated** 81:7
85:11
**indicates** 14:21
41:13 55:14 56:23
59:12,16 75:25
**indicating** 35:3
51:18 63:4,11
89:14
**individually** 1:5
**individuals** 1:6
**information** 5:17
9:7,17 12:3 14:16
19:11 40:3 41:13
42:2 43:14 46:2
48:19 64:8 76:24
**informational**
78:15
**insofar** 76:7
**insufficient** 39:9
**interested** 40:20

**interesting** 81:15
**international**
50:21 51:7
**internet** 7:19 9:3,8
32:22 51:3 69:9
69:11
**interrupt** 10:18
**invoices** 40:14,21
41:7 87:16
**involved** 27:5
**involves** 6:22
**involving** 27:24
**ireland** 50:25
**isaacs** 35:21
**islands** 51:13
**issue** 33:22 39:5
**issues** 4:23 32:18
**itemized** 27:14

**j**

**join** 19:21
**joined** 19:16,17
**judge** 4:24 82:10
**judges** 66:12
**july** 17:16 20:13
25:19 26:20,21
36:2 86:15
**june** 20:13 23:6
29:23 30:7 31:8
86:14,20 87:9

**k**

**karl** 2:7,8 83:4
**keep** 6:20 41:6
42:3,3,3 66:17
**keeping** 6:9
**kensington** 51:11
**keywords** 16:25
17:2
**killer** 70:20
**knew** 11:8,11

**know**  4:8 5:11 6:6
  6:12,14 21:6,11,12
  27:12 28:10 29:16
  30:8 31:3 33:7
  37:20 39:22,24,24
  40:25 41:10,12,20
  45:7,10 46:16
  48:22,25 49:8
  57:5,16,22,23,25
  59:6 60:9,11
  68:13 73:11 74:16
  75:24 78:14,18
  80:4 83:4
**krinternetlaw.com**
  2:8,21
**kronenberger**  2:5
  2:7,21 9:18,22
  10:11,17 17:8,20
  18:13 20:4 21:21
  22:19 23:21 24:12
  25:8,22,24 26:5,17
  26:24 29:14 30:11
  33:14 35:7 36:20
  37:11,14 39:4,13
  42:21 43:5 44:7
  44:22 45:16 46:13
  46:20 47:4 50:11
  51:21 53:2 54:8
  54:23 55:18 56:4
  57:6,17 58:10
  59:22 61:22 65:4
  65:25 66:5,11,20
  67:2,7,14,17 68:15
  76:6 77:10,17
  78:6 81:12 82:12
  82:14,17
**kurt**  33:8 35:21
**ky1-1104**  51:12

**l**

**l**  2:19 3:2 4:2,2,2
  48:23,23 84:2
**lack**  55:19
**lane**  2:12
**language**  55:12
**laptop**  71:21 72:2
  72:6
**laptops**  72:9
**law**  2:20
**lawsuit**  40:6
**lawyer**  9:20
**lay**  9:21
**league**  1:9 4:20
  59:19
**leah**  2:20,21
**learned**  8:17
**led**  8:23 29:12
**left**  11:21
**legal**  57:7,18
**leghorn**  2:14 4:6
  4:17 12:9,24
  13:15 14:4 18:16
  20:9 22:25 24:7
  26:3,7 29:19 32:4
  32:24 39:7 40:4
  40:11 43:18 44:3
  44:10 46:16 47:6
  47:11 49:7,13,19
  52:7,10 53:11,19
  57:9,19 58:15
  60:4,18 62:24
  66:4,7,18,23 67:5
  67:10,16,18 69:21
  69:25 70:21 71:3
  76:11 80:22 81:19
  82:3,7,16,21 83:4
**length**  59:25
**lengthiest**  40:19
**lengthy**  40:17

**level**  75:22
**liability**  1:11
**licensee**  46:5
  55:23
**life**  80:18
**limited**  1:11 4:23
  6:7 82:9
**line**  33:8 56:9
  74:17 75:20 90:23
  90:23 91:8
**liner**  45:11
**lingo**  7:10
**link**  69:9
**listed**  15:11 75:14
  81:6
**litigation**  44:21
  75:3 90:19
**little**  14:19 21:2
  34:11 47:21 48:9
**llc**  1:10
**llp**  2:5,12,21
**local**  66:16
**locate**  14:24 16:21
**lodge**  45:17 61:23
**lodging**  30:11
**log**  28:18,20
**london**  2:12 4:18
**londonfischer.c...**
  2:15,16
**long**  27:13 44:19
  50:13 54:7
**look**  13:2 18:19,25
  23:15 30:4 31:23
  38:2,5,20 40:24
  58:25 63:14,19
  68:12 83:2
**looked**  25:13
  30:20 31:16,25
  45:10 54:16,20
  58:3,13,22,23 70:9
  70:11 75:16 77:19

  78:11
**looking**  8:3 15:22
  17:7 19:10 28:17
**looks**  44:4 78:12
**lose**  6:10
**lost**  62:7
**lot**  12:18

**m**

**magnification**
  13:19
**magnified**  12:20
**maiden**  2:12
**mail**  12:13 15:9
  16:7 25:12 27:4
  27:14 29:3,9,18
  43:12 47:15 48:2
  48:6,7 63:12
  64:15 65:3,17
  67:25 68:9,10
  74:15,24 76:25
  77:7 78:17 80:16
  86:7 88:7 89:19
**mails**  15:21 16:24
  25:5,21 26:11,16
  26:22 27:10,17,22
  28:4,11,18,22 34:4
  63:4,11,16 64:9
  65:18,22 70:4
  75:13 76:20 77:5
  77:20,24 78:11,13
  78:15 79:2,11
  80:6,25 81:6,10
  89:15 90:10
**majority**  77:25
**maker**  19:20
**making**  9:9 32:13
  70:6 82:24
**manner**  65:21
**march**  1:13 4:12
  91:5

**margin** 12:19
**mark** 20:20
**marked** 12:15
20:15 23:8,11
29:25 30:7 33:4
40:15 44:2 47:18
50:5 53:25 60:25
63:6 68:3 76:16
81:2
**marketing** 75:13
76:15,25 77:23
78:14 80:25 81:6
90:7,10
**marking** 14:12
**master** 41:15,19
**material** 46:5
75:18
**matter** 29:10
**mean** 11:14 17:15
64:14 66:15
**means** 60:2
**meant** 35:12 80:7
80:8
**member** 35:11
**membership**
34:17
**memory** 8:20
**mentioned** 19:15
59:3
**methodology** 66:5
**microsoft** 54:10
**mid** 34:17 35:4
**middle** 17:12 34:9
**might've** 28:13
**mine** 8:21 19:16
44:11
**minutes** 49:9,9,11
81:20
**mischaracterizat...**
61:24

**mischaracterizes**
59:23
**misleading** 54:11
**moment** 25:24
72:16
**money** 18:21
**months** 16:18
**morning** 4:12
39:12 82:5
**motion** 60:24 61:6
89:10
**mouse** 13:23
**move** 50:8
**moved** 13:22

**n**

**n** 2:2,19 3:2 4:2
48:23 84:2 85:2
**name** 37:21 40:8
**national** 1:9 4:20
4:20 59:19
**nba** 8:13
**necessarily** 28:6
**necessary** 12:3,6
68:20
**need** 4:7 6:2,11
9:21 13:10 21:2
34:10 47:19 49:25
50:7,14
**needed** 71:13,25
72:17
**neulion.com** 13:8
**never** 45:13 77:25
**new** 1:3,9,17 2:13
2:13 4:4 41:4 53:7
53:16 68:21 69:15
72:25 85:19,20
**nfl** 1:10 7:9,25
12:14 17:14 19:17
20:11,21 23:4,14
23:14 24:4,10
27:6,6,25 28:5

32:8 33:2,9 34:17
35:5 48:2 50:18
50:20 51:7 56:15
56:18,19,21,25,25
57:13,14 58:9,9,21
59:4,5,7,7,19 68:2
69:3 70:16 71:9
72:24 74:3 86:8
86:12,18 87:12
89:20 91:4
**nfl's** 26:23
**nfl.com** 29:22 87:7
**nflgamepass** 13:8
**nhl** 8:13
**nine** 10:6
**nipsey** 81:15
**notary** 1:17 3:16
4:4 84:21 85:8,19
91:25
**note** 36:16 37:20
**noted** 19:12 49:16
49:18 71:5,7
81:24 82:2 83:9
**notes** 85:13
**notice** 51:17
**notification** 64:18
**november** 34:11
34:20
**null** 48:23,25
**number** 45:24
60:20
**numbers** 14:19

**o**

**o** 2:19 3:2 40:8
84:2 85:2
**oath** 29:6
**objected** 26:8
**objection** 9:18
10:11,13,14 17:20
18:13,14 20:4
21:21 22:19 23:22

24:12 25:8,22,25
26:24 29:14 30:12
35:7 36:20 37:11
39:4,6 42:21 43:5
44:22 45:17 46:13
46:18 47:4 50:11
51:21 53:3,3 54:8
54:23 55:18 56:4
57:6,7,17 58:10
59:22 61:23 65:4
65:8 66:2,8,14
67:11 76:6 77:10
81:12
**objections** 3:11
9:23 47:8 57:20
66:2 68:16
**obtain** 43:13
**occasion** 8:4 10:5
32:9
**occasions** 31:21
**occurred** 8:14
**october** 50:4 52:20
88:14
**odds** 72:13
**offer** 79:23
**official** 46:5
**offseason** 73:25
**oh** 52:24 74:20
**okay** 4:14 5:7 6:25
7:21 10:16,20
11:10,20 12:8
13:14 14:14 15:7
15:10 16:10 17:4
18:22 19:7,22
20:8 21:13 22:5
24:6 27:16 28:15
29:7,19 30:3 32:3
33:19 34:2,14
36:3,24 38:7,12
39:7 42:6,7 44:10
45:24 47:10 49:3

50:10 52:13,25
53:10,18 54:3,6
55:2 56:13 59:3,9
62:15,23 63:8,18
63:19 65:14 67:20
69:20 70:14 73:6
73:17,22 74:13,25
75:9 76:10 78:5
81:18,22,23 82:7
82:16 83:6
**once** 23:10 30:3
74:25
**ones** 78:2,3
**online** 7:17 8:9,23
9:14,17 14:25
15:4,6,8 18:10,11
19:11 21:14 22:15
30:21 34:4 61:11
62:13,14
**open** 29:4,6,9,18
65:2
**opened** 28:7 31:6
64:11 65:21 77:20
77:21 78:2,2 79:7
79:9
**opening** 64:15,19
**operates** 46:6
**operation** 76:21
**operations** 46:4
51:10 55:23 74:19
74:23 75:8
**opportunity** 82:25
**opposed** 29:11
63:17
**opt** 25:6
**order** 49:24 53:21
**ordered** 58:18
**original** 60:24
61:6 89:10
**outside** 50:22

**overtier** 28:19
40:8,21 43:23
44:16 46:4,25
51:10 54:18 55:15
55:23 56:12,16
59:14 63:4,10
64:5,8 65:19,22
74:19,23 75:4,7
76:19 77:19 81:11
87:21 89:14
**overwhelming**
77:25

**p**

**p** 2:2,2,19 3:2
**p.m.** 1:13 49:16,18
71:5,7 81:24 82:2
83:9
**p.o.** 51:10
**page** 12:18 45:14
45:23 47:20,25
51:6 55:9 69:19
73:21,21 74:14
75:10 86:5,24
87:5,25 88:5,22
89:5,24 90:5,23,23
91:8
**pages** 40:21,25
54:7 60:25 68:3
73:6 76:16 81:2
89:11,21 90:8,11
**paid** 34:16
**pain** 70:20,25
**paper** 38:14
**paragraph** 53:6
55:22 71:8 73:14
**part** 12:18 72:10
72:11 74:2
**particular** 22:15
41:14
**parties** 3:6

**party** 65:11 85:15
**pass** 6:23 7:2,23
8:8,17 9:6,8 11:2
11:25 12:14 14:17
16:2,7,16 17:14
18:7 19:8,25
21:14,20,25 22:13
22:18 23:14 24:10
24:18 26:23 27:6
27:7,25 28:5 29:3
29:9 32:8,12,18
33:21 34:18 35:5
36:5,7,14,19,25
37:6,9,22,22 38:9
38:22 40:9,14,23
47:2 48:2 50:3,18
50:21 51:7 53:16
56:19 57:3,15
58:21 59:13,20
63:13 67:25 68:2
68:23 69:3 70:16
71:9,24 72:2,6
73:2 75:5,18
76:21 78:15,17,22
80:13 86:9 87:16
88:12 89:20,21
**passed** 41:22
**pause** 10:14
**paying** 19:19
25:14 35:11,13
**payment** 21:17
36:6 42:2 43:3,15
47:15 88:8
**pdf** 61:16
**people** 9:21 11:21
**percent** 8:12
**perfect** 10:9
**period** 11:4 26:19
27:11,13,24 28:19
28:19 32:16 35:25
38:22 63:6 65:20

76:21 77:2 89:16
**permitted** 82:10
**pertaining** 16:6
17:2 63:16
**phrase** 5:23
**physically** 64:22
64:23
**place** 23:21 84:11
**placed** 36:17 59:9
63:8 65:9
**plaintiff** 1:14 4:25
**plaintiffs** 1:7 2:6
**platform** 46:7
68:22 69:7
**player** 81:17
**playoffs** 7:11,13
**please** 5:25 23:2
23:19 30:8 40:12
45:15,24 51:9
60:19 62:25 75:10
**plus** 14:17
**point** 6:11 35:11
42:2 46:2 49:5
64:13 77:17 79:10
80:10
**policy** 51:15
**pops** 68:10
**populated** 77:7,14
**portion** 13:3 17:12
47:22 69:2
**portions** 47:16
88:9
**possession** 56:23
**possible** 6:9,20
8:14 72:7,7
**possibly** 78:9
**post** 2:5
**practice** 18:9,17
18:19 37:24
**practices** 80:3

pre  25:16
precise  25:17
premium  74:3
prescription  14:18
preserved  46:18
pretty  24:14
previously  54:20
  55:13 56:11 76:18
print  47:21
printed  14:25 15:5
  44:11
printout  12:12
  47:14 62:13 63:3
  67:24 76:15 80:25
  86:7 88:7 89:13
  89:18 90:7,10
prior  8:7 9:13 18:2
  20:3 22:10 25:3
  30:9,15 32:8,16
  40:6 44:21 52:22
  53:20 67:25 68:8
  68:19 75:3 78:10
  81:6 89:19
privacy  39:23
  51:15
privilege  47:23
pro  11:16,18 75:21
  75:22
probably  16:18
  32:22 40:18
problem  13:21
  35:15,22 42:18
problems  32:11,20
  45:19
proceed  6:8
proceedings  4:9
process  43:14
processed  42:13
produced  14:21
  65:13

product  43:22
  53:23 60:22 87:20
  88:17 89:7
production  90:22
products  20:12
  23:5 86:12,18
professional  1:16
  85:7
prompting  33:24
pronounced  34:22
provide  11:25
  16:10
provided  9:8
  20:21 29:13 40:22
  43:22 44:16 48:4
  53:6 54:18 63:3
  63:10 74:10 76:19
  87:21 89:13
provider  15:9
  32:10 33:21 38:16
  38:17 74:2 75:4
providing  28:20
  47:2 74:3
provision  57:2,14
  58:21 59:20
public  1:17 3:16
  4:4 84:21 85:8,19
  91:25
pull  60:20 62:25
  76:13
pulled  44:6
purchase  12:14
  86:9
purchased  17:24
  21:25 39:20
purchasing  17:18
purely  19:3
purpose  69:15
purposes  70:12
  79:21

pursuant  1:15
put  12:10 20:9,19
  23:2 32:24 47:12
  49:23 53:20 67:21
  70:5

**q**

qualified  85:20
quality  17:6 51:2
queries  46:7
question  3:12 6:15
  10:3,4,8,10,22
  11:8 17:4,5 22:12
  23:24 25:12 26:4
  26:18 31:5 36:23
  37:19,19 52:4,10
  52:16 54:12,14
  58:7,24 59:8,25
  60:6,7 62:16
  65:15,16 78:4,25
  79:18,19,20 80:20
  81:8
questioning  4:9
questions  4:25 5:8
  5:11,22 48:13,18
  79:22 82:8,15
quick  13:16
quicker  70:6
quickly  50:14

**r**

r  2:2,15,19 40:8,8
  84:2 85:2 91:2,2
ranalli  2:15 4:18
  81:21
reach  33:20
reaching  43:12
read  9:9 13:11
  17:23 18:11 29:4
  31:6 33:12,18
  45:25 50:17,19
  52:18 60:5,7 62:5

64:16 71:10 77:22
reading  17:22
  18:6 35:2,5 40:7
  55:16
really  11:7 35:10
  36:23 44:13 60:2
  61:9,10 72:11
  74:21 81:14
realtime  1:17 85:7
reason  6:12 30:19
reasonable  56:20
reasons  19:15
  39:23
recall  8:17 9:7,12
  9:13 10:5,23 12:5
  14:23 15:2 16:20
  18:5,8 19:14
  23:16,25 24:5
  25:3,10 26:10,15
  26:19,21 27:4,10
  27:17,23 30:9,17
  30:22,24 32:9,13
  32:15,17 34:2,7
  37:8,18,23 38:8,11
  41:2 42:17 44:20
  48:5 50:15,16
  51:16 62:2,8
  68:13,17,19,24
  69:14 71:24 72:3
  72:4,16,18,24 73:3
  73:12,15 75:17,19
recalled  40:7 62:3
receive  26:10
  37:25 68:22
received  25:5
  27:16 28:18,22
  31:23 45:3 48:5,8
  81:10
receiving  13:20
  25:21 26:11,22
  27:4,11,24

**recess** 49:17 71:6
  81:25
**recipient** 64:10,14
**recognize** 14:14
  41:9 52:17,19
  55:21
**recollection** 17:18
  19:9,23 20:6 21:7
  21:8 25:20 33:20
  36:11 42:25 43:2
  43:7,8,11,16 53:14
  53:17 55:4 62:19
  65:20,24 71:13
  74:8 75:2,7 76:4
  78:16 81:9
**recommended**
  35:17
**record** 4:8 9:24
  12:23,25 14:2,5
  20:18 23:22 33:17
  49:20 51:25 69:22
  69:24 70:2 80:2
  82:20
**records** 14:25
  16:24 38:24 78:25
  79:16
**red** 45:11
**redacted** 47:16
  88:9
**referred** 46:8
**refers** 52:17
**refine** 22:11
**reflect** 4:7
**reflected** 77:21
  78:3
**refresh** 33:19
  65:20,24 71:12
  74:7 75:2 81:9
**refreshes** 62:18
**refreshing** 66:6

**regarding** 23:22
  44:23 54:24 61:23
  65:5,8 67:15,18
**registered** 1:16
  85:6
**regular** 78:21
**regularly** 80:19
**related** 62:16
  85:15
**remember** 33:24
  33:24
**remembered**
  81:16
**reminder** 68:2
  71:9 89:20
**renewal** 24:18
  25:4,7 37:6 38:10
  42:20 46:24
**renewed** 24:15,17
  28:9 58:18 76:7,8
**repeat** 6:2
**rephrase** 6:5
**reporter** 1:16,17
  5:14 12:10 13:4
  23:19 52:2 53:13
  60:5,19 80:23
  85:7,8
**represent** 4:19
**representation**
  65:17
**representative**
  75:15 77:2
**represented** 59:10
  64:4
**republic** 50:25
**request** 15:15 49:4
  90:22
**require** 64:22
  66:13 71:18 72:14
**required** 11:25

**requirements**
  12:20 51:4
**reserved** 3:12
**reserving** 82:21
**residing** 65:3
**resolved** 35:18,20
**respect** 51:19
**respective** 3:6
**responded** 6:16
**response** 18:23
  39:10
**responses** 5:15
**responsive** 16:22
**restrictions** 50:20
  50:24
**result** 35:21
**return** 41:5 73:13
**reverse** 49:24
**review** 38:7 82:22
**right** 6:21 7:9
  10:15 12:19 13:22
  15:10 22:11 30:15
  42:5 47:24 55:9
  62:15,15 63:22
  73:11,19,21 74:14
  75:12
**rosenfeld** 2:5,21
**roy's** 51:11
**rpr** 85:19
**rules** 46:17 66:16
**run** 72:5 75:25
**runs** 35:3

**s**

**s** 2:2,19,19 3:2,2
  4:2,2 68:3 71:10
  86:2 87:2 88:2
  89:2,21 90:2 91:2
**s.p.a.** 46:6
**safety** 39:23
**sample** 75:16

**san** 2:6
**save** 38:12
**saved** 44:8
**savings** 4:10
**saw** 8:23 19:12
  27:14 29:2 55:13
  70:8 78:10
**saying** 29:5
**says** 9:24 17:13
  34:14,19 42:13
  46:3 50:20 55:17
  55:22,24 56:7,8,9
  56:11,14 58:14,19
  73:24 74:5,18,23
  75:20
**scope** 82:9
**scouring** 16:24
**screen** 13:24 14:11
  17:13 23:2 33:6
  42:9 63:25 74:21
**scroll** 13:4,16
  20:25 33:15 34:10
  44:18 54:4,13,14
  63:24 73:4,9,11
  74:13,16 79:7
  81:4
**scrolled** 55:3
**scrolling** 13:23
  41:6 70:8
**sealing** 3:7
**search** 58:4 60:13
  60:15
**searched** 60:16
**season** 7:6,8,10
  11:9,12 14:17
  17:15,19 19:9
  20:23 23:14,15
  24:4,10 25:2,4,15
  25:16 32:8,17
  34:16 42:20 43:4
  43:24 44:18 45:9

46:22,24 53:24
56:24 58:15,17
59:12,17 60:23
61:5 68:20 69:3,6
69:17 71:14 72:24
75:5,21,22 76:5,9
87:23 88:18 89:8
**second**  13:16
47:20 53:5 70:20
70:24
**section**  42:5
**sections**  45:2
**securing**  77:18
**see**  12:17 13:3,7
13:11 14:3 17:10
17:11 21:10 23:15
28:9,10,21,22 33:8
33:9 41:9 42:8,9,9
42:11 44:4,19
45:20,25 48:15
50:14 51:17 52:5
53:5 55:11 61:9
62:10 63:15,22,24
73:12,24 74:4,5,15
74:17,22 77:3,5,8
78:12,21 79:8,12
80:6
**seeing**  23:25 24:5
25:10 26:16 30:17
51:16 62:2,3
73:13,15
**seeking**  43:13
**seen**  14:6 21:4,6
21:10 23:16 30:9
30:15 41:2 44:20
45:13 46:10 50:15
50:16 52:12 55:5
55:6 61:8 62:9,18
62:21 65:16 68:13
70:13 75:17

**selected**  50:22
**self**  35:18,20
**sending**  33:25
**sent**  16:12 62:10
62:11 63:5,11
64:9 65:18 68:9
75:14,18 76:20,25
78:13 81:8 89:15
**separate**  70:4
**september**  12:13
13:9 25:17 26:19
35:25 86:8
**sequence**  68:7
**service**  8:18 9:16
18:11,12 21:18
22:2,16 28:20
29:13 32:10 35:12
63:4,17 65:18,21
73:25 74:10 76:20
77:5,7,20 78:11
89:14
**services**  8:9,10
**set**  23:12
**setting**  13:19
**shakes**  5:15
**share**  23:3
**short**  44:19
**show**  49:25 78:9
79:15,24
**showed**  76:18
**showing**  6:17
23:10 64:17 68:6
**shown**  44:14
**shows**  77:24
**side**  13:22 16:19
**sietel**  1:5,14 34:19
34:22 84:15 85:9
91:6
**sign**  22:21 82:22
83:2

**signature**  85:18
**signed**  3:16,17 9:2
10:6 11:24
**significant**  16:23
**signing**  8:21 9:6
**similar**  75:17
**similarly**  1:6
**simple**  10:21 21:5
**simply**  81:8
**singh**  1:5,15 84:15
85:10 91:6
**single**  27:4,14
**sit**  31:22
**sitting**  64:14
**situated**  1:6
**size**  23:19
**slightly**  8:15
**small**  12:18
**smaller**  50:8
**software**  72:5,8,15
72:19 73:2
**sole**  19:19
**solely**  14:10
**sorry**  8:20 26:5
34:23 62:8 65:14
73:19
**source**  44:24
**southern**  1:3
**spam**  79:2,4,11
80:7
**span**  63:15
**sparsely**  77:6,14
**speak**  78:20 79:2
**speaking**  14:10
**specific**  37:20 58:6
58:24
**specifically**  43:10
58:13 60:16 72:19
72:21
**specified**  84:11

**speculate**  28:2
**speculation**  18:15
21:23 55:20 56:6
58:12
**speed**  51:3
**spend**  24:22,24
**spent**  16:23
**sports**  8:9
**stamped**  12:15
20:14 23:7 29:24
33:4 40:14 43:25
47:17 50:5 53:24
86:10,15,21 87:9
87:13,17,23 88:10
88:14,19
**stand**  70:3
**standing**  66:8
67:11
**start**  6:21 25:15,18
27:3 82:5
**starts**  70:16
**state**  1:17 4:4
85:19
**statement**  36:6,13
37:25
**statements**  38:6
38:13 41:18
**states**  1:2 50:23
**stenographic**
85:13
**step**  9:14
**stephen**  2:7
**stipulated**  3:4,10
3:14
**stop**  41:7,9,10
73:6
**stored**  38:15 64:7
76:23
**streaming**  51:5
**street**  2:5

**string**  67:12
**structure**  66:21
**stuff**  61:18
**subject**  28:24 29:2
  29:10 51:3 77:16
**subscribe**  7:5 8:16
  9:10,15 24:9
**subscribed**  7:2 8:8
  11:2,11 22:8,10,13
  36:13 71:23 84:17
  91:21
**subscriber**  32:19
  52:11 55:15 56:2
  59:13 63:13 68:21
**subscribers**  7:24
  51:20 52:18
**subscribing**  11:12
  21:16 22:15 32:7
**subscription**  7:18
  8:7 11:4 12:4
  14:18 17:14,24
  18:10 20:2,12
  21:14 23:5 28:8
  34:15 35:3 36:5
  43:22 53:23 60:22
  70:17 75:21,23
  86:12,18 87:20
  88:17 89:7
**subscriptions**  8:13
  11:7 29:22 36:8
  87:7
**subsequent**  23:14
**successful**  47:16
  88:8
**successfully**  34:16
**suggestive**  46:15
**suite**  2:5
**super**  11:16,17
  18:3 20:3 52:23
**support**  48:14
  90:19

**supporting**  64:5
**supports**  59:16
**sure**  5:20 8:12
  11:9 14:13 24:14
  28:6 37:18 38:2
  39:18 55:24 60:2
  72:15 78:24 82:24
  82:25
**swallow**  70:24
**sworn**  3:18 4:3
  84:5,17 85:10
  91:21
**system**  51:4

**t**

**t**  2:19 3:2,2 4:2
  40:8 84:2 85:2,2
  86:2 87:2 88:2
  89:2 90:2 91:2,2
**take**  5:14 6:14
  13:2,15 18:25
  19:7 23:15 24:8
  30:4 32:4 36:16
  37:20 39:11 40:4
  43:19 44:18 47:11
  50:13,13 52:22
  53:12 60:18 62:24
  66:9 67:20 68:12
  70:20 76:11
**taken**  1:15 5:4
**talk**  39:11
**talking**  14:8 22:7
**technical**  32:17,20
**technology**  33:22
**telephone**  34:5
**tell**  5:7 41:6 49:10
**temporarily**  32:21
**ten**  49:9,11
**tens**  28:12
**term**  30:5
**terms**  9:15 10:7,24
  15:8 18:6,11

19:10,24 20:12,22
  21:20 22:17,22
  23:5,12,16 24:3
  29:22 43:22,23
  44:16 50:3 51:8
  51:14,19 53:7,16
  53:23 59:11 60:22
  61:4 86:13,18
  87:7,20,21 88:12
  88:17 89:7
**territories**  50:22
**testified**  4:5
**testify**  84:5
**testimony**  64:5
  84:6,10
**text**  50:18
**thank**  8:6 15:20
  22:24 49:14 67:17
  67:21 82:4,10,16
  83:3,7
**thing**  9:20 73:12
**things**  22:22 31:25
  80:5
**think**  4:7 6:18 7:3
  11:6,16 18:20,23
  21:3 26:12 27:23
  28:12 30:23 31:4
  32:25 35:9,16,16
  35:17,20 42:22
  44:12 45:7 49:22
  49:23,24 56:19
  73:5 81:16
**thinking**  39:14
  48:24
**third**  56:9
**thomas**  2:14 4:17
**thought**  27:21
  56:20 70:4
**three**  28:13 68:5
  73:6

**thursday**  39:11
**till**  5:13 34:17 35:4
  35:4 76:2
**time**  3:13 4:10
  6:11,25 7:3,22
  11:4,10 16:24
  17:16 18:2 19:14
  19:18,25 21:15
  25:23 26:19 27:11
  27:13,15,24 28:14
  30:21 32:6,14,16
  32:23 35:9,25
  38:25 39:12 49:16
  49:18 63:5 65:19
  66:10 71:5,7
  72:20 77:2 81:24
  82:2,5,8 83:9
  84:11 89:16
**times**  43:3 80:18
**timing**  8:11
**title**  28:23 29:11
**titled**  67:25 89:19
**tleghorn**  2:15
**today**  6:18 30:10
**told**  28:7 35:22
**tom**  26:6 33:14
  44:7 66:11
**tomorrow**  4:12
**top**  73:20
**total**  6:19
**totality**  16:14 33:7
**town**  51:12
**track**  6:10 44:5
**transaction**  36:17
**transcript**  82:23
  84:9,10
**transcription**
  85:12
**transmission**
  32:18

**trash**  79:3,4,11
80:8
**traveling**  31:9,13
31:22
**trial**  3:13 46:19
**triggering**  64:18
**true**  31:19 84:9
85:12
**truly**  30:24
**truth**  84:5
**try**  6:5,7 19:22
22:11
**trying**  6:19 35:10
52:4 59:15 66:17
**tuesday**  13:9
**turn**  45:24
**tv**  8:13,13
**two**  13:16 19:2,2
28:13 42:16 43:3
78:18 81:20
**typography**  61:20

**u**

**u**  3:2 48:23
**u.k.**  50:25
**u.s.**  4:10
**uh**  18:4 20:24
31:14 37:7 48:11
54:22 55:10 61:21
80:14
**umm**  39:21
**unaware**  8:5
**underneath**  50:18
**understand**  5:22
6:4,22,24 10:3,22
17:22 21:15 36:23
37:3,18 56:14
66:7 72:9 78:10
**understanding**
7:22 8:3 10:8,9
11:3 21:24 24:17
35:10 46:23 62:12

64:20 79:24
**understood**  10:4
22:23 79:14,17
**undertaken**  58:4
**undue**  10:19
**unfortunately**
61:11
**unincorporated**
1:10
**united**  1:2 50:23
**unopened**  65:3
**upcoming**  25:2
**update**  68:2 70:17
71:9,13 89:20
**updated**  20:13
23:6 45:9 86:14
86:20
**updates**  50:3
51:18 88:12
**updating**  71:18
72:12 73:25
**use**  13:23 35:24
44:12 51:14 69:11
72:11 80:11
**users**  22:9 50:22

**v**

**v**  1:8 40:8 91:4
**vague**  9:19 10:12
17:21 18:14 20:5
21:22 22:20 24:13
25:9,25 26:25
29:15 35:8 36:21
37:12 46:14 51:22
53:4 55:19 56:5
58:11 59:24 78:6
**valid**  24:21
**veracity**  30:25
**verbal**  5:15
**versed**  61:19
**version**  44:5,8
54:15 61:7

**versions**  62:17
**video**  1:15,18 2:4
2:11 51:2
**videos**  52:5
**view**  68:23 69:2
**viewed**  9:15 10:7
10:23 54:10
**viewing**  19:24
73:2
**visa**  41:15,20
**visit**  51:6
**voice**  43:13
**vuliä**  2:20 83:3,6

**w**

**wait**  5:12
**waived**  3:9
**waiver**  82:24
**waiving**  67:12
**want**  5:20 10:17
10:18 41:25 44:19
49:9 53:2 79:22
81:20 82:23
**wanted**  78:9 79:25
**watch**  71:14,16,20
72:13
**watched**  69:5,8,13
69:17
**watching**  34:15
69:15
**way**  22:3 66:12
69:8 72:13
**we've**  23:11 30:7
61:7 62:18 76:23
**week**  11:15 78:18
78:20
**weekly**  78:13
**went**  72:17 74:16
**whack**  73:18
**whoops**  42:4
**windows**  72:10

**withdrawn**  37:4
**witness**  10:16,20
13:18 23:18 26:14
45:22 49:4,11,14
52:3,9 70:19,23
81:23 82:6,25
83:8 85:9 91:6
**word**  5:23 28:23
31:20 54:10
**words**  27:5,22
**world**  74:4
**worried**  45:21
**written**  74:23
**wrote**  34:19,24

**x**

**x**  1:5,12 86:2 87:2
88:2 89:2 90:2

**y**

**yeah**  11:14,23
13:10,13 17:11,23
26:7,17 28:25
30:16 31:9 33:18
33:23 39:16,21
41:11 48:16 52:14
52:24 56:13 60:8
64:2,6,24 67:14
70:11,18 71:3,3,3
72:15 73:7,23
74:20 75:11
**year**  7:11 28:16
31:18 36:13 37:6
38:10 39:20 41:14
62:7
**yearly**  76:4
**years**  10:6 38:23
**york**  1:3,10,17
2:13,13 4:4 85:19
85:20
**yup**  34:13 42:12

| **z** |
|---|
| **zeros**   14:20 |
| **zoom**   1:15,17 2:4 |
|   2:11 5:9 23:20 |
|   82:17 |

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.