◀ Search



# NFL Game Pass International

deltatre

**OPEN**



| 3.9K RATINGS | AGE | CHART | DEVEL |
|:---:|:---:|:---:|:---:|
| **4.5** | **12+** | **No.156** | |
| ★★★★☆ | Years Old | Sports | delta |

## What's New

**Version History**

Version 2.9.0                       3w ago

Bug fixes.

## Preview





DEF0001393

 Today     Games     Apps     Arcade     Search