| CampaignId | Email | NumOpens | NumPageViews | NumClicks | NumForwards | DateSent | DateFirstOpened | DateLastOpened |
|---|---|---|---|---|---|---|---|---|
| 1079167 | https://email.nflgamepass.com/t/4DJC-N4OV-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 | 2019-08-22T19:00:17.36Z | | |
| 1088320 | https://email.nflgamepass.com/t/4DJC-NBR4-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 | 2019-09-05T16:05:30.41Z | | |
| 1095717 | https://email.nflgamepass.com/t/4DJC-NN9U-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 | 2019-09-05T18:35:29.62Z | | |
| 1103250 | https://email.nflgamepass.com/t/4DJC-NN9U-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 | 2019-09-12T14:00:59.2Z | | |
| 1110096 | https://email.nflgamepass.com/t/4DJC-NSK0-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 | 2019-09-18T17:04:14.4Z | | |
| 1121572 | https://email.nflgamepass.com/t/4DJC-O1ES-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 | 2019-09-25T18:23:23.93Z | | |
| 1131853 | https://email.nflgamepass.com/t/4DJC-O9CD-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 | 2019-10-02T18:49:14.03Z | | |
| 1140575 | https://email.nflgamepass.com/t/4DJC-OG2N-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 | 2019-10-09T17:48:04.41Z | | |
| 1150542 | https://email.nflgamepass.com/t/4DJC-ONRI-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 | 2019-10-16T18:17:15.18Z | | |
| 1150220 | https://email.nflgamepass.com/t/4DJC-ONIK-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 | 2019-10-19T12:00:53.19Z | | |
| 1159370 | https://email.nflgamepass.com/t/4DJC-OUKQ-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 | 2019-10-23T18:25:03.41Z | | |
| 1168637 | https://email.nflgamepass.com/t/4DJC-P1Q5-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 | 2019-10-30T19:34:24.28Z | | |
| 1170256 | https://email.nflgamepass.com/t/4DJC-P2Z4-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 | 2019-11-05T12:02:45.43Z | | |
| 1177506 | https://email.nflgamepass.com/t/4DJC-P8KI-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 | 2019-11-06T20:37:39.46 | | |
| 1178443 | https://email.nflgamepass.com/t/4DJC-P9AJ-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 | 2019-11-13T18:03:47.64 | | |
| 1194914 | https://email.nflgamepass.com/t/4DJC-PM02-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 | 2019-11-20T19:02:34.81 | | |
| 1206925 | https://email.nflgamepass.com/t/4DJC-PV9P-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 | 2019-11-27T19:36:54.46 | | |
| 1214449 | https://email.nflgamepass.com/t/4DJC-Q12P-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 | 2019-12-04T19:00:40.08 | | |
| 1225695 | https://email.nflgamepass.com/t/4DJC-Q9R3-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 | 2019-12-11T19:12:56.09 | | |
| 1233507 | https://email.nflgamepass.com/t/4DJC-QFS3-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 | 2019-12-18T18:04:13.96 | | |
| 1243686 | https://email.nflgamepass.com/t/4DJC-QNMU-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 | 2019-12-27T20:05:30.96 | | |
| 1246299 | https://email.nflgamepass.com/t/4DJC-QPNF-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 | 2020-01-02T18:10:09.53Z | | |
| 1250924 | https://email.nflgamepass.com/t/4DJC-QT7W-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 | 2020-01-08T18:06:32.4Z | | |
| 1259991 | https://email.nflgamepass.com/t/4DJC-R07R-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 | 2020-01-15T18:34:30Z | | |
| 1262568 | https://email.nflgamepass.com/t/4DJC-R27C-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 | 2020-01-19T18:03:33.45Z | | |
| 1272128 | https://email.nflgamepass.com/t/4DJC-R9KW-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 | 2020-01-22T20:04:51.77Z | | |
| 1276967 | https://email.nflgamepass.com/t/4DJC-RDBB-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 | 2020-01-27T18:18:09.49Z | | |
| 1283495 | https://email.nflgamepass.com/t/4DJC-RICN-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 | 2020-01-30T19:35:31.37Z | | |
| 1285129 | https://email.nflgamepass.com/t/4DJC-RJM1-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 1 | 0 | 1 | 0 | 2020-02-02T22:35:49.57Z | 2020-02-02T22:44:19.22Z | 2020-02-02T22:44:19.22Z |
| 1317649 | https://email.nflgamepass.com/t/4DJC-S8PD-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 | 2020-02-26T18:16:20.14Z | | |
| 1317863 | https://email.nflgamepass.com/t/4DJC-S8VB-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 | 2020-03-02T13:31:22.53Z | | |
| 1359414 | https://email.nflgamepass.com/t/4DJC-T4XI-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 | 2020-03-27T18:04:09.26Z | | |
| 1363106 | https://email.nflgamepass.com/t/4DJC-T7S2-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 | 2020-03-31T18:12:34.51Z | | |
| 1366923 | https://email.nflgamepass.com/t/4DJC-TAQ3-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 | 2020-04-03T17:34:33.46Z | | |
| 1369905 | https://email.nflgamepass.com/t/4DJC-TD0X-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 1 | 0 | 0 | 0 | 2020-04-07T10:04:58.09Z | 2020-04-07T11:21:53.73Z | 2020-04-07T11:21:53.73Z |
| 1374549 | https://email.nflgamepass.com/t/4DJC-TGLX-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 | 2020-04-10T12:06:07.14Z | | |
| 1379615 | https://email.nflgamepass.com/t/4DJC-TKIN-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 | 2020-04-16T18:08:03.85Z | | |
| 1385540 | https://email.nflgamepass.com/t/4DJC-TP38-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 | 2020-04-22T18:32:59.99Z | | |
| 1386344 | https://email.nflgamepass.com/t/4DJC-TPPK-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 | 2020-04-23T10:14:43.03Z | | |
| 1386466 | https://email.nflgamepass.com/t/4DJC-TPSY-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 1 | 0 | 0 | 0 | 2020-04-23T19:04:18.87Z | 2020-04-24T00:00:03Z | 2020-04-24T00:00:03Z |
| 1386879 | https://email.nflgamepass.com/t/4DJC-TQ4F-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 1 | 0 | 0 | 0 | 2020-04-23T20:02:24.32Z | 2020-04-24T00:00:02.98Z | 2020-04-24T00:00:02.98Z |
| 1387613 | https://email.nflgamepass.com/t/4DJC-TQOT-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 | 2020-04-24T09:51:49.55Z | | |
| 1388324 | https://email.nflgamepass.com/t/4DJC-TR8K-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 | 2020-04-26T10:13:46.81Z | | |
| 1393704 | https://email.nflgamepass.com/t/4DJC-TVE0-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 | 2020-05-01T10:16:53.31Z | | |
| 1400040 | https://email.nflgamepass.com/t/4DJC-U0A0-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 1 | 0 | 0 | 0 | 2020-05-06T17:14:44.93Z | 2020-05-24T14:42:32.68Z | 2020-05-24T14:42:32.68Z |
| 1402466 | https://email.nflgamepass.com/t/4DJC-U25E-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 1 | 0 | 0 | 0 | 2020-05-07T19:14:55Z | 2020-05-24T14:42:34.41Z | 2020-05-24T14:42:34.41Z |
| 1407681 | https://email.nflgamepass.com/t/4DJC-U669-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 | 2020-05-14T17:42:45.52Z | | |

| ID | URL | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|---|
| 1414182 | https://email.nflgamepass.com/t/4DJC-UB6U-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 1 | 0 | 0 | 0 | 2020-05-22T17:09:40.32Z | 2020-05-24T14:43:17.98Z | 2020-05-24T14:43:17.98Z |
| 1422077 | https://email.nflgamepass.com/t/4DJC-UHA5-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 | 2020-05-29T17:21:18.49Z | | |
| 1436121 | https://email.nflgamepass.com/t/4DJC-US49-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 | 2020-06-18T19:16:55.99Z | | |
| 1485468 | https://email.nflgamepass.com/t/4DJC-VU70-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 2 | 0 | 0 | 0 | 2020-07-27T17:49:32.83Z | 2020-07-27T20:37:12.82Z | 2020-07-27T20:37:54.49Z |
| 1517770 | https://email.nflgamepass.com/t/4DJC-WJ4A-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 | 2020-08-27T17:26:25.66Z | | |
| 1528039 | https://email.nflgamepass.com/t/4DJC-WR1J-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 | 2020-09-04T17:36:29.11Z | | |
| 1533592 | https://email.nflgamepass.com/t/4DJC-WVBS-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 1 | 0 | 0 | 0 | 2020-09-09T18:53:23.33Z | 2020-09-09T19:52:45.73Z | 2020-09-09T19:52:45.73Z |
| 1533039 | https://email.nflgamepass.com/t/4DJC-WUWF-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 | 2020-09-10T19:20:28.88Z | | |
| 1535952 | https://email.nflgamepass.com/t/4DJC-WX5C-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 | 2020-09-13T13:32:28.32Z | | |
| 1541715 | https://email.nflgamepass.com/t/4DJC-X1LF-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 | 2020-09-16T19:20:55.79Z | | |
| 1542946 | https://email.nflgamepass.com/t/4DJC-X2JM-FCAE1DD7444A5F21XTUF5176C8080ACF663A7/cr.aspx | 0 | 0 | 0 | 0 | 2020-09-17T20:28:25.88Z | | |
| 1544418 | https://email.nflgamepass.com/t/4DJC-X3OI-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 | 2020-09-20T14:36:38.73Z | | |
| 1545402 | https://email.nflgamepass.com/t/4DJC-X4FU-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 2 | 0 | 0 | 0 | 2020-09-21T17:09:53.92Z | 2020-09-21T20:17:19.46Z | 2020-09-21T20:56:11.67Z |
| 1548711 | https://email.nflgamepass.com/t/4DJC-X6ZR-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 1 | 0 | 0 | 0 | 2020-09-23T18:57:28.32Z | 2020-09-23T19:08:58.3Z | 2020-09-23T19:08:58.3Z |
| 1556840 | https://email.nflgamepass.com/t/4DJC-XD9K-FE4315E8A795C6EC6QGSKID2BA29DDD97FC359/cr.aspx | 0 | 0 | 0 | 0 | 2020-10-01T17:46:00.1Z | | |
| 1561984 | https://email.nflgamepass.com/t/4DJC-XH8G-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 | 2020-10-05T20:46:09.37Z | | |
| 1564681 | https://email.nflgamepass.com/t/4DJC-XJBD-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 | 2020-10-07T19:05:56.85Z | | |
| 1571335 | https://email.nflgamepass.com/t/4DJC-XOG7-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 | 2020-10-13T18:46:25.71Z | | |
| 1572382 | https://email.nflgamepass.com/t/4DJC-XP9A-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 | 2020-10-14T18:37:11.41Z | | |
| 1567089 | https://email.nflgamepass.com/t/4DJC-XL69-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 | 2020-10-19T08:05:17.56Z | | |
| 1580970 | https://email.nflgamepass.com/t/4DJC-XVVU-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 | 2020-10-22T14:22:18.47Z | | |
| 1597305 | https://email.nflgamepass.com/t/4DJC-Y8HL-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 | 2020-11-05T19:15:37.88Z | | |
| 1605397 | https://email.nflgamepass.com/t/4DJC-YEQD-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 1 | 0 | 0 | 0 | 2020-11-13T18:22:32.73Z | 2020-11-14T06:19:02.83Z | 2020-11-14T06:19:02.83Z |
| 1606043 | https://email.nflgamepass.com/t/4DJC-YF8B-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 | 2020-11-15T11:03:46.16Z | | |
| 1613508 | https://email.nflgamepass.com/t/4DJC-YKZO-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 1 | 0 | 0 | 0 | 2020-11-19T19:28:54.87Z | 2020-11-19T19:54:51.94Z | 2020-11-19T19:54:51.94Z |
| 1615395 | https://email.nflgamepass.com/t/4DJC-YMG3-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 | 2020-11-22T11:02:32.47Z | | |
| 1620297 | https://email.nflgamepass.com/t/4DJC-YQ89-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 | 2020-11-26T17:04:35.74Z | | |
| 1623365 | https://email.nflgamepass.com/t/4DJC-YSLH-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 | 2020-11-29T16:08:58.64Z | | |
| 1634250 | https://email.nflgamepass.com/t/4DJC-Z0ZU-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 | 2020-12-07T19:02:11.28Z | | |
| 1637311 | https://email.nflgamepass.com/t/4DJC-Z3CV-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 | 2020-12-10T13:05:05.61Z | | |
| 1640989 | https://email.nflgamepass.com/t/4DJC-Z671-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 | 2020-12-13T13:16:23.36Z | | |
| 1643057 | https://email.nflgamepass.com/t/4DJC-Z7SH-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 | 2020-12-15T14:07:14.48Z | | |
| 1647075 | https://email.nflgamepass.com/t/4DJC-ZAW3-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 | 2020-12-19T13:05:19.03Z | | |
| 1650485 | https://email.nflgamepass.com/t/4DJC-ZDIT-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 | 2020-12-23T18:49:16.09Z | | |
| 1656898 | https://email.nflgamepass.com/t/4DJC-ZIGY-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 | 2021-01-07T19:44:54.79Z | | |
| 1659487 | https://email.nflgamepass.com/t/4DJC-ZKGV-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 | 2021-01-09T17:04:56.82Z | | |
| 1665621 | https://email.nflgamepass.com/t/4DJC-ZP79-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 | 2021-01-14T20:16:39.25Z | | |
| 1667041 | https://email.nflgamepass.com/t/4DJC-ZQAP-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 | 2021-01-16T21:02:49.29Z | | |
| 1675434 | https://email.nflgamepass.com/t/4DJC-ZWRU-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 | 2021-01-21T19:48:04.61Z | | |
| 1685011 | https://email.nflgamepass.com/t/4DJC-1045V-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 | 2021-02-01T18:15:36.68Z | | |
| 1689849 | https://email.nflgamepass.com/t/4DJC-107W9-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 | 2021-02-05T19:36:57.12Z | | |
| 1685994 | https://email.nflgamepass.com/t/4DJC-104X6-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 | 2021-02-07T18:03:03.04Z | | |
| 1700883 | https://email.nflgamepass.com/t/4DJC-10GER-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 | 2021-02-12T20:07:20.77Z | | |
| 1705674 | https://email.nflgamepass.com/t/4DJC-10K3U-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 | 2021-02-22T18:18:17.42Z | | |
| 1684920 | https://email.nflgamepass.com/t/4DJC-1043C-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 | 2021-03-05T14:34:13.95Z | | |
| 1757838 | https://email.nflgamepass.com/t/4DJC-11OCU-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 | 2021-04-08T18:06:04.94Z | | |
| 1766830 | https://email.nflgamepass.com/t/4DJC-11VAM-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 | 2021-04-18T19:57:35.74Z | | |
| 1779468 | https://email.nflgamepass.com/t/4DJC-1251O-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 | 2021-04-28T19:49:39.1Z | | |

| | | | | | |
|---|---|---|---|---|---|
| 1779444 | https://email.nflgamepass.com/t/4DJC-1250U-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 2021-05-03T11:15:59.64Z |
| 1779438 | https://email.nflgamepass.com/t/4DJC-12510-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 2021-05-01T11:18:01.71Z |
| 1787331 | https://email.nflgamepass.com/t/4DJC-12B43-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 2021-05-06T18:06:14.6Z |
| 1794194 | https://email.nflgamepass.com/t/4DJC-12GEQ-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 2021-05-12T17:19:25.61Z |
| 1796183 | https://email.nflgamepass.com/t/4DJC-12HXZ-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 2021-05-13T17:36:34.78Z |
| 1802175 | https://email.nflgamepass.com/t/4DJC-12MKF-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 2021-05-20T17:26:54.46Z |
| 1821356 | https://email.nflgamepass.com/t/4DJC-131D8-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 2021-06-07T17:20:07.19Z |
| 1810698 | https://email.nflgamepass.com/t/4DJC-12T56-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 2021-06-11T18:33:21Z |
| 1897206 | https://email.nflgamepass.com/t/4DJC-14NW6-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 2021-08-12T19:35:36.44Z |
| 1902880 | https://email.nflgamepass.com/t/4DJC-14S9S-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 2021-08-19T18:30:09.96Z |
| 1909336 | https://email.nflgamepass.com/t/4DJC-14X94-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 2021-08-26T18:31:16.7Z |
| 1924371 | https://email.nflgamepass.com/t/4DJC-158UR-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 2021-09-07T18:07:29.08Z |
| 1925855 | https://email.nflgamepass.com/t/4DJC-159ZZ-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 2021-09-09T19:01:48.83Z |
| 1925955 | https://email.nflgamepass.com/t/4DJC-15A2R-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 2021-09-10T10:51:00Z |
| 1929055 | https://email.nflgamepass.com/t/4DJC-15CGV-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 2021-09-11T11:03:55.08Z |
| 1929004 | https://email.nflgamepass.com/t/4DJC-15CFG-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 2021-09-12T15:24:38Z |
| 1929759 | https://email.nflgamepass.com/t/4DJC-15D0F-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 2021-09-12T20:17:50.86Z |
| 1930155 | https://email.nflgamepass.com/t/4DJC-15DBF-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 2021-09-13T10:24:36.67Z |
| 1930941 | https://email.nflgamepass.com/t/4DJC-15DX9-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 2021-09-13T19:02:00.08Z |
| 1933206 | https://email.nflgamepass.com/t/4DJC-15FO6-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 2021-09-16T19:04:53.67Z |
| 1933466 | https://email.nflgamepass.com/t/4DJC-15FVE-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 2021-09-19T16:03:03.75Z |
| 1938613 | https://email.nflgamepass.com/t/4DJC-15JUD-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 2021-09-20T23:18:28.28Z |
| 1941556 | https://email.nflgamepass.com/t/4DJC-15M44-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 2021-09-23T18:32:56.68Z |
| 1940425 | https://email.nflgamepass.com/t/4DJC-15L8P-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 2021-09-26T16:08:53.82Z |
| 1951630 | https://email.nflgamepass.com/t/4DJC-15TVY-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 2021-10-01T18:03:38.57Z |
| 1953705 | https://email.nflgamepass.com/t/4DJC-15VHL-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 2021-10-05T15:09:25.23Z |
| 1957571 | https://email.nflgamepass.com/t/4DJC-15YGZ-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 2021-10-07T17:17:21.54Z |
| 1967150 | https://email.nflgamepass.com/t/4DJC-165V2-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 2021-10-14T18:48:59.39Z |
| 1973759 | https://email.nflgamepass.com/t/4DJC-16AYN-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 2021-10-21T18:14:12.72Z |
| 1986111 | https://email.nflgamepass.com/t/4DJC-16KHR-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 2021-10-28T17:12:42.32Z |
| 1995350 | https://email.nflgamepass.com/t/4DJC-16RME-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 2021-11-04T19:31:16.47Z |
| 2001536 | https://email.nflgamepass.com/t/4DJC-16WE8-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 2021-11-11T19:38:16.7Z |
| 2009379 | https://email.nflgamepass.com/t/4DJC-172G3-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 2021-11-18T18:18:03.33Z |
| 2016087 | https://email.nflgamepass.com/t/4DJC-177MF-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 2021-11-24T19:35:31.65Z |
| 2018532 | https://email.nflgamepass.com/t/4DJC-179IC-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 2021-11-25T16:02:48.73Z |
| 2019565 | https://email.nflgamepass.com/t/4DJC-17AB1-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 2021-11-28T17:04:31.97Z |
| 2024567 | https://email.nflgamepass.com/t/4DJC-17E5Z-8204C629A5DC41AC529MKA43FAA20C37479FAB/cr.aspx | 0 | 0 | 0 | 0 2021-12-02T19:34:12.89Z |

| CampaignId | Email | NumOpens | NumPageViews | NumClicks | NumForwards | DateSent | DateFirstOpened | DateLastOpened |
|---|---|---|---|---|---|---|---|---|
| 1024662 | https://service.nflgamepass.com/t/4F17-LYMU-BF6211DDA14371F04ZUABNF275000F1EB811E6/cr.aspx | 2 | 0 | 0 | 0 | 2019-07-16T11:45:51.79 | 2019-07-16T11:46:35.18 | 2019-07-17T00:12:02.03 |
| 1009670 | https://service.nflgamepass.com/t/4F17-LN2E-BF6211DDA14371F04ZUABNF275000F1EB811E6/cr.aspx | 1 | 0 | 0 | 0 | 2019-07-01T12:38:55.61 | 2019-07-01T14:42:23.6 | 2019-07-01T14:42:23.6 |
| 1165111 | https://service.nflgamepass.com/t/4F17-OZ07-BF6211DDA14371F04ZUABNF275000F1EB811E6/cr.aspx | 1 | 0 | 0 | 0 | 2019-10-29T11:06:32.11 | 2019-10-29T11:06:59.83 | 2019-10-29T11:06:59.83 |
| 993113 | https://service.nflgamepass.com/t/4F17-LAAH-BF6211DDA14371F04ZUABNF275000F1EB811E6/cr.aspx | 2 | 0 | 0 | 0 | 2019-06-19T11:44:49.79 | 2019-06-19T11:45:58.79 | 2019-06-19T12:29:13.62 |
| 1084011 | https://service.nflgamepass.com/t/4F17-N8FF-BF6211DDA14371F04ZUABNF275000F1EB811E6/cr.aspx | 1 | 0 | 0 | 0 | 2019-08-28T17:34:09.78 | 2019-08-28T22:54:30.6 | 2019-08-28T22:54:30.6 |
| 1448246 | https://service.nflgamepass.com/t/4F17-V1H2-BF6211DDA14371F04ZUABNF275000F1EB811E6/cr.aspx | 4 | 0 | 0 | 0 | 2020-07-01T11:03:40.75Z | 2020-07-01T11:28:33.63Z | 2020-07-01T13:56:02.77Z |
| 1464125 | https://service.nflgamepass.com/t/4F17-VDQ5-BF6211DDA14371F04ZUABNF275000F1EB811E6/cr.aspx | 329 | 0 | 0 | 0 | 2020-07-09T12:37:34.82Z | 2020-07-09T21:39:29.47Z | 2020-08-05T23:30:46.45Z |
| 1486378 | https://service.nflgamepass.com/t/4F17-VUWA-BF6211DDA14371F04ZUABNF275000F1EB811E6/cr.aspx | 3 | 0 | 0 | 0 | 2020-07-31T12:48:18.11Z | 2020-07-31T15:13:53.93Z | 2020-07-31T15:14:02.54Z |
| 1492269 | https://service.nflgamepass.com/t/4F17-VZFX-BF6211DDA14371F04ZUABNF275000F1EB811E6/cr.aspx | 1 | 0 | 0 | 0 | 2020-08-03T15:54:04.65Z | 2020-08-04T09:30:34.42Z | 2020-08-04T09:30:34.42Z |
| 1491719 | https://service.nflgamepass.com/t/4F17-VZ0N-BF6211DDA14371F04ZUABNF275000F1EB811E6/cr.aspx | 1 | 0 | 0 | 0 | 2020-08-06T14:29:36.78Z | 2020-08-06T19:18:52.66Z | 2020-08-06T19:18:52.66Z |
| 1503389 | https://service.nflgamepass.com/t/4F17-W80T-BF6211DDA14371F04ZUABNF275000F1EB811E6/cr.aspx | 3 | 0 | 0 | 0 | 2020-08-13T14:59:45.18Z | 2020-08-13T15:01:02.86Z | 2020-08-13T21:49:27.75Z |
| 1505363 | https://service.nflgamepass.com/t/4F17-W9JN-BF6211DDA14371F04ZUABNF275000F1EB811E6/cr.aspx | 4 | 0 | 1 | 0 | 2020-08-17T16:04:57.21Z | 2020-08-17T16:05:19.73Z | 2020-08-17T20:59:23.13Z |
| 1843045 | https://service.nflgamepass.com/t/4F17-13I3P-BF6211DDA14371F04ZUABNF275000F1EB811E6/cr.aspx | 1 | 0 | 0 | 0 | 2021-06-24T16:11:48.03Z | 2021-06-24T16:38:01.27Z | 2021-06-24T16:38:01.27Z |
| 1850967 | https://service.nflgamepass.com/t/4F17-13O7R-BF6211DDA14371F04ZUABNF275000F1EB811E6/cr.aspx | 0 | 0 | 0 | 0 | 2021-07-01T14:43:48.02Z | | |