| eps_crtd_by_run_id | eps_lst_upd_dt | eps_lst_upd_by_run_id | email_id | last_nm | language | email_addr | sub_type | order_id | order_dt | order_status | payment_curcy | ip_addr | neulion_cust_id | username | frst_signup_dt | first_mn | order_country | free_trial_days | purch_device_type | due_amt | paid_amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-05-21:ELT_I | 5/23/2014 0:00 | ELT_I | 1E+12 | dc937b59<br>892604f5<br>a86ac969<br>36cd7ff09<br>e25f18ae<br>6b758e80<br>14a24c7fa<br>039e91 | None | 4a6a4308<br>0d182c98<br>1642a862<br>09b74d37<br>7be70313<br>0358668a<br>e34f0c91c<br>6860b80 | SUBSCRIP<br>TION | 1784330 | 9/9/2013 0:00 | None | AUD | 101.174.1<br>73.139 | 861709 | 4bebf8d38c78517632444c<br>f7e686820897f7b42167b4<br>49b672b3ee235fd44d23 | 9/9/2013 0:00 | dc937b59<br>892604f5<br>a86ac969<br>36cd7ff09<br>e25f18ae<br>6b758e80<br>14a24c7fa<br>039e91 | AU | | WEB | 204.99 | 204.99 |
| 2014-08-02:ELT_I | 8/4/2014 0:00 | ELT_I | 1E+12 | dc937b59<br>892604f5<br>a86ac969<br>36cd7ff09<br>e25f18ae<br>6b758e80<br>14a24c7fa<br>039e91 | None | 4a6a4308<br>0d182c98<br>1642a862<br>09b74d37<br>7be70313<br>0358668a<br>e34f0c91c<br>6860b80 | AUTOREN<br>EW | 2294540 | 8/1/2014 0:00 | None | AUD | 101.174.1<br>73.139 | 861709 | 4bebf8d38c78517632444c<br>f7e686820897f7b42167b4<br>49b672b3ee235fd44d23 | 9/9/2013 0:00 | dc937b59<br>892604f5<br>a86ac969<br>36cd7ff09<br>e25f18ae<br>6b758e80<br>14a24c7fa<br>039e91 | AU | | WEB | 214.99 | 214.99 |
| 2015-08-08:ELT_I | 8/8/2015 0:00 | ELT_I | 1E+12 | dc937b59<br>892604f5<br>a86ac969<br>36cd7ff09<br>e25f18ae<br>6b758e80<br>14a24c7fa<br>039e91 | None | 4a6a4308<br>0d182c98<br>1642a862<br>09b74d37<br>7be70313<br>0358668a<br>e34f0c91c<br>6860b80 | AUTOREN<br>EW | 3093191 | 8/7/2015 0:00 | None | AUD | 101.174.1<br>73.139 | 861709 | 4bebf8d38c78517632444c<br>f7e686820897f7b42167b4<br>49b672b3ee235fd44d23 | 9/9/2013 0:00 | dc937b59<br>892604f5<br>a86ac969<br>36cd7ff09<br>e25f18ae<br>6b758e80<br>14a24c7fa<br>039e91 | AU | | WEB | 254.99 | 254.99 |
| 2016-08-06:ELT_I | 8/6/2016 0:00 | ELT_I | 1E+12 | dc937b59<br>892604f5<br>a86ac969<br>36cd7ff09<br>e25f18ae<br>6b758e80<br>14a24c7fa<br>039e91 | None | 4a6a4308<br>0d182c98<br>1642a862<br>09b74d37<br>7be70313<br>0358668a<br>e34f0c91c<br>6860b80 | AUTOREN<br>EW | 3556449 | 8/5/2016 0:00 | None | AUD | 101.174.1<br>73.139 | 861709 | 4bebf8d38c78517632444c<br>f7e686820897f7b42167b4<br>49b672b3ee235fd44d23 | 9/9/2013 0:00 | dc937b59<br>892604f5<br>a86ac969<br>36cd7ff09<br>e25f18ae<br>6b758e80<br>14a24c7fa<br>039e91 | AU | | WEB | 264.99 | 264.99 |
| 2017-09-11:ELT_I | 9/11/2017 0:00 | ELT_I | 1E+12 | dc937b59<br>892604f5<br>a86ac969<br>36cd7ff09<br>e25f18ae<br>6b758e80<br>14a24c7fa<br>039e91 | None | 4a6a4308<br>0d182c98<br>1642a862<br>09b74d37<br>7be70313<br>0358668a<br>e34f0c91c<br>6860b80 | SUBSCRIP<br>TION | 4784602 | 9/10/2017 14:47 | ORDER_C<br>OMPLETE<br>D | AUD | 144.139.4<br>3.240 | 861709 | dc937b59892604f5a86ac9<br>6936cd7ff09e25f18ae6b75<br>8e8014a24c7fa039e91 | 9/9/2013 22:04 | dc937b59<br>892604f5<br>a86ac969<br>36cd7ff09<br>e25f18ae<br>6b758e80<br>14a24c7fa<br>039e91 | AU | 7 | WEB | 0 | 0 |
| 2018-08-02:ELT_I | 8/2/2018 0:00 | ELT_I | 1E+12 | dc937b59<br>892604f5<br>a86ac969<br>36cd7ff09<br>e25f18ae<br>6b758e80<br>14a24c7fa<br>039e91 | None | 4a6a4308<br>0d182c98<br>1642a862<br>09b74d37<br>7be70313<br>0358668a<br>e34f0c91c<br>6860b80 | SUBSCRIP<br>TION | 5283382 | 8/1/2018 12:48 | ORDER_C<br>OMPLETE<br>D | AUD | 144.139.4<br>3.240 | 861709 | 4bebf8d38c78517632444c<br>f7e686820897f7b42167b4<br>49b672b3ee235fd44d23 | 9/9/2013 22:04 | dc937b59<br>892604f5<br>a86ac969<br>36cd7ff09<br>e25f18ae<br>6b758e80<br>14a24c7fa<br>039e91 | AU | | WEB | 274.99 | 274.99 |

| eps_crtd_by_run_id | payment_method_id | card_holder_nm | payment_type | referral_nm | referral_dt | order_ref | exchange_rate | ext_payment_type | ext_payment_txnid | deployment_id | deployment_item_id | sub_valid_start_dt | sub_valid_end_dt | began_charging_from_dt | auto_renew | price_contract_id | content_id | content_type | prod_nm | prod_type | sku | bundle_sku | region |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-05-21:ELT_I | 1451166 | be4b6077<br>04ba0fa4<br>2a758f9f7<br>bb1a0e4a<br>e8ddd667<br>0077e77a<br>9ec978b7<br>26f3295 | AMEX | dc937b59<br>892604f5<br>a86ac969<br>36cd7ff09<br>e25f18ae<br>6b758e80<br>14a24c7fa<br>039e91 | | None | None | None | None | 1783463 | 1931890 | 9/9/2013 0:00 | 8/1/2014 0:00 | 9/9/2013 0:00 | YES | 1926 | | None | GAME<br>PASS<br>SEASON<br>PLUS<br>SUBSCRIP<br>TION | GAME_PA<br>SS | SEASON_<br>PLUS | None | ROW |
| 2014-08-02:ELT_I | 1451166 | be4b6077<br>04ba0fa4<br>2a758f9f7<br>bb1a0e4a<br>e8ddd667<br>0077e77a<br>9ec978b7<br>26f3295 | AMEX | dc937b59<br>892604f5<br>a86ac969<br>36cd7ff09<br>e25f18ae<br>6b758e80<br>14a24c7fa<br>039e91 | | None | None | None | None | 2252644 | 2447493 | 8/1/2014 0:00 | 8/1/2015 0:00 | 8/1/2014 0:00 | YES | 2559 | | None | GAME<br>PASS<br>SEASON<br>PLUS<br>SUBSCRIP<br>TION | GAME_PA<br>SS | SEASON_<br>PLUS | None | ROW |
| 2015-08-08:ELT_I | 1451166 | be4b6077<br>04ba0fa4<br>2a758f9f7<br>bb1a0e4a<br>e8ddd667<br>0077e77a<br>9ec978b7<br>26f3295 | AMEX | dc937b59<br>892604f5<br>a86ac969<br>36cd7ff09<br>e25f18ae<br>6b758e80<br>14a24c7fa<br>039e91 | | None | None | None | None | 3086941 | 3463171 | 8/7/2015 0:00 | 8/1/2016 0:00 | 8/7/2015 0:00 | YES | 3188 | | None | GAME<br>PASS<br>SEASON<br>PLUS<br>SUBSCRIP<br>TION | GAME_PA<br>SS | SEASON_<br>PLUS | None | ROW |
| 2016-08-06:ELT_I | 1451166 | be4b6077<br>04ba0fa4<br>2a758f9f7<br>bb1a0e4a<br>e8ddd667<br>0077e77a<br>9ec978b7<br>26f3295 | AMEX | dc937b59<br>892604f5<br>a86ac969<br>36cd7ff09<br>e25f18ae<br>6b758e80<br>14a24c7fa<br>039e91 | | None | None | None | None | 3498632 | 3950659 | 8/5/2016 0:00 | 8/1/2017 0:00 | 8/5/2016 0:00 | YES | 3317 | | None | GAME<br>PASS<br>SEASON<br>PLUS<br>SUBSCRIP<br>TION | GAME_PA<br>SS | SEASON_<br>PLUS | None | ROW |
| 2017-09-11:ELT_I | | dc937b59<br>892604f5<br>a86ac969<br>36cd7ff09<br>e25f18ae<br>6b758e80<br>14a24c7fa<br>039e91 | None | dc937b59<br>892604f5<br>a86ac969<br>36cd7ff09<br>e25f18ae<br>6b758e80<br>14a24c7fa<br>039e91 | | EGAE3JEB | 1.39391 | None | None | 4599029 | 5050023 | 9/10/2017 14:47 | 8/1/2018 0:00 | 9/17/2017 0:00 | NOT_SPE<br>CIFIED | 1 | 1 | BUNDLE_<br>PURCHAS<br>E | SEASON<br>PLUS PASS | None | ISEASON | ISEASON | MID |
| 2018-08-02:ELT_I | 3923880 | 4609fd6cc<br>821cbe53<br>aec6431b<br>67e463d0<br>398c5579<br>417c9628<br>2b799fd1<br>9691ff1 | VISA | dc937b59<br>892604f5<br>a86ac969<br>36cd7ff09<br>e25f18ae<br>6b758e80<br>14a24c7fa<br>039e91 | | G2P8INB6 | 1.360897 | None | None | 4925752 | 5395612 | 8/1/2018 12:48 | 8/1/2019 0:00 | 8/1/2018 0:00 | NOT_SPE<br>CIFIED | 1 | 1 | BUNDLE_<br>PURCHAS<br>E | SEASON<br>PLUS | None | ISEASON | ISEASON | MID |

| eps_crtd_by_run_id | promo_id | promo_nm | promo_plan | remaining_inst_num | remaining_ppv_num | bill_price_amt | tax_amt | tax_rate | tax_type | state_tax_rate | county_tax_rate | city_tax_rate | discount_amt | tax_jur_postal_cd | tax_jur_state | tax_jur_country | tax_jur_city | ip_state | ip_city | ip_postal_cd | alternate_key_original | alternate_key_current | eps_crtd_dt | year | month |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-05-21:ELT_I | | None | None | 0 | 0 | 204.99 | None | None | None | None | None | None | 0 | None | None | None | None | None | None | None | 20140521<br>:00087:00<br>0404898 | 20140521<br>:00087:00<br>0404898 | 5/23/2014 0:00 | 2014 | 5 |
| 2014-08-02:ELT_I | | None | None | 0 | 0 | 214.99 | None | None | None | None | None | None | 0 | None | None | None | None | None | None | None | 20140802<br>:00087:00<br>0090453 | 20140802<br>:00087:00<br>0090453 | 8/4/2014 0:00 | 2014 | 8 |
| 2015-08-08:ELT_I | | None | None | 0 | 0 | 254.99 | None | None | None | None | None | None | 0 | None | None | None | None | None | None | None | 20150808<br>:00087:00<br>0030318 | 20150808<br>:00087:00<br>0030318 | 8/8/2015 0:00 | 2015 | 8 |
| 2016-08-06:ELT_I | | None | None | 0 | 0 | 264.99 | None | None | None | None | None | None | 0 | None | None | None | None | None | None | None | 20160806<br>:00087:00<br>0034809 | 20160806<br>:00087:00<br>0034809 | 8/6/2016 0:00 | 2016 | 8 |
| 2017-09-11:ELT_I | | None | None | 0 | 0 | 279.99 | 0 | 0 | None | None | None | None | 0 | None | None | None | None | 2 | SYDNEY | 1001 | 20170911<br>:00087:00<br>0005573 | 20170911<br>:00087:00<br>0005573 | 9/11/2017 0:00 | 2017 | 9 |
| 2018-08-02:ELT_I | | None | None | 0 | 0 | 274.99 | 0 | 0 | None | None | None | None | 0 | None | None | None | None | None | None | None | 20180802<br>:00087:00<br>0000926 | 20180802<br>:00087:00<br>0000926 | 8/2/2018 0:00 | 2018 | 8 |

| neulion_cust_id | username | frst_signup_dt | first_mn | last_nm | language | email_addr | charge_dt | paid_dt | charge_id | sub_type | order_id | order_dt | payment_curcy | ip_addr | order_country | free_trial_days | purch_device_type | deployment_id | deployment_item_id | sub_valid_start_dt | sub_valid_end_dt | began_charging_from_dt | auto_renew |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 861709 | dc937b59892604f5a86ac96936cd7ff09e25f18ae6b758e8014a24c7fa039e91 | 9/9/2013 22:04 | dc937b59892604f5a86ac96936cd7ff09e25f18ae6b758e8014a24c7fa039e91 | dc937b59892604f5a86ac96936cd7ff09e25f18ae6b758e8014a24c7fa039e91 | | 4a6a43080d182c981642a86209b74d377be703130358668ae34f0c91c6860b80 | 9/17/2017 0:00 | 9/17/2017 0:00 | 48448835-1223-48B1-9C7D-16B991691355 | SUBSCRIPTION | 4784602 | 9/10/2017 14:47 | AUD | 144.139.43.240 | AU | 7 | WEB | 4599029 | 5050023 | 9/10/2017 14:47 | 8/1/2018 0:00 | 9/17/2017 0:00 | NOT_SPECIFIED |

| neulion_cust_id | price_contract_id | content_id | content_type | prod_nm | prod_type | sku | bundle_sku | region | promo_id | promo_nm | promo_plan | remaining_inst_num | remaining_ppv_num | bill_price_amt | tax_amt | tax_rate | tax_type | state_tax_rate | county_tax_rate | city_tax_rate | discout | due_amt | paid_amt | payment_id |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 861709 | 1 | 1 | BUNDLE_PURCHASE | SEASON PLUS PASS | | ISEASON | ISEASON | MID | | | | 0 | 0 | 279.99 | 0 | 0 | | | | | 0 | 279.99 | 279.99 | 2761BA76-75D9-4F97-BF95-00A0147B17DB |

| neulion_cust_id | payment_method_id | card_holder_nm | payment_type | referral_nm | referral_click_dt | order_ref | exchange_rate | external_payment_type | external_payment_txnid | tax_jurisdiction_postal_cd | tax_jurisdiction_state | tax_jurisdiction_county | tax_jurisdiction_city | ip_state | ip_city | ip_postal_code | alternate_key_original | alternate_key_current | eps_crtd_dt | eps_crtd_by_run_id | eps_lst_upd_dt | eps_lst_upd_by_run_id | email_id | year | month |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 861709 | 3923880 | 4609fd6cc821cbe53aec6431b67e463d0398c5579417c96282b799fd19691ff1 | VISA | dc937b59892604f5a86ac96936cd7ff09e25f18ae6b758e8014a24c7fa039e91 | | EGAE3JEB | 1.39391 | | | | | | | 2 | SYDNEY | 1001 | 20170918:00090:000004136 | 20170918:00090:000004136 | 9/18/2017 0:00 | 2017-09-18:ELT_I | 9/18/2017 0:00 | ELT_I | 1E+12 | 2017 | 9 |

| neulion_cust_id | username | frst_signup_dt | first_mn | last_nm | language | email_addr | sub_type | order_id | order_dt | payment_curcy | ip_addr | order_country | free_trial_days | purch_device_type | deployment_id | deployment_item_id | sub_valid_start_dt | sub_valid_end_dt | began_charging_from_dt | auto_renew | price_contract_id | content_id | content_type | prod_nm | prod_type | sku | bundle_sku | region | remaining_inst_num | remaining_ppv_num | termination_cds | temination_comment | termination_dt | failed_payment_cd | failed_payment_desc | referral_nm | referral_click_dt | order_ref | ip_state | ip_city | ip_postal_cd | alternate_key_original | alternate_key_current | eps_crtd_dt | eps_crtd_by_run_id | eps_lst_upd_dt | eps_lst_upd_by_run_id | email_id | year | month |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 861709 | 4bebf8d3<br>8c785176<br>32444cf7e<br>68682089<br>7f7b4216<br>7b449b67<br>2b3ee235<br>fd44d23 | 9/9/2013 0:00 | dc937b59<br>892604f5<br>a86ac969<br>36cd7ff09<br>e25f18ae<br>6b758e80<br>14a24c7fa<br>039e91 | dc937b59<br>892604f5<br>a86ac969<br>36cd7ff09<br>e25f18ae<br>6b758e80<br>14a24c7fa<br>039e91 | | 4a6a4308<br>0d182c98<br>1642a862<br>09b74d37<br>7be70313<br>0358668a<br>e34f0c91c<br>6860b80 | SUBSCRIPTION | 1784330 | 9/9/2013 0:00 | AUD | 101.174.173.139 | AU | | WEB | 1783463 | 1931890 | 9/9/2013 0:00 | 8/1/2014 0:00 | 9/9/2013 0:00 | YES | 1926 | | | GAME PASS SEASON PLUS SUBSCRIPTION | GAME_PASS | SEASON_PLUS | | ROW | 0 | 0 | | | | | | dc937b59<br>892604f5<br>a86ac969<br>36cd7ff09<br>e25f18ae<br>6b758e80<br>14a24c7fa<br>039e91 | | | | | | 20140802:00089:000107369 | 20140802:00089:000107369 | 8/4/2014 0:00 | 2014-08-02:ELT_I | 8/4/2014 0:00 | ELT_I | 1.00006E+12 | 2014 | 8 |
| 861709 | 4bebf8d3<br>8c785176<br>32444cf7e<br>68682089<br>7f7b4216<br>7b449b67<br>2b3ee235<br>fd44d23 | 9/9/2013 0:00 | dc937b59<br>892604f5<br>a86ac969<br>36cd7ff09<br>e25f18ae<br>6b758e80<br>14a24c7fa<br>039e91 | dc937b59<br>892604f5<br>a86ac969<br>36cd7ff09<br>e25f18ae<br>6b758e80<br>14a24c7fa<br>039e91 | | 4a6a4308<br>0d182c98<br>1642a862<br>09b74d37<br>7be70313<br>0358668a<br>e34f0c91c<br>6860b80 | AUTORENEW | 2294540 | 8/1/2014 0:00 | AUD | 101.174.173.139 | AU | | WEB | 2252644 | 2447493 | 8/1/2014 0:00 | 8/8/2015 0:00 | 8/1/2014 0:00 | YES | 2559 | | | GAME PASS SEASON PLUS SUBSCRIPTION | GAME_PASS | SEASON_PLUS | | ROW | 0 | 0 | | | | | | dc937b59<br>892604f5<br>a86ac969<br>36cd7ff09<br>e25f18ae<br>6b758e80<br>14a24c7fa<br>039e91 | | | | | | 20150809:00089:000120885 | 20150809:00089:000120885 | 8/9/2015 0:00 | 2015-08-09:ELT_I | 8/9/2015 0:00 | ELT_I | 1.00006E+12 | 2015 | 8 |
| 861709 | 4bebf8d3<br>8c785176<br>32444cf7e<br>68682089<br>7f7b4216<br>7b449b67<br>2b3ee235<br>fd44d23 | 9/9/2013 0:00 | dc937b59<br>892604f5<br>a86ac969<br>36cd7ff09<br>e25f18ae<br>6b758e80<br>14a24c7fa<br>039e91 | dc937b59<br>892604f5<br>a86ac969<br>36cd7ff09<br>e25f18ae<br>6b758e80<br>14a24c7fa<br>039e91 | | 4a6a4308<br>0d182c98<br>1642a862<br>09b74d37<br>7be70313<br>0358668a<br>e34f0c91c<br>6860b80 | AUTORENEW | 3093191 | 8/7/2015 0:00 | AUD | 101.174.173.139 | AU | | WEB | 3086941 | 3463171 | 8/7/2015 0:00 | 8/6/2016 0:00 | 8/7/2015 0:00 | YES | 3188 | | | GAME PASS SEASON PLUS SUBSCRIPTION | GAME_PASS | SEASON_PLUS | | ROW | 0 | 0 | | | | | | dc937b59<br>892604f5<br>a86ac969<br>36cd7ff09<br>e25f18ae<br>6b758e80<br>14a24c7fa<br>039e91 | | | | | | 20160807:00089:000005168 | 20160807:00089:000005168 | 8/7/2016 0:00 | 2016-08-07:ELT_I | 8/7/2016 0:00 | ELT_I | 1.00006E+12 | 2016 | 8 |
| 861709 | dc937b59<br>892604f5<br>a86ac969<br>36cd7ff09<br>e25f18ae<br>6b758e80<br>14a24c7fa<br>039e91 | 9/9/2013 22:04 | dc937b59<br>892604f5<br>a86ac969<br>36cd7ff09<br>e25f18ae<br>6b758e80<br>14a24c7fa<br>039e91 | dc937b59<br>892604f5<br>a86ac969<br>36cd7ff09<br>e25f18ae<br>6b758e80<br>14a24c7fa<br>039e91 | | 4a6a4308<br>0d182c98<br>1642a862<br>09b74d37<br>7be70313<br>0358668a<br>e34f0c91c<br>6860b80 | SUBSCRIPTION | 3556449 | 8/5/2016 7:13 | AUD | 101.174.173.139 | AU | | WEB | 3498632 | 3950659 | 8/5/2016 0:00 | 8/1/2017 0:00 | 8/5/2016 0:00 | YES | 1 | 1 | BUNDLE_PURCHASE | SEASON PLUS PASS | | ISEASON | ISEASON | | 0 | 0 | | | | | | dc937b59<br>892604f5<br>a86ac969<br>36cd7ff09<br>e25f18ae<br>6b758e80<br>14a24c7fa<br>039e91 | | 35564493 | | | | 20170802:00089:000245500 | 20170802:00089:000245500 | 8/3/2017 0:00 | 2017-08-02:ELT_I | 8/3/2017 0:00 | ELT_I | 1.00006E+12 | 2017 | 8 |
| 861709 | 4bebf8d3<br>8c785176<br>32444cf7e<br>68682089<br>7f7b4216<br>7b449b67<br>2b3ee235<br>fd44d23 | 9/9/2013 22:04 | dc937b59<br>892604f5<br>a86ac969<br>36cd7ff09<br>e25f18ae<br>6b758e80<br>14a24c7fa<br>039e91 | dc937b59<br>892604f5<br>a86ac969<br>36cd7ff09<br>e25f18ae<br>6b758e80<br>14a24c7fa<br>039e91 | | 4a6a4308<br>0d182c98<br>1642a862<br>09b74d37<br>7be70313<br>0358668a<br>e34f0c91c<br>6860b80 | SUBSCRIPTION | 4784602 | 9/10/2017 14:47 | AUD | 144.139.43.240 | AU | 7 | WEB | 4599029 | 5050023 | 9/10/2017 14:47 | 8/1/2018 12:54 | 9/17/2017 0:00 | NO | 1 | 1 | BUNDLE_PURCHASE | SEASON PLUS | | ISEASON | ISEASON | MID | 0 | 0 | SCR_OTHER | CANCELLED SERVICE:SUCCESSFUL AUTO RENEWAL 2018 | 8/1/2018 12:54 | | | dc937b59<br>892604f5<br>a86ac969<br>36cd7ff09<br>e25f18ae<br>6b758e80<br>14a24c7fa<br>039e91 | | EGAE3JEB | 2 | SYDNEY | 1001 | 20180802:00089:000008111 | 20180802:00089:000008111 | 8/2/2018 0:00 | 2018-08-02:ELT_I | 8/2/2018 0:00 | ELT_I | 1.00006E+12 | 2018 | 8 |
| 861709 | 4bebf8d3<br>8c785176<br>32444cf7e<br>68682089<br>7f7b4216<br>7b449b67<br>2b3ee235<br>fd44d23 | 9/9/2013 22:04 | dc937b59<br>892604f5<br>a86ac969<br>36cd7ff09<br>e25f18ae<br>6b758e80<br>14a24c7fa<br>039e91 | dc937b59<br>892604f5<br>a86ac969<br>36cd7ff09<br>e25f18ae<br>6b758e80<br>14a24c7fa<br>039e91 | | 4a6a4308<br>0d182c98<br>1642a862<br>09b74d37<br>7be70313<br>0358668a<br>e34f0c91c<br>6860b80 | SUBSCRIPTION | 5283382 | 8/1/2018 12:48 | AUD | 144.139.43.240 | AU | | WEB | 4925752 | 5395612 | 8/1/2018 12:48 | 8/1/2019 0:00 | 8/1/2018 0:00 | NOT_SPECIFIED | 1 | 1 | BUNDLE_PURCHASE | SEASON PLUS | | ISEASON | ISEASON | MID | 0 | 0 | SCR_EXPIRED | CANCELLED SERVICE: TERMINATED FOR EXPIRATION ON 08/01/2019 | 8/1/2019 4:30 | | | dc937b59<br>892604f5<br>a86ac969<br>36cd7ff09<br>e25f18ae<br>6b758e80<br>14a24c7fa<br>039e91 | | G2P8INB6 | | | | 20190802:00089:000125592 | 20190802:00089:000125592 | 8/2/2019 0:00 | 2019-08-02:ELT_I | 8/2/2019 0:00 | ELT_I | 1.00006E+12 | 2019 | 8 |