UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIETEL SINGH GILL, individually and on behalf of other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE, a New York unincorporated association, and NFL ENTERPRISES, LLC, a Delaware limited liability company,<br><br>Defendants. | Civil Action No. 1:21-cv-1032<br><br>**DECLARATION OF KARL KRONENBERGER IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

**DECLARATION OF KARL KRONENBERGER**

Karl Kronenberger declares, pursuant to the provisions of 28 U.S.C. § 1746:

1.   I am a member of Kronenberger Rosenfeld LLP, attorneys for Plaintiff Sietel Singh Gill. I am fully familiar with the facts and circumstances of this case from my personal knowledge and my review of the file for this matter maintained in my office.

2.   This Declaration and the attached exhibit are submitted in support of Plaintiff's Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment [ECF No. 71] pursuant to Fed. R. Civ. P. 56.

3.   Attached hereto as "Exhibit A" is the NeuLion Service Order Form and Terms of Service effective April 1, 2018.

WHEREFORE, it is respectfully requested that this Court deny Defendants' Motion for Summary Judgment in its entirety pursuant to Fed. R. Civ. P. 56.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 30, 2022                              By:  */s/ Karl Kronenberger*
                                                                    Karl Kronenberger