**POLLOCK | COHEN LLP**
60 BROAD STREET, 24TH FLOOR
NEW YORK, NEW YORK 10004
(212) 337-5361

Raphael Janove
Rafi@PollockCohen.com
(215) 667-8607

---

June 30, 2022

<u>**VIA ECF**</u>

Judge Paul A. Engelmayer
United States District Court
40 Foley Square, Room 2201
New York, NY 10007

    Re: *Gill v. National Football League, et al.*, No. 21 Civ. 1032
      <u>Request for Sealing</u>

Dear Judge Engelmayer:

  The Parties respectfully request that the unredacted version of Exhibit A to the Declaration of Karl Kronenberger, be sealed, as the document contains proprietary and trade information of the National Football League, its affiliates and licensees. Plaintiff has filed a redacted version of Exhibit A as ECF No. 89-1.

  Rule 4(B)(1) of Your Honor's Individual Rules and Practices permits a party to redact financial information, proprietary or trade secret information. The contract, with redactions, has been publicly filed at ECF No. 89-1. Plaintiff is filing the unredacted version under seal, concurrently with this letter.

  The document to be sealed has been designated "Highly Confidential." And this Court has already ordered that similar contracts between the NFL and third-parties can be filed with redactions. *See* ECF No. 80. Moreover, this Court has permitted narrowly tailored redactions of filings in order to prevent the disclosure of confidential proprietary information damaging to competitive interests. *See Leonard v John Hancock Life Ins. Co.*, No. 18-cv-4994-AKH, 2021 U.S. Dist. LEXIS 102680, at **12-13 (S.D.N.Y. May 26, 2021); *Sellick v. Consol. Edison Co. of NY, Inc.*, No. 15-cv-9082 (RJS), 2017 U.S. Dist. LEXIS 43554, at *24-25 (S.D.N.Y. Mar. 23, 2017).

  Disclosure of this information could be detrimental to the National Football League and provide competitors proprietary information. Accordingly, the Parties request that the Court seal the unredacted version of ECF No. 89-1.

Hon. Judge Paul A. Engelmayer
June 30, 2022
Page 2 of 2

Respectfully submitted,

/s/ *Raphael Janove*

Raphael Janove
**Pollock Cohen LLP**
111 Broadway, Ste. 1804
New York, NY 10006
Telephone: (212) 337-5361
Rafi@PollockCohen.com

*Counsel for Plaintiff Sietel Singh Gill and the Proposed Class*

/s/ *Jason M. Myers*

Jason M. Myers
**London Fischer LLP**
59 Maiden Ln, FL 41
New York, NY 10038
Telephone: (212) 331-9555
tleghorn@londonfischer.com

*Attorneys for Defendants National Football League and NFL Enterprises LLC*

cc: All counsel of record (via ECF)

Enclosures

Granted. SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge
7/1/22