The Wayback Machine - https://web.archive.org/web/20170919191921/http://www.nfl.com:80/help/terms?template=mobil…

# NFL.com Terms and Conditions

Effective Date: December 6, 2001
Updated June 20, 2017

This Terms and Conditions Agreement (the "Agreement") governs your use of the websites, mobile applications, and other online and mobile services that link to or post this Agreement (collectively, the "Services") that are operated by NFL Enterprises, LLC (collectively, "NFL," "we," "our," "us"). In addition to the terms set forth in this Agreement, certain Services have additional terms and conditions, which, depending on your location, can be located here:

- United States, Bermuda, Antigua, the Bahamas, and any U.S. territories, possessions and commonwealths (including American Samoa, Guam, Puerto Rico and the US Virgin Islands): www.NFL.com/help/subscriptions_terms

- European countries: https://www.nflgamepass.com/en/terms-of-service

- All other countries (non US, Canada and Europe): www.NFL.com/help/subscriptions_terms-row

THIS AGREEMENT CONTAINS DISCLAIMERS OF WARRANTIES (SECTION 16), DISCLAIMERS OF LIABILITY (SECTION 17), AND A BINDING ARBITRATION CLAUSE AND CLASS ACTION WAIVER (SECTION 19). PLEASE READ IT CAREFULLY.

Your use of the Services constitutes your acceptance of the Agreement. You must be 13 years or older to use the Services. Your acceptance of the Agreement provides you with a limited and temporary license and permission to use the software and other resources of the Services, which license and permission we may revoke at any time, as described below.

1. Copyright Rights

We own or license all copyright rights in the text, images, photographs, video, audio, graphics, user interface, and other content provided on the Services, and the selection, coordination, and arrangement of such content (whether by us or by you), to the full extent provided under the copyright laws of the United States and other countries. Except as expressly provided in this Agreement, you are prohibited from copying, reproducing, modifying, distributing, displaying, performing or transmitting any of the contents of the Services for any purposes, and nothing otherwise stated or implied in the Services confers on you any license or right to do so.

You may use the Services and the contents contained in the Services solely for your own individual non-commercial and informational purposes only. Any other use, including for any commercial purposes, is strictly prohibited without our express prior written consent. Systematic retrieval of data or other content from the Services, whether to create or compile, directly or indirectly, a collection, compilation, database or directory, is prohibited absent our express prior written consent.

2. Trade and Service Mark Rights

We (or our affiliates) and our member professional football clubs own all rights in the product names, company names, trade names, logos, product packaging and designs ("Trademarks") of the National Football League and such member clubs, and third parties own all Trademarks in their respective products or services, whether or not appearing in large print or with the trademark symbol. Unauthorized use of any such Trademarks, including reproduction, imitation, dilution or confusing or misleading uses, is prohibited under the trademark laws of the United States and other countries. You are expressly prohibited from using or misusing any Trademarks, except as expressly provided in this Agreement, and nothing otherwise stated or implied in the Services confers on you any license or right to do so.

3. Modification of This Agreement

We reserve the right to amend this Agreement at any time by posting an updated version. You should therefore periodically visit this page to review the then-current Agreement. Your use of the Services after our posting of amendments to this Agreement will constitute your acceptance of this Agreement, as modified. If, at any time, you do not wish to accept this Agreement, you may not use the Services.

4. Access to the Services

DEF0000087

In order to access the Services, you must have access to the World Wide Web, either directly or through devices that access Web-based content, and must pay any service fees associated with such access. Not all of the features available through the Services, including certain live streaming audio, video or access to high-quality video, will be available to you unless your computer or mobile device satisfies the minimum technical requirements that are presented when you first register for the Services. As we make changes to the Services, the minimum technical requirements for access to the Services may change. You are responsible for determining whether your computer or device satisfies the minimum technical requirements before you register to access the Services. Moreover, if we change the minimum technical requirements after you initially register to access the Services such that your computer or device no longer satisfies the requirements, your exclusive remedy will be to request termination of your access to the Services under the provisions of Section 25 of this Agreement.

5. Registration, Username, Password, Security

(a) Registration. Registration may be required for certain portions of the Services. We will not grant any user access to any registration-required portions of the Services unless he or she has completed the necessary registration and paid the fees, if any, associated with access to such portion of the Services.

(b) Your User Identity. Your username and password will be your identity for purposes of interacting with the Services and other users through the Services.

(c) Username, Passwords, and Password Access. You shall keep confidential, shall not disseminate, and shall use solely in accordance with this Agreement, your username, and password for the Services. You shall immediately notify us if you learn of or suspect: (i) any loss or theft of your username or password, or (ii) any unauthorized use of your username or password or of the Services. In the event of such loss, theft, or unauthorized use, we may impose on you, at our sole discretion, additional security obligations.

(d) Security Breaches and Revision. If any unauthorized person obtains access to the Services as a result of any act or omission by you, you shall use your best efforts to ascertain the source and manner of acquisition and shall fully and promptly notify us by e-mail at notices@nfl.com. You shall otherwise cooperate and assist in any investigation relating to any such unauthorized access.

6. Special Terms and Conditions Applicable to Services/Products Offered for Purchase Through the Site

The terms and conditions applicable to products and services available for sale are available at NFL.com/help/subscriptions_terms. We reserve the right to modify the price of any services/products offered for purchase through the Services. We are not responsible for any error in copy or images relating to any services/products offered for purchase through the Services. In order to purchase services/products offered for purchase through the Servcices, you may be required to provide complete and accurate personal information, including, without limitation, your name, address, telephone number, e-mail address, credit card information and billing address. Our Privacy Policy explains how such information collected via the Services may be used by us. Your ability to purchase services/products offered for purchase through the Services is subject to limits established by your credit card issuer. You must notify us immediately of any change in your credit card information, including any change to your home address. By utilizing a credit or debit card for purchase of any of the services/products offered for purchase through the Services, you authorize us to charge such card on a periodic basis as specified in the amount described on the services/products purchase path(s).

You may be able to buy certain products (including, without limitation, wireless content applications) and services from third-party operated store-fronts available within the Services ("Third Party Sales Locations"). Even though the Third Party Sales Locations may have the look and feel of the Services, please be aware that such Third Party Sales Locations may be governed by additional terms of use agreements. You should read the Terms of Use agreements applicable to such Third Party Sales Locations. We expressly disclaim any responsibility or liability for any damage, loss or injury arising out of the activities of any Third Party Sales Locations or any product or service provided therein.

Mobile Alerts. If you play fantasy football on the NFL Fantasy platform you will be able to sign-up for our Mobile Alert Service, to receive mobile alerts specific to your fantasy teams and players. Additionally, if you are an NFL.com registered user, you will be able to sign up for mobile game alerts specific to your personal settings. The types and frequency of mobile alerts that you will receive will depend on your selections at registration. Examples of alerts include team-specific game day scoring updates, breaking news, player news, reminders to set your lineup and game day scoring updates. To sign up to receive mobile alerts, you must be a registered user of the Services and you must be 18 years of age or older. Mobile alerts are only available for consumers of select mobile carriers. Message and data rates may apply. Your consent to receive mobile alerts is not necessary to playing NFL.com Fantasy Football. Messages will be delivered to the phone the user provides at opt-in. To cancel mobile alerts, send a text message with "STOP" to 55171, or visit your alerts settings on your My Team page on www.NFL.com/Fantasy. When you cancel mobile alerts, we will send a confirmatory text message to your mobile device. For

DEF0000088

NFL.com Terms and Conditions

help with Mobile Alert Services, send a text message with "HELP" to 55171 or email help@vibes.com. The NFL Privacy Policy governs any data collected from you in connection with the Mobile Alert Service. For more information regarding the Mobile Alert Service please visit www.nfl.com/help/55171.

7. Modular Content

We may provide certain content, which includes graphics, text, audio, video, photographs, news, scores, or other material that is capable of being incorporated, including as a module or via an RSS feed or similar technology, into a website or other online, cable, wireless, or other service other than the Services ("Modular Content"). To the extent that we make Modular Content available, you agree to use it responsibly and consistent with this Agreement and any other rules or restrictions provided to you in connection with the Modular Content.

By using Modular Content or incorporating it within or associating it with a website or other online, cable, wireless, or other service other than the Services, you agree not to: (1) obscure our branding of the Modular Content, assert or imply ownership or authorship of the Modular Content, or facilitate another party's assertion or implication of ownership or authorship of the Modular Content; (2) excerpt or edit the Modular Content, except as specifically permitted by us; or (3) publish, place, or utilize the Modular Content in a setting or manner in which it may be associated with content or other material that (i) is or may be considered unlawful, threatening, abusive, bigoted, hateful, libelous, defamatory, obscene, vulgar, offensive, pornographic, profane, sexually explicit or indecent, (ii) may constitute, advocate or encourage conduct that would constitute or give rise to a criminal offense, civil liability or other violation of any local, state, national or international law; (iii) violates, plagiarizes or infringes the rights of third parties including, without limitation, copyright, trademark, patent, rights of privacy or publicity, or any other proprietary right; (iv) contains or may be associated with a computer virus or other harmful component; (v) constitutes or contains false or misleading indications of origin or statements of fact; (vi) contains any information, software or other material of a commercial nature; or (vii) contains advertising, promotions or commercial solicitations of any kind.

Although we are under no obligation to do so and assume no responsibility or liability arising from any use of Modular Content, we may monitor the web sites or other online, cable, wireless, or other services with which Modular Content is used. You agree that you will promptly, and in any event within 24 hours, remove the Modular Content from any website or other online, cable, wireless, or other service if we or our agent request that you do so, and that you will maintain the ability to remove Modular Content from any web site or online, cable, wireless, or other service on which you cause it to be placed or with which you cause it to be affiliated. You agree that we have exclusive discretion to direct that the Modular Content be removed from websites or other online, cable, wireless, or other services at any time and for any reason, including, but not limited to, the prohibited uses of Modular Content described above; that we may implement and use protections to limit the web sites or other online, cable, wireless, or other services in conjunction with which Modular Content may be used or the manner in which Modular Content may be used; and that we may not specifically advise you of the existence or nature of these protections.

We provide Modular Content, if at all, on a voluntary basis. We expressly disclaim any obligation to provide or update Modular Content, to maintain its availability, or to ensure its accuracy.

Notwithstanding any statement to the contrary by us or by you or any third party, your use of Modular Content creates no fiduciary or contractual relationship between us and you, or between us and any third party, other than pursuant to this Agreement.

8. NFLShop.com

NFLShop.com (the "Store") allows you to order products (the "Merchandise") supplied and managed by an independent merchandise vendor ("Store Vendor"). By placing an order in the Store, you acknowledge that the Store Vendor is exclusively responsible for the fulfillment and shipment of all Merchandise ordered. The Store Vendor can be reached by e-mail at customerservice@nflshop.com or by phone at 1-877-NFL-SHOP. The terms of use applicable to the Store can be found at www.nflshop.com/pages/TermsAndConditions.

9. Links and Third-Party Content

The Services may contain links to other services ("Linked Services"). The Linked Services are not under our control and we are not responsible for the contents of the Linked Services, including, without limitation, links contained on Linked Services, or any changes or updates to Linked Services. The Services provide links only as a convenience, and the inclusion of any links to a Linked Service is not an endorsement by us of any company offering Internet services, products or services on the Linked Services.

DEF0000089

We may incorporate third-party services, software, technology, data, and/or other content, either independently or in connection with various programs, features, or functions available through the Services. Your use of third-party materials may be subject to terms of use other than this Agreement and as may be set forth by third-party providers, as applicable. You agree that the NFL assumes no liability with respect to your use of such third-party materials, whether you are aware of their use or not and whether or not the use of such materials is recommended by the NFL.

You may link to the home page of the Services without obtaining our permission. For any other type of link to the Services, you must obtain our express written permission. To seek our permission, you may write to Legal Department, Attn: NFL.com, National Football League, 345 Park Avenue, 7th Floor, New York, NY 10154. If you provide a third-party Web site that links to the Services, you: (a) shall not create a frame, browser or border environment around any of the content of the Services; (b) shall not imply that we endorse or sponsor your Web site or any of its products or services; (c) shall not present false information about us, the Services or any of our products or services; (d) shall not use any of our trademarks without our express prior written permission; and (e) shall not include any content that could be construed by us as distasteful, offensive or controversial. Notwithstanding anything to the contrary contained in this Agreement, we reserve the right to deny or rescind permission to link to the Services from any Web site, and to require termination of any link to the Services, for any reason in our sole and absolute discretion.

## 10. Availability of Services

The availability of the content on the Services may be affected by a variety of factors, including game delays or cancellations, application of the National Football League's broadcast policy (which prohibits broadcast of football games under certain circumstances and in certain areas), technical problems or network delays, program rescheduling, or other reasons. You agree that we are not obligated to provide you with any specific content under this Agreement.

## 11. Compliance with Laws/Regulations

You are required to comply with all applicable laws and regulations in connection with your use of the Services, and such further limitations as may be set forth in any written or on-screen notice from us. By using the Services, you represent and warrant that you will not use the Services for any purpose that is either unlawful or prohibited by this Agreement. We reserve the right to disclose any information about you or your use of the Services in connection with any investigations by us or law enforcement authorities as may be appropriate or necessary to satisfy any applicable law, regulation, legal process or governmental request.

## 12. Prohibited Uses Generally

Without limiting the foregoing, you agree not to transmit, distribute, post, communicate or store information or other material on, to or through the Services that:

(a) is copyrighted, unless you are the copyright owner or valid licensee to such materials and you have the right to grant us the rights and licenses set forth in Section 13 of this Agreement;

(b) reveals trade secrets, unless you own them, or you are the valid licensee to such materials and you have the right to grant us the rights and licenses set forth in Section 13 of this Agreement;

(c) infringes on any other intellectual property rights of others or on the privacy or publicity rights of others;

(d) is unlawful, obscene, indecent, sexually explicit, threatening, harmful, defamatory, threatening, harassing, abusive, hateful, slanderous or embarrassing to any other person or entity or refers negatively to people or groups on the basis of their race, ethnicity, national origin, religion, sexual preference, orientation, or identity, gender, class, disability, or similar characteristics;

(e) contains false statements or misrepresentations that could damage you, us or a third party;

(f) constitutes advertisements or solicitations of business, surveys, contests, chain letters or pyramid schemes;

(g) contains viruses, Trojan horses, worms, time bombs, or other computer programming routines or engines that are intended to damage, detrimentally interfere with, surreptitiously intercept or expropriate any system, data or information; or

(h) otherwise restricts any person from using the Services, or, in our sole judgment, exposes us, users, or any other third party to any liability, damages, or detriment of any type.

You further agree not to:

DEF0000090

(a) use any incomplete, false or inaccurate biographical information or other information for purposes of registering as a user of the Services, or for purposes of registering for any promotions offered through the Services;

(b) delete or revise any material or other information of any other user of the Services;

(c) harvest, collect, or send information about others, including e-mail addresses, without their consent;

(d) take any action that imposes an unreasonable or disproportionately large load on the infrastructure of one or more of the Services;

(e) use any device, software or routine to interfere or attempt to interfere with the proper working of one or more of the Services or any activity being conducted on this Site;

(f) use or attempt to use any engine, software, tool, agent or other device or mechanism (including, without limitation, browsers, spiders, robots, avatars or intelligent agents) to navigate or search the Services to harvest or otherwise collect information from the Services to be used for any commercial purpose;

(g) allow any other person or entity to use your username or password for posting or viewing comments or sending or receiving materials; or

(h) attempt to circumvent, reverse engineer, decipher, decompile, disassemble, decrypt, or otherwise alter or interfere with (or attempt, encourage, or support anyone else's attempt to engage in such activities) any of the software comprising or in any way making up a part of the Services.

You further agree not to violate or attempt to violate the security of the Service, including, without limitation:

(a) accessing data not intended for you or logging into a server or account that you are not authorized to access;

(b) attempting to probe, scan or test the vulnerability of a system or network or to breach security or authentication measures without proper authorization;

(c) attempting to interfere with service to any user, host or network, including, without limitation, by way of submitting a virus to, or overloading, "flooding", "spamming", "mail bombing" or "crashing", the Services;

(d) sending unsolicited e-mail, including promotions and/or advertising of products or services; or

(e) forging any TCP/IP packet header or any part of the header information in any e-mail or posting. Violations of system or network security may result in civil or criminal liability.

We may investigate occurrences that may involve violations of the security of the Services or of the law and we may involve, and cooperate with, law enforcement authorities in prosecuting users who are involved in such violations.

13. User Content and Communications

The Services may allow users to communicate with others through real-time chats, message boards, video ratings and other features. In addition, you may be able to interact with other users through fantasy football features or other games that we may from time to time make available. When your account is used to submit, post, or add content to the Services (collectively, "User Content"), you agree to accept sole responsibility for, and assume all liability (including liability for claims of infringement, libel and slander) associated with, User Content, including the information, statements, facts, and material contained in any form or medium (e.g., text, audio, video and photographic) therein, We do not claim ownership of User Content (expressly excluding your user data, which we collect in accordance with the Privacy Policy for the Site and expressly excluding any content created by you based on existing content we own or license (e.g., through a mash-up offering), which we retain full ownership of) . However, by submitting or posting User Content, to or through the Services, you grant us a world-wide, royalty free, perpetual, irrevocable, non-exclusive and freely sublicenseable right (including any moral rights) and license to use, reproduce, modify, adapt, publish, translate, create derivative works from, distribute, perform and display User Content anywhere, for any purpose, whether commercial or non-commercial, and in any form, media or technology now known or later developed. No compensation will be paid with respect to any use of User Content by us or our licensees. We are free to use any ideas, concepts, know-how, or techniques contained in User Content for any purpose whatsoever including, but not limited to, developing, manufacturing and marketing products using User Content. We are under no obligation to maintain any User Content and may remove User Content at any time in our sole discretion.

By posting or submitting User Content to the Services, you also represent and warrant that you own or otherwise control all of the rights to such User Content, and that use of such User Content by us or any of our sublicensees will not infringe or

DEF0000091

NFL.com Terms and Conditions

violate the rights of any third party or any applicable law.

If you are under the age of 13, you may not submit, post, or add User Content to the Services. If you are under the age of majority in your jurisdiction of residence but at least 13 years of age, subject to any applicable sweepstakes, contest, or other supplemental terms, you may provide User Content but only with the permission of, and under the supervision of, a parent or legal guardian. If you are a parent or legal guardian agreeing to this Agreement for the benefit of an individual between the ages of 13 and the age of majority in your jurisdiction of residence, please be advised that you are fully responsible for his or her User Content and any legal liability that he or she may incur.

We reserve the right (but do not have the obligation) to review, edit, refuse to post or to remove any of User Content, in whole or in part at any time and to terminate your ability to post User Content to the Services at any time, without notice, in our sole discretion.

Any gaming features that we make available on the Services, including fantasy football features, are provided exclusively for entertainment purposes. In addition, you are prohibited from gambling or wagering on the result of any gaming features provided on or through the Services, or from using the Services to gamble or wager on the result of any NFL game. If we believe that you have violated the prohibitions in this paragraph, we may immediately terminate your access to the Services, with or without notice to you. Notwithstanding any other provision of this agreement or of law, you will not be entitled to any refund of any fees paid to us if your access is terminated because of a violation or alleged violation of this Agreement.

Although we may maintain technical logs concerning your use of the Services, we do not routinely monitor User Content. You agree that we may not be held responsible for User Content and that we are not obligated to monitor them. Despite your agreement that we are not required to monitor User Content, if we become aware of any User Content that we believe to violate this Agreement or to be obscene, lewd, lascivious, filthy, excessively violent, harassing, or otherwise objectionable, we may -- but are not required to -- act in good faith to restrict access to or availability of such User Content. We may also take steps to terminate your access to the Services or take other appropriate steps, including, without limitation, initiating or assisting in legal action.

If you become aware of any content on the Services that you believe to be objectionable or to violate this Agreement, or that you believe may cause injury to yourself, us, or any third party, you should notify us of such content immediately by emailing notices@nfl.com. Even if you notify us of such content that you believe to be objectionable, you agree that we will not be obligated to take any particular steps, or any steps at all, in response to your notification. You agree that your notification under this paragraph will create no duty on our part to you or to any third party, and that we may not be held liable for any action that we take, or for our inaction, after you provide us with notification.

14. Notice and Procedure for Making Claims of Copyright Infringement

Pursuant to Title 17, United States Code, § 512(c)(2), if you believe in good faith that your copyrighted work has been reproduced and is accessible on the Services in a way that constitutes copyright infringement, please provide our DMCA Agent with a written communication containing the following information.

IMPORTANT NOTE: ONLY DMCA NOTICES WILL RECEIVE A RESPONSE.

(a) identification of the copyrighted work claimed to have been infringed;

(b) identification of the allegedly infringing material on the Services that is requested to be removed;

(c) your name, address and daytime telephone number, and an e-mail address if available, so that we may contact you if necessary;

(d) a statement that you have a good faith belief that the use of the copyrighted work is not authorized by you or the law;

(e) a statement that the information in the notification is accurate, and under penalty of perjury, that you are, or are authorized to act on behalf of, the owner of an exclusive copyright right that is allegedly infringed; and

(f) an electronic or physical signature of you or someone authorized on the copyright owner's behalf, to assert infringement of copyright and to submit the statement.

Claims of infringement which include the above required information must be submitted via postal mail or e-mail to NFL's DMCA Agent as follows:

DMCA Agent
National Football League

DEF0000092

NFL.com Terms and Conditions

345 Park Avenue, 7th Floor
New York, NY 10154
212-450-2528 (phone)
dmcaagent@nfl.com *(Please include "DMCA Notice of Infringement" in the subject line).*

IMPORTANT NOTE: The foregoing information is provided exclusively for notifying the NFL that your copyrighted material may have been infringed. All other inquires and requests will not receive a response through this process.

We reserve the right to remove any posted submission that infringes the copyright of any person under the laws of the United States upon receipt of a notice that complies with the requirements of 17 U.S.C. § 512(c)(3). United States law provides significant penalties for submitting such a statement falsely.

15. Privacy Policy

We are committed to protecting your privacy and security and we have explained in detail the steps we take to do so in the Privacy Policy, a copy of which you should review at http://www.nfl.com/help/privacy. You, in turn, agree and consent to the terms of the Privacy Policy by your use of the Services.

16. Disclaimer of Warranties

THE SERVICES ARE PROVIDED "AS IS." WE MAKE NO REPRESENTATION OR WARRANTY OF ANY KIND WHATSOEVER TO YOU OR ANY OTHER PERSON RELATING IN ANY WAY TO THE SERVICES, INCLUDING ANY PART THEREOF, OR ANY WEB SITE OR OTHER CONTENT OR SERVICE THAT MAY BE ACCESSIBLE DIRECTLY OR INDIRECTLY THROUGH THE SERVICES. WE DISCLAIM TO THE MAXIMUM EXTENT PERMITTED BY LAW, ANY AND ALL SUCH REPRESENTATIONS AND WARRANTIES. WITHOUT LIMITING THE GENERALITY OF THE FOREGOING, WE DISCLAIM, TO THE MAXIMUM EXTENT PERMITTED BY LAW, ANY AND ALL (i) WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, (ii) WARRANTIES AGAINST INFRINGEMENT OF ANY THIRD-PARTY INTELLECTUAL PROPERTY OR PROPRIETARY RIGHTS, (iii) WARRANTIES RELATING TO DELAYS, INTERRUPTIONS, ERRORS, OR OMISSIONS IN THE SERVICE, OR ANY PART THEREOF, (iv) WARRANTIES RELATING TO THE TRANSMISSION OR DELIVERY OF THE SERVICE, (v) WARRANTIES RELATING TO THE ACCURACY OR CORRECTNESS OF DATA, AND (vi) WARRANTIES OTHERWISE RELATING TO PERFORMANCE, NONPERFORMANCE, OR OTHER ACTS OR OMISSIONS BY US OR ANY THIRD PARTY. FURTHER, AND WITHOUT LIMITING THE GENERALITY OF ANY OF THE FOREGOING, THERE IS NO WARRANTY THAT THE SERVICES WILL MEET YOUR NEEDS OR REQUIREMENTS OR THE NEEDS OR REQUIREMENTS OF ANY OTHER PERSON. WE MAKE NO WARRANTIES OR REPRESENTATIONS, EXPRESS OR IMPLIED, THAT THE INFORMATION PROVIDED THROUGH THE SERVICES WILL BE FREE FROM ERROR, OMISSION, INTERRUPTION, DEFECT, OR DELAY IN OPERATION. ANY INFORMATION ON THE SERVICES IS SUBJECT TO CHANGE WITHOUT NOTICE, AND WE DISCLAIM ALL RESPONSIBILITY FOR THESE CHANGES, INCLUDING, BUT NOT LIMITED TO, CHANGES TO PRICES, DISCOUNTS, AND HOURS OF OPERATION.

17. Limitation of Liability

IN NO EVENT WILL WE OR ANY OF OUR AFFILIATES, OR ANY PARTY INVOLVED IN CREATING, PRODUCING OR DELIVERING THE SERVICE, INCLUDING ANY AGENTS, CHANNEL PARTNERS AND ASSOCIATED SERVICE PROVIDERS, OR ANY WEB SITE LINKED TO OR FROM THIS SERVICE, BE LIABLE IN ANY MANNER WHATSOEVER FOR ANY DIRECT, INCIDENTAL, CONSEQUENTIAL, INDIRECT, SPECIAL OR PUNITIVE DAMAGES (INCLUDING LOST PROFITS, LOSS OF BUSINESS OR DATA, BUSINESS INTERRUPTION, TRADING LOSSES, AND DAMAGES THAT RESULT FROM INACCURACY OF THE INFORMATION OR INCONVENIENCE, DELAY, OR LOSS OF THE USE OF THE SERVICE) ARISING OUT OF OR IN ANY WAY RELATED TO THE SERVICE, YOUR ACCESS, USE OR INABILITY TO USE THE SERVICES OR ANY WEB SITE LINKED TO OR FROM THE SERVICE, ANY CONTENT CONTAINED THEREIN, OR IN CONNECTION WITH ANY FAILURE OF PERFORMANCE, ERROR, OMISSION, INTERRUPTION, DEFECT, DELAY IN OPERATION OR TRANSMISSION, COMPUTER VIRUS OR LINE OR SYSTEM FAILURE EVEN IF WE OR ANY THIRD PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES OR LOSSES. WE RESERVE THE RIGHT TO ALTER THE CONTENT OF THE SERVICES IN ANY WAY, AT ANY TIME, FOR ANY REASON, WITHOUT PRIOR NOTIFICATION, AND WILL NOT BE LIABLE IN ANY WAY FOR POSSIBLE CONSEQUENCES OF SUCH CHANGES.

THE LIMITATIONS IN THIS SECTION 17 APPLY WHETHER THE ALLEGED LIABILITY IS BASED ON CONTRACT, TORT, NEGLIGENCE, STRICT LIABILITY, OR ANY OTHER BASIS, EVEN IF WE HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGE. BECAUSE SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES, OUR LIABILITY IN SUCH JURISDICTIONS SHALL BE LIMITED TO THE EXTENT PERMITTED BY LAW.

IN NO EVENT SHALL OUR TOTAL LIABILITY TO YOU FOR ALL DAMAGES, LOSSES, OR CAUSES OF ACTION ARISING UNDER THIS AGREEMENT EXCEED ONE HUNDRED DOLLARS ($100.00).

DEF0000093

ANY THIRD PARTIES INVOLVED IN CREATING, PRODUCING OR DELIVERING THE SERVICE, INCLUDING ANY AGENTS, CHANNEL PARTNERS AND ASSOCIATED SERVICE PROVIDERS SHALL BE DEEMED THIRD PARTY BENEFICIARIES FOR PURPOSES OF THIS SECTION 17.

## 18. Indemnification

Upon our request, you agree to indemnify and hold harmless us, and our subsidiaries, affiliates, directors, officers, agents, licensors, co-branders or other partners and employees, from and against all liabilities, claims and expenses, including reasonable attorneys' fees, made by any third party due to, arising out of, or in connection with: (i) any User Content that you submit, post to or transmit through the Services; (ii) your use of the Services; (iii) your online conduct in connection with the Services; (iv) your use of any Modular Content; (v) your violation of this Agreement or your violation of any rights of another; (vi) your failure to comply with any applicable laws or regulations in connection with the Services; (vii) your negligence, willful misconduct, or violations of the intellectual property or other rights of any person in connection with the Services; or (viii) any of your dealings or transactions with other persons resulting from use of the Services. You shall not settle any such claim without the prior written consent of the NFL. These obligations will survive any termination of this Agreement.

## 19. Choice of Law, Arbitration, and Class Action Waiver

This Agreement shall be governed by and construed in accordance with the laws of the State of New York, excluding its conflict of law rules. By using the Services, you waive any claims that may arise under the laws of other states, countries, territories, or jurisdictions.

With respect to any and all disputes arising out of or relating to the Services or this Agreement (including without limitation the Privacy Policy), you and the NFL agree to negotiate in good faith to achieve a mutually satisfactory resolution. If you and the NFL do not resolve any dispute by informal negotiation, any other effort to resolve the dispute will be conducted exclusively by binding arbitration as described in this section. You are giving up the right to litigate (or participate in as a party or class member) all disputes in court before a judge or jury. Instead, all disputes will be resolved before a neutral arbitrator, whose decision will be final except for a limited right of appeal under the Federal Arbitration Act. Any court with jurisdiction over the parties may enforce the arbitrator's award.

ANY PROCEEDINGS TO RESOLVE OR LITIGATE ANY DISPUTE WILL BE CONDUCTED SOLELY ON AN INDIVIDUAL BASIS. NEITHER YOU NOR THE NFL WILL SEEK TO HAVE ANY DISPUTE HEARD AS A CLASS ACTION OR IN ANY OTHER PROCEEDING IN WHICH EITHER PARTY ACTS OR PROPOSES TO ACT IN A REPRESENTATIVE CAPACITY. No arbitration or proceeding will be combined with another without the prior written consent of all parties to all affected arbitrations or proceedings.

All disputes arising under this Agreement that cannot be settled through informal negotiation will be settled exclusively through confidential binding arbitration in accordance with the Consumer Arbitration Rules of the American Arbitration Association. The arbitrator's award shall be binding and may be entered as a judgment in a court of competent jurisdiction. You agree that the NFL may seek any interim or preliminary relief from a court of competent jurisdiction in New York necessary to protect its rights or property pending the completion of arbitration.

To the maximum extent permitted by law, you permanently and irrevocably waive the right to bring any claim in any forum unless you provide the NFL with written notice of the events or facts giving rise to the claim within one (1) year of their occurrence.

## 20. United States Jurisdiction

The Services are operated out of the United States of America. We do not represent that content or materials presented on the Services are appropriate (or, in some case, unavailable) for use in other locations. If you access the Services from a jurisdiction other than the United States, you agree that you do so on your own initiative, and are responsible for compliance with local laws, if and to the extent local laws are applicable to your use of the Services.

## 21. Severability and Integration

This Agreement constitutes the entire agreement between you and us and governs your use of the Services, superseding any prior or contemporaneous communications and proposals (whether oral, written or electronic) between you and us. If any portion of this Agreement is held invalid or unenforceable, that portion shall be construed in a manner consistent with applicable law to reflect, as nearly as possible, the original intention of the parties, and the remaining portions shall remain in full force and effect. This agreement may be modified only by our posting on the Services changes to this Agreement, or by a subsequent writing signed by us.

## 22. No Waiver

DEF0000094

Our failure to enforce any provisions of this Agreement or to respond to a breach by you or other parties shall not in any way waive its right to enforce subsequently any terms or conditions of this Agreement or to act with respect to similar breaches.

23. No Professional Advice

Any information supplied by any of our employees or agents, whether by telephone, e-mail, letter, facsimile or other form of communication, is intended solely as general guidance on the use of the Services, and does not constitute legal, tax, accounting or other professional advice. Individual situations and state laws vary and users are encouraged to obtain appropriate advice from qualified professionals in the applicable jurisdictions. We make no representations or warranties concerning any course of action taken by any person following or otherwise using the information offered or provided within or through the Services, and we will not be liable for any direct, indirect, consequential, special, exemplary or other damages that may result, including but not limited to economic loss, injury, illness or death.

24. Miscellaneous

You agree that no joint venture, partnership, employment, or agency relationship exists between you and us as a result of this Agreement or your use of the Services. Nothing contained in this Agreement is in derogation of our right to comply with governmental, court and law enforcement requests or requirements relating to your use of the Services or information provided to or gathered by us with respect to such use. A printed version of this Agreement and of any notice given in electronic form shall be admissible in judicial or administrative proceedings based upon or relating to this Agreement to the same extent and subject to the same conditions as other business documents and records originally generated and maintained in printed form.

25. Termination

We reserve the right, in our sole discretion, to terminate this Agreement and your access to all or part of the Services, with or without notice and with or without cause. Termination of your access to the Services means the revocation of the limited and temporary license and permission to use the software and other resources of the Services we are granting to you under this Agreement. The provisions of this Agreement will survive the termination of your access to the Services and of this Agreement. In addition, because the license you grant to us in User Content is perpetual, termination of this agreement does not terminate our license to use User Content as described elsewhere in this Agreement.

26. Notices

At our option, we may give notices to users of the Services by posting a message on the Service, by electronic or conventional mail or by any other means by which users obtain actual knowledge thereof. Any notices you give to us must be by electronic or conventional mail. Any notices you send to us by electronic mail must be sent to notices@nfl.com. Notices to us by conventional mail must be sent to: Legal Department, Attn: NFL.com, National Football League, 345 Park Avenue, 7th Floor, New York, NY 10154. Any notice by you to us will not change the terms of this Agreement unless the change is expressly accepted in writing by one of our authorized officers.

At our option, we may give notices to users of the Services by posting a message on the Service, by electronic or conventional mail or by any other means by which users obtain actual knowledge thereof. Any notices you give to us must be by electronic or conventional mail. Any notices you send to us by electronic mail must be sent to notices@nfl.com. Notices to us by conventional mail must be sent to: Legal Department, Attn: NFL.com, National Football League, 345 Park Avenue, 7th Floor, New York, NY 10154. Any notice by you to us will not change the terms of this Agreement unless the change is expressly accepted in writing by one of our authorized officers.

27. Notice to California Consumers

Under California Civil Code Section 1789.3, California users of the Services are entitled to the following specific consumer rights notice: The Complaint Assistance Unit of the Division of Consumer Services of the California Department of Consumer Affairs may be contacted in writing at 1625 North Market Blvd., Suite N 112, Sacramento CA 95834, or by telephone at (916) 445-1254 or (800) 952-5210.

28. Violations

Please report any violations of this Agreement to notices@nfl.com.

DEF0000095