UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SIETEL SINGH GILL, *individually and on behalf of other similarly situated individuals*,

                                          Plaintiff,

-v-

NATIONAL FOOTBALL LEAGUE, *a New York unincorporated association,* and NFL ENTERPRISES LLC, *a Delaware limited liability company*,

                                          Defendants.

---

21 Civ. 1032 (PAE)

ORDER

**PAUL A. ENGELMAYER, District Judge:**

    On December 5, 2022, the Court received notice that a lawyer in this matter would not be able to appear in-person tomorrow, for health-related reasons, at the scheduled oral argument. Accordingly, the Court reschedules argument on defendants' pending motion for summary judgment for December 20, 2022, at 10:00 a.m. in Courtroom 1305 at the Thurgood Marshall U.S. Courthouse, 40 Centre Street, New York, New York 10007.

    SO ORDERED.

                                                  *Paul A. Engelmayer*
                                                  PAUL A. ENGELMAYER
                                                  United States District Judge

Dated: December 5, 2022
          New York, New York