UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIETEL SINGH GILL, *individually and on behalf of other similarly situated individuals*,<br><br>                                        Plaintiff,<br><br>                -v-<br><br>NATIONAL FOOTBALL LEAGUE, *a New York unincorporated association,* and NFL ENTERPRISES LLC, *a Delaware limited liability company*,<br><br>                                        Defendants. | 21 Civ. 1032 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

On December 18, 2022, the Court received notice that a lawyer in this matter would not be able to appear in-person, for health-related reasons, at the in-person oral argument scheduled for December 20, 2022. Accordingly, the Court reschedules argument on defendants' pending motion for summary judgment for January 20, 2023, at 10:00 a.m. in Courtroom 1305 at the Thurgood Marshall U.S. Courthouse, 40 Centre Street, New York, New York 10007.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: December 19, 2022
          New York, New York