UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIETEL SINGH GILL, *individually and on behalf of other similarly situated individuals*,<br><br>                                  Plaintiff,<br><br>                    -v-<br><br>NATIONAL FOOTBALL LEAGUE, *a New York unincorporated association,* and NFL ENTERPRISES LLC, *a Delaware limited liability company*,<br><br>                                  Defendants. | 21 Civ. 1032 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

On January 20, 2023, the Court held oral argument on defendants' pending motion for summary judgment. During argument, the Court made use of a chart with counsel, marked as Court Exhibit 1, which is attached here for access on the public docket. At the conclusion of the hearing, the Court rendered an on-the-record bench decision denying defendants' motion for summary judgment. The case will now proceed to plenary fact discovery. The parties are directed to file by January 30, 2023, a case management plan consistent with the instructions provided by the Court to the parties at the hearing.

The Clerk of Court is respectfully directed to terminate the motion pending at docket 71.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: January 20, 2023
        New York, New York

| | Subscription Terms and Conditions | | | |
|---|---|---|---|---|
| | Applicable to which NFL seasons? | | Customers' Counterparties | |
| | Gill's Position | Defendants' Position | Gill's Position | Defendants' Position |
| 2013 T&C | All | 2013–2014 | NFL, NFLE | NFL, NFLE |
| 2014 T&C | None | 2014–2015 | | |
| 2015 T&C | None | 2015–2016 and 2016–2017 | | |
| 2017 T&C | None | 2017–2018 | | |
| 2018 T&C | None | 2018–2019 | | |
| 2019 T&C | None | 2019–2020 season until October 28, 2019 | | OverTier, Deltatre |
| 2019 Updated T&C | None | 2019–2020 season from October 29, 2019 onward | | OverTier, Deltatre |

COURT EXHIBIT #1
JANUARY 20, 2023